# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYNNEL COX, as administrator of the estate of Shayne R. Stilphen,<br><br>      Plaintiff,<br><br>v.<br><br>BOSTON POLICE DEPARTMENT, ISMAEL ALMEIDA, PAUL MICHAEL BERTOCCHI, CATIA FREIRE, and JOHN/JANE DOES NOS. 1–2,<br><br>      Defendants. | Civil Action No.  1:22-CV-11009-RGS |

## MOTION FOR ADMISSION PRO HAC VICE OF ALEXANDRA D. VALENTI

Pursuant to Local Rule 83.5.3(b) of the Local Rules of United States District Court for the District of Massachusetts, Plaintiff, by her undersigned attorney, hereby moves for admission *pro hac vice* of her counsel Alexandra D. Valenti.  As grounds, Plaintiff states:

1.  Alexandra D. Valenti is an attorney practicing with the law firm Goodwin Procter LLP, and is a member in good standing of the Bar of the State of New York.  Ms. Valenti has also been admitted to practice before the United States Court of Appeals for the Federal Circuit, the United States District Courts for the Eastern and Southern Districts of New York, the United States District Court for the Eastern District of Texas, and the United States District Court for the Eastern District of Michigan.

2.  In further support of her motion, Plaintiff submits **Exhibit A**, the Certificate of Alexandra D. Valenti, stating that she is a member in good standing of the Bar in every jurisdiction in which she has been admitted to practice; that there are no disciplinary

1

proceedings against her in any jurisdiction; and that she is familiar with the Local Rules of this Court.

WHEREFORE, this Court should grant the admission of attorney Alexandra D. Valenti *pro hac vice* to the Bar of this Court.

| | |
|---|---|
| June 28, 2022 | Respectfully submitted,<br><br>/s/ Robert Frederickson III<br>Robert Frederickson III (BBO #670111)<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, Massachusetts 02210<br>Tel.: (617) 570-1000<br>rfrederickson@goodwinlaw.com<br><br>Matthew R. Segal (BBO #654489)<br>Jessie J. Rossman (BBO # 670685)<br>Areeba Jibril* (*Pro hac vice* forthcoming)<br>American Civil Liberties Union<br>Foundation of Massachusetts, Inc.<br>One Center Plaza, Suite 850<br>Boston, MA 02108<br>Tel.: (617) 482-3170<br>msegal@aclum.org<br>jrossman@aclum.org<br>ajibril@aclum.org<br><br>Alexandra D. Valenti* (*Pro hac vice* forthcoming)<br>Christine Armellino* (*Pro hac vice* forthcoming)<br>Gabriella Montes* (*Pro hac vice* forthcoming)<br>Wrenne Bartlett* (*Pro hac vice* forthcoming)<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Tel.: (212) 459-7351<br>avalenti@goodwinlaw.com<br>carmellino@goodwinlaw.com<br>gmontes@goodwinlaw.com<br>wbartlett@goodwinlaw.com<br><br>Matthew Ginther* (*Pro hac vice* forthcoming)<br>GOODWIN PROCTER LLP<br>1900 N Street, NW<br>Washington, DC 20036<br>Tel.: (202) 346-4000<br>mginther@goodwinlaw.com<br><br>*Attorneys for Plaintiff Lynnel Cox, as administrator of the estate of Shayne R. Stilphen* |