# EXHIBIT A

## CERTIFICATE OF ALEXANDRA D. VALENTI IN SUPPORT
## OF MOTION FOR ADMISSION *PRO HAC VICE*

Alexandra D. Valenti certifies and says:

1. I am an attorney at Goodwin Procter LLP, resident in its New York office, and one of the counsel for Plaintiff in this matter.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. The jurisdiction in which I have been admitted to practice is the State of New York. I have also been admitted to practice before the United States Court of Appeals for the Federal Circuit, the United States District Courts for the Eastern and Southern Districts of New York, the United States District Court for the Eastern District of Texas, and the United States District Court for the Eastern District of Michigan. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Rule 83.5.3 of this Court's Local Rules) revoked for misconduct.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify on this 28th day of June, 2022, under penalties of perjury that the foregoing is true and correct.

1

June 28, 2022

Respectfully submitted,

*/s/ Alexandra D. Valenti*
Alexandra D. Valenti
(*Pro Hac Vice Forthcoming*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 459-7351
avalenti@goodwinlaw.com

*Attorney for Plaintiff Lynnel Cox, as administrator of the estate of Shayne R. Stilphen*

2