IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYNNEL COX, as administrator of the estate of Shayne R. Stilphen,<br><br>    Plaintiff,<br><br>v.<br><br>BOSTON POLICE DEPARTMENT, ISMAEL ALMEIDA, PAUL MICHAEL BERTOCCHI, CATIA FREIRE, and JOHN/JANE DOES NOS. 1-2, *et al.*<br><br>    Defendants. | No. 1:22-CV-11009 |

## NOTICE OF APPEARANCE

Please enter the appearance of Mathew R. Segal, of the American Civil Liberties Union Foundation of Massachusetts, Inc., as counsel for the plaintiff Lynnel Cox in the above-captioned action.


Dated: June 30, 2022

Respectfully submitted,

/s/ *Matthew R. Segal*
Matthew R. Segal (BBO #654489)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
MSegal@aclum.org