UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:22-cv-11009-RGS

| |
|---|
| LYNNEL COX, as administrator of the estate of Shayne R. Stilphen, <br><br> Plaintiff, <br><br> v. <br><br> BOSTON POLICE DEPARTMENT, ISMAEL ALMEIDA, PAUL MICHAEL BERTOCCHI, CARLA FREIRE, and JOHN/JANE DOES NOS. 1–2, <br><br> Defendants. |

**DEFENDANTS' SECOND MOTION FOR AN ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), the Defendants, City of Boston, Ismael Almeida, Paul Michael Bertocchi, and Carla Freire ("Defendants"), in the above-captioned case respectfully move this Honorable Court for an additional enlargement of time up to and including October 28, 2022, to respond to Plaintiff's Complaint. As grounds for this Motion, the Defendants state as follows:

1. On September 1, 2022, the Court allowed the Defendants' Motion for an Enlargement of Time to September 30, 2022, to Respond to Plaintiff's Complaint.

2. Defendants' counsel has been working diligently to respond to the Complaint, including meeting with each of the defendants, conducting research, and drafting pleadings. However, a senior attorney at the City of Boston Law Department will be leaving her job on September 23, 2022. Her departure has required Defendants' counsel to take on additional case responsibilities in a short period of time.

1

3. Most notably, as a result of the staffing change at the City of Boston Law Department, both Defendants' counsel will represent police officer defendants in a federal civil rights trial scheduled to begin on October 3, 2022. The trial is expected to last a week.

4. In addition, and also as a result of the staffing change, senior defense counsel in this case will be arguing a summary judgment motion in a federal civil rights case on September 28, 2022.

5. Undersigned counsel conferred with counsel for Plaintiff by e-mail on September 22, 2022, and counsel for Plaintiff stated that they did not oppose the relief requested in this motion.

6. Defendants' Counsel anticipates that an enlargement of time up to and including October 28, 2022, will provide a sufficient amount of time to respond to the Complaint. This is the final request for an extension of the response deadline that Defendants will make.

**WHEREFORE**, Defendants respectfully request that this Motion be allowed and that they be granted an extension of time, up to and including October 28, 2022, to respond to Plaintiff's Complaint in this matter.

Respectfully submitted,

Defendants,
City of Boston, Ismael Almeida, Paul Michael Bertocchi, and Catia Freire
By their attorneys,

Adam Cederbaum
Corporation Counsel


/s/ *Randall Maas*

Edward Whitesell BBO#644331
Senior Assistant Corporation Counsel
Randall Maas BBO#684832
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4042
Edward.Whitesell@boston.gov
Randall.Maas@boston.gov


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 23, 2022.


September 23, 2022            /s/ *Randall Maas*
Date                          Randall Maas


**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I hereby certify that on September 22, 2022, counsel for the Defendants conferred via email with Plaintiff's counsel. Plaintiff's counsel stated that they did not oppose the extension of time sought by Defendants.

/s/ Randall F. Maas
Randall F. Maas

3