**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LYNNEL COX, as administrator of the estate of Shayne R. Stilphen, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 1:22-cv-11009-RGS |
| BOSTON POLICE DEPARTMENT, ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE, and JOHN/JANE DOES NOS. 1–2, | * * * * * * | |
| Defendants. | * | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties in the above-captioned action respectfully move the Court for an order under Fed. R. Civ. P. 16(b) to amend the scheduling order. As grounds therefore, the parties state:

1. This is a complex civil rights case involving the death of Shayne Stilphen in custody. The case includes at least three individual defendants and also raises questions concerning the Boston Police Department's policies and practices because the plaintiff Estate has alleged municipal liability and a claim under the Americans with Disabilities Act.

2. When this action was filed, the Nature of Suit was identified as 360 Other Personal Injury, which is subject to the requirements of Fed. R. Civ. P. 16(b). Civil Cover Sheet, ECF No. 1-1; L.R. 16.2.

3. Although no order appears on the docket reclassifying the action, the docket now identifies the Nature of Suit as a 555 Prison Conditions action, which is exempt from Fed. R. Civ. P. 16(b) under the Local Rules. L.R. 16.2.

4. In accordance with the 555 Prison Conditions classification, the Court entered a
   pretrial scheduling order on October 31, 2022. Elec. Order, ECF No. 29. The order
   currently sets the following deadlines:

   **Fact discovery**
   Initial disclosures:                          Dec. 2, 2022
   Requests for admissions and production:        Jan. 2, 2023
   Amendments to pleadings:                       Jan. 6, 2023
   Completion of fact discovery:                  Jun. 9, 2023

   **Dispositive motions**
   Dispositive motions, if any filed by:          Jul. 7, 2023
   Oppositions, if any, filed by:                 Jul. 28, 2023
   Reply, if any:                                 By leave of Court

   The order also requires the parties to file a notice on the docket no later than May 12,
   2023, if they intend to use experts.

5. The parties have met and conferred. Despite a commitment by all parties to diligently
   pursue discovery, given the issues raised in this case and the attendant discovery
   needs, they agree that the interests of justice warrant amending the scheduling order.

6. The parties also agree that this case will require expert discovery to address some of
   the medical questions at issue. They therefore request that the Court incorporate such
   deadlines prior to those for dispositive motions.

Accordingly, the parties jointly request that the scheduling order be amended as follows:

   **Fact discovery**
   Initial disclosures:                               Dec. 2, 2022 (no change)
   Amendments to pleadings:                            Jun. 2, 2023
   Substantial completion of document production:      Jun. 2, 2023
   Completion of fact discovery:                       Aug. 4, 2023
   Status conference:                                  At the Court's convenience,
                                                       on or after Aug. 4, 2023

   **Expert discovery**
   Plaintiff's designation of experts:                 Sept. 1, 2023
   Defendants' designation of experts:                 Nov. 3, 2023
   Plaintiff's rebuttal expert disclosures:            Dec. 1, 2023

Completion of expert discovery:                    Feb. 16, 2024

**<u>Dispositive motions</u>**
Dispositive motions, if any filed by:              Apr. 1, 2024
Oppositions, if any, filed by:                     May 1, 2024
Reply, if any:                                     By leave of Court

A proposed order is attached to this motion.

Respectfully submitted,


[*Signature block on next page*]

*/s/ Robert Frederickson III*
Robert Frederickson III (BBO #670111)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: (617) 570-1000
rfrederickson@goodwinlaw.com

Matthew R. Segal (BBO #654489)
Jessie J. Rossman (BBO # 670685)
Alexandra Arnold (BBO #706208)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
Tel.: (617) 482-3170
msegal@aclum.org
jrossman@aclum.org
aarnold@aclum.org

Alexandra D. Valenti* (*Pro hac vice*)
Christine Armellino* (*Pro hac vice*)
Gabriella Montes* (*Pro hac vice*)
Wrenne Bartlett* (*Pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 459-7351
avalenti@goodwinlaw.com
carmellino@goodwinlaw.com
gmontes@goodwinlaw.com
wbartlett@goodwinlaw.com

Matthew Ginther* (*Pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Tel.: (202) 346-4000
mginther@goodwinlaw.com

*Attorneys for Plaintiff Lynnel Cox,*
*as administrator of the estate of*
*Shayne R. Stilphen*

Adam Cederbaum
  Corporation Counsel
/s/ Randall Maas (with permission)
Edward Whitesell (BBO#644331)
  Senior Assistant Corporation Counsel
Randall Maas (BBO #684832)
  Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4042
Edward.Whitesell@boston.gov
Randall.Maas@boston.gov

*Attorneys for Defendants City of Boston,*
*Ismael Almeida, Paulmichael Bertocchi,*
*and Catia Freire*

5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 1, 2022, a true copy of the above document was filed

via the Court's CM/ECF system and that a copy will be sent via the CM/ECF system

electronically to all counsel of record.

December 1, 2022                                   Respectfully submitted,

*/s/ Robert Frederickson III*
Robert Frederickson III