# Exhibit B



**AMERICAN CIVIL LIBERTIES UNION
FOUNDATION**

Massachusetts

Jessie J. Rossman
Staff Attorney
(617) 482-3170 ext. 337
jrossman@aclum.org

December 7, 2020

**Via Electronic Submission**

Shawn Williams
Director of Public Records
City of Boston
1 City Hall Square
Room 615
Boston, MA 02201

Records Access Officer
Boston Police Department
1 Schroeder Plaza
Boston, MA, 02120

    Re:  Request for records regarding Shayne Stilphen

Dear Mr. Williams:

   This is a request for public records under M.G.L. ch. 66, § 10, made on behalf of
Lynnel Cox.

   On July 14, 2019, Shayne Stilphen was arrested, booked, and detained by the
Boston Police Department. While in custody, he was rushed to Tufts Medical Center,
where he was pronounced dead. The ACLU Foundation of Massachusetts represents
Shayne Stilphen's mother, Lynnel Cox, in her efforts to obtain public records regarding
the circumstances surrounding Shayne Stilphen's detention and death.

   Please provide the following records:

   1.  All documents relating to Shayne Stilphen's arrest, booking, detention, and
     death, including without limitation any:

      A.  Arrest reports;

      B.  Police officer narratives;

      C.  Criminal complaints;

Boston Police Department
December 7, 2020

    D.  Booking and fingerprinting forms;

    E.  Notes, correspondence, and reports relating to the arrest, booking, detention, death and any related investigation.

2.    All audio and video recordings relating to Shayne Stilphen's arrest, booking, detention, and death, including without limitation:

    A.  Any audio or video recording of Shayne Stilphen's arrest and the circumstances leading up to it, including any recordings made by police vehicle cameras or police body cameras;

    B.  Any audio or video recording of Shayne Stilphen's transport at or after the time of his arrest;

    C.  Any audio or video recording of Shayne Stilphen's booking on July 14, 2020; and

    D.  Any audio or video recording of Shayne Stilphen's detention on July 14, 2020.

3.    All records and recordings of any telephone calls made or received by Shayne Stilphen on July 14, 2020.

4.    All photographs of Shayne Stilphen while in custody of the Boston Police Department, including without limitation any photos taken for booking, identification, or medical purposes.

5.    All reports, notes, interview summaries, communications, and other documents relating to any investigation into Shayne Stilphen's death, or obtained or reviewed as part of any such investigations.

6.    All reports, notes, interview summaries, communications, and other documents relating to any investigation into the Boston Police Department's handling of Shayne Stilphen's arrest, booking, and detention, or obtained or reviewed as part of any such investigations.

7.    All of Shayne Stilphen's medical records, including without limitation records of the emergency medical services provided at the Boston Police Department facility and records of the treatment provided at Tufts Medical Center.

8.    All correspondence and communications with the City of Boston concerning Shayne Stilphen's detention, Shayne Stilphen's death, and any investigation thereof, including any documents sent to or received from the City of Boston.

Boston Police Department
December 7, 2020

9.   All correspondence and communications with the Suffolk County District Attorney's Office concerning Shayne Stilphen's detention, Shayne Stilphen's death, and any investigation thereof, including any documents sent to or received from the Suffolk County District Attorney's Office.

10.  All correspondence and communications with the Office of the Chief Medical Examiner concerning Shayne Stilphen's detention, Shayne Stilphen's death, and any investigation thereof, including any documents sent to or received from the Office of the Chief Medical Examiner.

11.  All documents and communications discussing, referring to, or reflecting the personal property in Shayne Stilphen's possession at the time of his booking, including all records discussing the chain of custody and current whereabouts of this property.

12.  All public records requests the Boston Police Department has received regarding the death of Shayne Stilphen; all of the Boston Police Department's responses to those requests; and all records produced in response to those requests, excluding duplicates of the records produced in response to requests 1 through 11, above.

13.  All Incident Reports and Form 26 Reports filed between January 1, 2015, and the present date that:

   A.  report a death that occurred at a Boston Police Department lockup facility; or

   B.  report an injury that occurred at a Boston Police Department lockup facility and that subsequently resulted in death.

This request includes electronic communications, such as emails. Because this request involves a matter of public concern and is made by a non-profit organization on behalf of the decedent's family members, I ask that you waive any fees and copying costs, including pursuant to 950 C.M.R. 32.07.

If you withhold some portions of the requested documents on the grounds that they are exempt from disclosure, please specify which exemptions apply and release any portions of the records for which you do not claim an exemption.

As you know, a custodian of public records shall comply with a request within ten days of receipt.

Thank you for your assistance. Please do not hesitate to contact me if I can clarify any part of this request.

Sincerely,

/s/ Jessie J. Rossman

3