## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

LYNNEL COX, as administrator of the Estate
of Shayne R. Stilphen,

        Plaintiff,

v.

CITY OF BOSTON,
ISMAEL ALMEIDA, PAULMICHAEL
BERTOCCHI, CATIA FREIRE, DAVID
MARSHALL and JOHN/JANE DOE NO. 1,

        Defendants.

Civil Action No. 1:22-cv-11009-RGS

### <u>JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER</u>

Plaintiff Lynnel Cox, as administrator of the estate of Shayne R. Stilphen (the "Estate"),
and Defendants the City of Boston, Ismael Almeida, Paulmichael Bertocchi, Catia Freire, and
David Marshall (collectively "Defendants"), jointly move that this Court enter an Order, pursuant
to Rule 26(c) of the Federal Rules of Civil Procedure (the "Rules"), approving and incorporating
therein the terms of the proposed Protective Order attached hereto.

Given the nature of the claims and defenses asserted in this action, discovery in this action
is likely to produce documents, testimony, and other information of a personal and confidential
nature.  Accordingly, the Parties have agreed upon the proposed Protective Order in order to
protect and limit the use of such information, and have further agreed to present the proposed
Protective Order to the Court along with a request that its terms be adopted as an Order of the
Court. The Parties understand that the proposed Protective Order, if issued as an Order of the
Court, does not provide leave of Court to file any documents under seal.

Dated: March 7, 2023

Respectfully submitted,

*/s/ Robert Frederickson III*
Robert Frederickson III (BBO #670111)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: (617) 570-1000
rfrederickson@goodwinlaw.com

Matthew R. Segal (BBO #654489)
Jessie J. Rossman (BBO # 670685)
Alexandra Arnold (BBO #706208)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
Tel.: (617) 482-3170
msegal@aclum.org
jrossman@aclum.org
aarnold@aclum.org

Alexandra D. Valenti (*Pro hac vice*)
Christine Armellino (*Pro hac vice*)
Gabriella Montes (*Pro hac vice*)
Wrenne Bartlett (*Pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 459-7351
avalenti@goodwinlaw.com
carmellino@goodwinlaw.com
gmontes@goodwinlaw.com
wbartlett@goodwinlaw.com

Matthew Ginther (*Pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Tel.: (202) 346-4000
mginther@goodwinlaw.com

Adam Cederbaum
  Corporation Counsel

*/s/ Randall Maas (with permission)*
Edward Whitesell (BBO#644331)
  Senior Assistant Corporation Counsel
Randall Maas (BBO #684832)
  Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4042
Edward.Whitesell@boston.gov
Randall.Maas@boston.gov

*Attorneys for Defendants City of Boston,*
*Ismael Almeida, Paulmichael Bertocchi,*
*Catia Freire, and David Marshall*

*Attorneys for Plaintiff Lynnel Cox,*
*as administrator of the estate of*
*Shayne R. Stilphen*


## **RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), Plaintiff conferred with counsel for Defendants about the

above motion, and counsel for Defendants join the motion.

*/s/ Robert Frederickson III*
Robert Frederickson III (BBO #670111)


## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2023, a true copy of the above document was filed via the

Court's CM/ECF system and that a copy will be sent via the CM/ECF system electronically to all

counsel of record.

March 7, 2023

*/s/ Robert Frederickson III*
Robert Frederickson III (BBO #670111)