UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYNNEL COX, as administrator of the estate of Shayne R. Stilphen,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE, DAVID MARSHALL, and JOHN/JANE DOE NO. 1,<br><br>Defendants. | Civil Action No. 1:22-CV-11009 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw my appearance as counsel for the Plaintiff. The Plaintiff is still represented by other counsel in this matter.

Dated: March 24, 2023

Respectfully submitted,

/s/ *Matthew R. Segal*
Matthew R. Segal (BBO # 654489)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
msegal@aclum.org

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 24, 2023, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

| | |
|---|---|
| March 24, 2023 | /s/ *Matthew R. Segal* |
| | Matthew R. Segal |