# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:22-cv-11009-RGS

LYNNEL COX, as administrator of the estate of Shayne R. Stilphen,

       Plaintiff,

v.

BOSTON POLICE DEPARTMENT, ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE, and JOHN/JANE DOES NOS. 1–2,

       Defendants.

**DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO**
**FED. R. CIV. P. 26 AND LOCAL RULE 26.2**

Defendants, City of Boston (the "City"), Ismael Almeida, Paulmichael Bertocchi, and Catia Freire, provide the following information pursuant to the initial disclosure provisions of Fed. R. Civ. P. 26(a) and Local Rule 26.2:

A.    **Individuals Likely to Have Discoverable Information**

The following individuals are likely to have discoverable information:

1. Officer Ismael Almeida
   Boston Police Department
   1 Schroeder Plaza
   Boston, MA 02120
   617-343-4500

Officer Almeida is a named defendant and likely has information related to his observations during the booking and detention of the decedent. Officer Almeida can be contacted through the City of Boston (the "City") Law Department.

2. Officer Catia Freire
   Boston Police Department
   1 Schroeder Plaza

Boston, MA 02120
617-343-4500

Officer Freire is a named defendant and likely has information related to his observations during the arrest and booking of the decedent. Officer Freire can be contacted through the City Law Department.

3. Officer Paulmichael Bertocchi
   Boston Police Department
   1 Schroeder Plaza
   Boston, MA 02120
   617-343-4500

Officer Bertocchi is a named defendant and likely has information related to his observations during the arrest and booking of the decedent. Officer Bertocchi can be contacted through the City Law Department.

4. Officer Kevin Butcher
   Boston Police Department
   1 Schroeder Plaza
   Boston, MA 02120
   617-343-4500

Officer Butcher likely has information related to his observations during the arrest and booking of the decedent. Officer Butcher can be contacted through the City Law Department.

5. Officer Kevin Zarnoch
   Boston Police Department
   1 Schroeder Plaza
   Boston, MA 02120
   617-343-4500

Officer Zarnoch likely has information related to his observations during the arrest and booking process of the decedent. Officer Zarnoch can be contacted through the City Law Department.

6. Officer Sean Doolan
   Boston Police Department
   1 Schroeder Plaza
   Boston, MA 02120
   617-343-4500

Officer Doolan likely has information related to his observations of the decedent during the decedent's arrest. Officer Doolan can be contacted through the City Law Department.

7. Officer Lenane
   Boston Police Department

1 Schroeder Plaza
Boston, MA 02120
617-343-4500

Officer Lenane likely has information related to their observations of the decedent during the decedent's arrest. Officer Lenane can be contacted through the City Law Department.

8. Officer Dick
   Boston Police Department
   1 Schroeder Plaza
   Boston, MA 02120
   617-343-4500

Officer Dick likely has information related to their observations of the decedent during the decedent's arrest. Officer Dick can be contacted through the City Law Department.

9. Officer Gambon
   Boston Police Department
   1 Schroeder Plaza
   Boston, MA 02120
   617-343-4500

Officer Gambon likely has information related to their observations of the decedent during the decedent's arrest. Officer Gambon can be contacted through the City Law Department.

10. Sergeant McManus
    Boston Police Department
    1 Schroeder Plaza
    Boston, MA 02120
    617-343-4500

Sergeant McManus likely has information related to their observations of the decedent during the decedent's arrest. Sergeant McManus can be contacted through the City Law Department.

11. Officer David Marshall
    Boston Police Department
    1 Schroeder Plaza
    Boston, MA 02120
    617-343-4500

Officer Marshall likely has information related to his observations of the decedent during the decedent's detention at the police station. Officer Marshall can be contacted through the City Law Department.

12. Officer Michael Pankievich
    Boston Police Department

>1 Schroeder Plaza
>Boston, MA 02120
>617-343-4500

Officer Pankievich likely has information related to his observations of the decedent during his detention at the police station. Officer Pankievich can be contacted through the City Law Department.

>13. Sergeant Michael Aziz
>Boston Police Department
>1 Schroeder Plaza
>Boston, MA 02120
>617-343-4500

Sergeant Aziz likely has information related to his observations of the decedent during his detention at the police station. Sergeant Aziz can be contacted through the City Law Department.

>14. Officer Alex Rosa
>Boston Police Department
>1 Schroeder Plaza
>Boston, MA 02120
>617-343-4500

Officer Rosa likely has information related to his observations of the decedent during his detention at the police station.  Officer Rosa can be contacted through the City Law Department.

>15. Lieutenant James Foley
>Boston Police Department
>1 Schroeder Plaza
>Boston, MA 02120
>617-343-4500

Lieutenant Foley likely has information related to his observations of the decedent during his detention at the police station.  Lieutenant Foley can be contacted through the City Law Department.

>16. Sergeant Detective Lucas Traxter
>Boston Police Department
>1 Schroeder Plaza
>Boston, MA 02120
>617-343-4500

Sergeant Detective Traxter likely has information related to his investigation of the decedent's death. Sergeant Detective Traxter can be contacted through the City Law Department.

>17. Sergeant Detective Garrett Mitchell

>Boston Police Department
>1 Schroeder Plaza
>Boston, MA 02120
>617-343-4500

Sergeant Detective Mitchell likely has information related to his investigation of the decedent's death. Sergeant Detective Mitchell can be contacted through the City Law Department.

>18. Detective Philip Bliss
>Boston Police Department
>1 Schroeder Plaza
>Boston, MA 02120
>617-343-4500

Detective Bliss likely has information related to his investigation of the decedent's death. Detective Bliss can be contacted through the City Law Department.

