UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:22-cv-11009-RGS

| | |
|---|---|
| LYNNEL COX, as administrator of the Estate of Shayne R. Stilphen,<br><br>           Plaintiff,<br><br>           v.<br><br>CITY OF BOSTON, ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE, DAVID MARSHALL, and BRIAN PICARELLO,<br><br>           Defendants. | |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

Now come the parties, through their respective counsel, in the above-captioned matter, and hereby move the Court for an order to extend the discovery deadline by eight weeks. As reasons therefor, the parties state as follows:

1. On December 1, 2022, the Court entered an order (ECF No. 35) allowing in part the parties' joint Motion to Amend Scheduling Order (ECF No. 34). The order set the following dates for discovery:

   **Fact discovery**
   Completion of fact discovery:                  August 4, 2023

   **Expert discovery**
   Plaintiff's designation of experts:           Sept. 1, 2023
   Defendants' designation of experts:       Sept. 29, 2023
   Completion of expert discovery:            Oct. 27, 2023

**Dispositive motions**

| | |
|---|---|
| Dispositive motions, if any filed by: | Nov. 17, 2023 |
| Oppositions, if any, filed by: | Dec. 8, 2023 |
| Reply, if any: | By leave of Court |

2. On June 28, 2023, the Court allowed (ECF No. 58) Plaintiff's motion for leave to file a second amended complaint.  The Second Amended Complaint (ECF No. 59), which was filed by Plaintiff on the same day that the motion to amend was allowed, adds Officer Brian Picarello as a defendant.  The parties will need additional time to complete written discovery and depositions regarding Officer Picarello's involvement in the case.

3. The parties have been diligently working to complete discovery.  Six depositions of Boston police officers have already been conducted, with two more scheduled for the second week of July.

4. Still, this is a complex civil rights case that now includes five individual defendants and raises questions concerning the City of Boston's policies and practices because Plaintiff has alleged municipal liability and a claim under the Americans with Disabilities Act.  The parties have noticed a combined total of 25 depositions.  Scheduling such depositions is particularly difficult during the summer because both the witnesses and counsel have various pre-scheduled vacations during the summer.

5. No party to this action will be prejudiced by this extension.

6. The parties have met and conferred.  They agree that extending the fact discovery deadline by eight weeks is in the interest of justice and will allow the parties sufficient time to complete discovery.

Accordingly, the parties jointly request that the scheduling order be amended as follows:

**<u>Fact discovery</u>**
| | |
|---|---|
| Completion of fact discovery: | September 29, 2023 |
| Status conference: | At the Court's convenience, on or after September 29, 2023 |

**<u>Expert discovery</u>**
| | |
|---|---|
| Plaintiff's designation of experts: | Nov. 1, 2023 |
| Defendants' designation of experts: | Dec. 8, 2023 |
| Plaintiff's rebuttal expert disclosures: | January 12, 2024 |
| Completion of expert discovery: | Feb. 9, 2024 |

**<u>Dispositive motions</u>**

| | |
|---|---|
| Dispositive motions, if any filed by: | Apr. 1, 2024 |
| Oppositions, if any, filed by: | May 1, 2024 |
| Reply, if any: | By leave of Court |

Respectfully submitted,


[Signature block on next page]

**DEFENDANTS CITY OF BOSTON, ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE, AND DAVID MARSHALL,**
By their attorneys,

/s/ Randall F. Maas
_____

Edward Whitesell BBO#644331
Senior Assistant Corporation Counsel
Randall Maas BBO# 684832
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
617-635-4045 (Whitesell)
617-635-4042 (Maas)
Edward.whitesell@boston.gov
Randall.maas@boston.gov

**PLAINTIFF LYNNEL COX, as administrator of the estate of Shayne R. Stilphen**
By her attorneys,

/s/ Robert Frederickson III
_____

Robert Frederickson III (BBO #670111)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: (617) 570-1000
rfrederickson@goodwinlaw.com

Jessie J. Rossman (BBO # 670685)
Alexandra Arnold (BBO #706208)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
Tel.: (617) 482-3170
jrossman@aclum.org
aarnold@aclum.org

Alexandra D. Valenti (Pro hac vice)
Christine Armellino (Pro hac vice)
Gabriella Montes (Pro hac vice)
Wrenne Bartlett (Pro hac vice)

> GOODWIN PROCTER LLP
> The New York Times Building
> 620 Eighth Avenue
> New York, NY 10018
> Tel.: (212) 459-7351
> avalenti@goodwinlaw.com
> carmellino@goodwinlaw.com
> gmontes@goodwinlaw.com
> wbartlett@goodwinlaw.com
>
> Matthew Ginther (Pro hac vice)
> GOODWIN PROCTER LLP
> 1900 N Street, NW
> Washington, DC 20036
> Tel.: (202) 346-4000
> mginther@goodwinlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 5, 2023.

| | |
|---|---|
| July 5, 2023 | /s/ *Randall F. Maas* |
| Date | Randall F. Maas |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

      Pursuant to Local Rule 7.1(a)(2), counsel for Defendants conferred with counsel for Plaintiff about the above motion, and counsel for Plaintiff join the motion.

      */s/ Randall F. Maas*
      Randall F. Maas