IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYNNEL COX, as administrator of the estate of Shayne R. Stilphen,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE, DAVID MARSHALL, and BRIAN PICARELLO,<br><br>    Defendants. | No. 1:22-CV-11009 |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the plaintiff in this matter.

Dated: July 25, 2023

Respectfully submitted,

/s/ *Adriana Lafaille*
Adriana Lafaille (BBO #680210)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
alafaille@aclum.org