UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYNNEL COX, as administrator of the estate of Shayne R. Stilphen,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE, DAVID MARSHALL, and BRIAN PICARELLO,<br><br>Defendants. | Civil Action No. 1:22-cv-11009-RGS |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

The parties in the above-captioned action respectfully move the Court for an order to extend the discovery deadline by five weeks. As grounds therefor, the parties state:

1. On July 7, 2023, the Court allowed in part (ECF No. 61) the parties' Joint Motion to Extend Discovery Deadline (ECF No. 61). The Court's order set the following dates for discovery:

   **Fact discovery**
   Completion of fact discovery:                Sept. 29, 2023

   **Expert discovery**
   Plaintiff's designation of experts:          Oct. 27, 2023
   Defendants' designation of experts:          Nov. 24, 2023
   Completion of expert discovery:              Dec. 22, 2023

   **Dispositive motions**
   Dispositive motions, if any, filed by:       Jan. 19, 2024
   Oppositions, if any, filed by:               Feb. 9, 2024
   Reply, if any:                               By leave of Court

2. At the time of the Court's July 7, 2023 order, six depositions had already been conducted.

1

3. The parties have continued to diligently and cooperatively work to complete discovery. The parties have collectively produced thousands of pages of discovery during this time. An additional twelve depositions of individual witnesses have already been conducted, and four more have been scheduled for the remaining two weeks of September.

4. However, this is a complex civil rights case that includes five individual defendants and raises questions concerning the City of Boston's policies and practices because the Estate has alleged municipal liability and a claim under the Americans with Disabilities Act.

5. Given the considerable discovery required to address the issues raised in the case, the parties have been unable to schedule the noticed depositions of the City's 30(b)(6) witnesses and one named defendant before September 29, 2023, despite their best efforts.

6. The parties have met and conferred. They agree that extending the fact discovery deadline by five weeks is in the interest of justice and will allow the parties sufficient time to complete discovery.

7. A five-week extension will also avoid placing discovery deadlines during holiday periods when expert witnesses and counsel have various pre-scheduled vacations.

8. For a similar reason, parties request increasing the time period between the Plaintiff's designation of experts and the Defendant's designation of experts by an additional week to avoid placing discovery deadlines during the holiday period when expert witnesses and counsel have various pre-scheduled vacations.

9. No party to this action will be prejudiced by this extension.

Accordingly, the parties jointly request that the scheduling order be amended as follows:

**Fact discovery**
Completion of fact discovery:			Nov. 3, 2023

**Expert discovery**
Plaintiff's designation of experts:		Dec. 1, 2023
Defendants' designation of experts:		Jan. 5, 2023[1]
Completion of expert discovery:		Feb. 2, 2024

**Dispositive motions**
Dispositive motions, if any filed by:		Mar. 1, 2024
Oppositions, if any, filed by:			Mar. 22, 2024
Reply, if any:					By leave of Court

			Respectfully submitted,

[*Signature block on next page*]

---

[1] The parties request that this deadline be extended by an additional seven days in order to avoid scheduling conflicts during the week between Christmas and New Year's Day.

*/s/ Robert Frederickson III*
Robert Frederickson III (BBO #670111)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: (617) 570-1000
rfrederickson@goodwinlaw.com

Jessie J. Rossman (BBO # 670685)
Adriana Lafaille (BBO #680210)
Alexandra Arnold (BBO #706208)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
Tel.: (617) 482-3170
jrossman@aclum.org
alafaille@aclum.org
aarnold@aclum.org

Alexandra D. Valenti* (*Pro hac vice*)
Christine Armellino* (*Pro hac vice*)
Gabriella Montes* (*Pro hac vice*)
Wrenne Bartlett* (*Pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 459-7351
avalenti@goodwinlaw.com
carmellino@goodwinlaw.com
gmontes@goodwinlaw.com
wbartlett@goodwinlaw.com

Matthew Ginther* (*Pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Tel.: (202) 346-4000
mginther@goodwinlaw.com

*Attorneys for Plaintiff Lynnel Cox,
as administrator of the estate of
Shayne R. Stilphen*

Adam Cederbaum
  Corporation Counsel

*/s/ Randall Maas* (with permission)
Edward Whitesell (BBO#644331)
  Senior Assistant Corporation Counsel
Randall Maas (BBO #684832)
  Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4042
Edward.Whitesell@boston.gov
Randall.Maas@boston.gov

*Attorneys for Defendants City of Boston,
Ismael Almeida, Paulmichael Bertocchi,
Catia Freire, David Marshall, and Brian Picarello*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2023, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent via the CM/ECF system electronically to all counsel of record.

September 18, 2023                               Respectfully submitted,

                                                 */s/ Robert Frederickson III*
                                                 Robert Frederickson III