UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYNNEL COX, as administrator of the estate of Shayne R. Stilphen,<br><br>      Plaintiff,<br><br> v.<br><br>CITY OF BOSTON, ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE, DAVID MARSHALL, and BRIAN PICARELLO,<br><br>      Defendants. | Civil Action No. 1:22-cv-11009-RGS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for the Plaintiff. The Plaintiff is still represented by other counsel in this matter.

Dated: September 22, 2023

              Respectfully submitted,

              By: /s/ *Alexandra Arnold*
                 Alexandra Arnold (BBO #706208)
                 AMERICAN CIVIL LIBERTIES UNION
                  FOUNDATION OF MASSACHUSETTS, INC.
                 One Center Plaza, Suite 850
                 Boston, MA 02108
                 (617) 482-3170
                 aarnold@aclum.org

2

## CERTIFICATE OF SERVICE

      I hereby certify that on September 22, 2023, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

                                        /s/ *Alexandra Arnold*
                                        Alexandra Arnold