>19. Detective Jessica Wagner
>Boston Police
>1 Schroeder Plaza
>Boston, MA 02120
>617-343-4500

Detective Wagner likely has information related to her investigation of the decedent's death. Detective Wagner can be contacted through the City Law Department.

>20. Sergeant Detective Carl Blando
>Boston Police Department
>1 Schroeder Plaza
>Boston, MA 02120
>617-343-4500

Sergeant Detective Blando likely has information related to his investigation of the decedent's death. Sergeant Detective Blando can be contacted through the City Law Department.

>21. Officer Luciano Cirino-Ayuso
>Boston Police Department
>1 Schroeder Plaza
>Boston, MA 02120
>617-343-4500

Officer Cirino-Ayuso likely has information related to his investigation of the decedent's death. Officer Cirino-Ayuso can be contacted through the City Law Department.

>22. Officer Mario Santillana
>Boston Police Department

    1 Schroeder Plaza
    Boston, MA 02120
    617-343-4500

Officer Santillana likely has information related to his investigation of the decedent's death. Officer Santillana can be contacted through the City Law Department.

    23. Emily Grabauskas

Ms. Grabauskas likely has information related to her observations of the decedent prior to his arrest.

    24. Dr. Richard Atkinson
        *Address Unknown*

Dr. Atkinson likely has information related to the decedent's death.

    25. EMT Anderson
        *Address Unknown*

EMT Anderson likely has information related to the decedent's transport to the hospital.

    26. EMT Batzinger
        *Address Unknown*

EMT Batzinger likely has information related to the decedent's transport to the hospital.

    27. EMT Rose
        *Address Unknown*

EMT Rose likely has information related to the decedent's transport to the hospital.

    28. Paramedic Allen
        *Address Unknown*

Paramedic Allen likely has information related to the decedent's transport to the hospital.

    29. Paramedic Giunta
        *Address Unknown*

Paramedic Giunta likely has information related to the decedent's transport to the hospital.

    30. Dr. Justin Popso
        *Address Unknown*

Dr. Popso likely has information related to the decedent's death.

31. ADA Sylvester Paschal
    *Address Unknown*

ADA Paschal likely has information related to the investigation of the decedent's death.

Defendants reserve the right to supplement this list as more information becomes available. Defendants also reserve the right to call any persons identified by the plaintiff in her initial disclosures as persons likely to have discoverable information.

**B.** **Description of Relevant Documents/Transcriptions**

Subject to applicable objections to the production of documents, including but not limited to, relevance, the work-product doctrine and the attorney-client privilege, Defendants identify the following documents in connection with its initial disclosures:

1. Arrest Booking Form of Shayne Stilphen;
2. Incident Report #I192054023;
3. Incident Report #I192054058 and Incident Supplementals;
4. Report of Officer Ismael Almeida;
5. Report of Sergeant Michael Aziz;
6. Report of Officer Catia Freire;
7. Report of Officer Kevin Zarnoch;
8. Report of Officer Sean Doolan;
9. Report of Recruit Officer Alex Rosa;
10. Report of Officer Michael Pankievich;
11. Report of Officer Brian Picarello;
12. Report of Officer David Marshall;
13. Investigative Report of Lieutenant Detective Michael J. Connolly and Lieutenant Detective Timothy P. Gaughan;
14. Investigative Report of Sergeant Erin Schroeder;
15. Investigative Report of Sergeant Detective Lucas E. Traxter;
16. Photos of D-4 Station and decedent's cell; and
17. Video footage of booking and detention of decedent.

Defendants reserve the right to supplement this list as more information becomes available.

**C.** **Damages**

Not applicable.

**D.** **Liability Insurance**

Not applicable.

E. **Experts Who May Be Called at Trial**

Defendants have not yet determined whether they intend to use an expert at trial. Defendants recognize their obligations to supplement this response.

Respectfully submitted,

**DEFENDANTS BOSTON POLICE DEPARTMENT, ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, AND CATIA FREIRE,**

By their attorneys:

Adam Cederbaum
Corporation Counsel

/s/ Randall Maas
Edward Whitesell BBO#644331
Senior Assistant Corporation Counsel
Randall Maas BBO# 684832
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
617-635-4034
Edward.Whitesell@boston.gov
Randall.Maas@boston.gov

Dated: December 2, 2022

**Certificate of Service**

I, Randall Maas, hereby certify that on December 2, 2022, a copy of this document was served upon the plaintiff by first class mail.

/s/ Randall F. Maas
Randall F. Maas

8



**Boston Police**
DEPARTMENT

One Schroeder Plaza, Boston, MA 02120-2014

Page 1 of 1
Date 7/14/19
CC

**DISTRICT/UNIT:** D4/DD96A

**TO:** Captain Steven Sweeney

**FROM:** Police Officer Brian Picarello ID #111646

**SUBJECT:** Death Investigation on Sunday July 14, 2019

Sir:

    I respectfully report that on Sunday July 14, 2019 at about 06:00am I was assisting in booking in District 4 when a prisoner had overdosed in one of the cells.
    At the time I was assisting with the re-finger printing of another prisoner and observing him while he was trying to contact a family member so he could make bail. The buzzer then went off and officer Doolan went to turn it off. I then heard officer Doolan say "whats wrong with this guy?" then I saw officer Almeida run into the cellblock to assist officer Doolan. I stayed with the prisoner who was still out of his cell on his phone talking to a family member. Then officer Doolan came running out asking for Narcan and other officers came running into the booking area. I then handcuffed the prisoner who was out of his cell and put him into another holding cell, while officers tended to the sick prisoner.

Respectfully submitted,

*Brian Picarello* (signature)
Police Officer Brian Picarello
ID# 111646

Mayor Martin J. Walsh

COB 000030

