# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:22-cv-11009-RGS

| | |
|---|---|
| LYNNEL COX, as administrator of the Estate of Shayne R. Stilphen, | |
| Plaintiff, | |
| v. | |
| CITY OF BOSTON, ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE, DAVID MARSHALL and JOHN/JANE DOE NO. 1, | |
| Defendants. | |

**DEFENDANT CITY OF BOSTON'S FOURTH SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS**

Pursuant to Fed. R. Civ. P. 34 and Local Rule 34.1, the City of Boston (the "City") hereby supplements its second responses to the request for production of documents.

REQUEST NO. 1:
All documents concerning Shayne Stilphen's arrest, booking, and detention by BPD, including without limitation any and all reports, forms, logs, notes, communications, case files, database files and search results, electronic mail, photographs, audio recordings, and video recordings.

RESPONSE NO. 1:
Objection. The City objects on the grounds that this request is overly broad, unreasonably cumulative, and unduly burdensome. Subject to, and without waiving the foregoing objections, the City refers to produced responsive documents in its possession, See COB 1-111. Subject to the foregoing objections, the City will produce all non-privileged and responsive documents in their custody, possession, or control.

FIRST SUPPLEMENTAL RESPONSE NO. 1: (dated March 7, 2023)
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 112-257.

SECOND SUPPLEMENTAL RESPONSE NO. 1 (dated March 23, 2023):
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 1733-2580.

THIRD SUPPLEMENTAL RESPONSE NO. 1 (dated April 26, 2023):
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 3846-4085.

**FOURTH SUPPLEMENTAL RESPONSE NO. 1 (dated August 24, 2023)**:
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 4140-4724, 4730-5004, 5156-5487 and COB 5598-5672.

REQUEST NO. 2
All documents concerning Mr. Geigel's arrest, booking, and detention by BPD, including without limitation any and all reports, forms, logs, notes, communications, case files, database files and search results, electronic mail, photographs, audio recordings, and video recordings.

RESPONSE NO. 2
Objection. The City objects on the grounds that this request is overly broad, unreasonably cumulative, and unduly burdensome. Subject to the foregoing objections, the City will produce all non-privileged and responsive documents in their custody, possession, or control.

FIRST SUPPLEMENTAL RESPONSE NO.2 (dated March 23, 2023):
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 1586-1725.

SECOND SUPPLEMENTAL RESPONSE NO. 2 (dated April 26, 2023):
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 2811-3845.

**THIRD SUPPLEMENTAL RESPONSE NO. 2 (dated August 24, 2023)**:
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 4725-4729, 5005, 5039-5155 and COB 5488-5597.

REQUEST NO. 3
All documents, including all complaints, orders, communications, electronic mail, interview notes, witness statements, draft reports, reports, evidence, case files, forms, minutes, transcripts, recordings, findings, recommendations, and records of any discipline, training or re-training imposed, regarding any inquiry, investigation and/or disciplinary proceedings concerning Shayne Stilphen, his time in the custody of the BPD, and/or the circumstances leading up to his death, including but not limited to documents related to HUI 192054058, IAD 2019-0519, and SA 2019-014.

RESPONSE NO. 3
Objection. The City objects on the grounds that this request is overly broad, unreasonably cumulative, and unduly burdensome. Subject to the foregoing objections, the City will produce all non-privileged and responsive documents in their custody, possession, or control.

FIRST SUPPLEMENTAL RESPONSE NO. 3 (dated March 7, 2023):
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 112-257.

SECOND SUPPLEMENTAL RESPONSE NO. 3 (dated March 23, 2023):
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 1733-2580.

THIRD SUPPLEMENTAL RESPONSE NO. 3 (dated April 26, 2023):
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 2588-2657, 2797-2803, and 3846-4085.

**FOURTH SUPPLEMENTAL RESPONSE NO. 3 (dated August 24, 2023)**:
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 4725-4729, 5005, 5156-5487 and COB 5598-5672.

REQUEST NO. 4
All documents, including all complaints, orders, communications, electronic mail, interview notes, witness statements, draft reports, reports, evidence, case files, forms, minutes, transcripts, recordings, findings, recommendations, and records of any discipline, training or re-training imposed, regarding any inquiry, investigation and/or disciplinary proceedings concerning Mr. Geigel, his time in the custody of the BPD, and/or the circumstances leading up to his death, including but not limited to documents related to SA 2019-008.

RESPONSE NO. 4
Objection. The City objects on the grounds that this request is overly broad, unreasonably cumulative, unduly burdensome, and not limited in time and scope. Subject to the foregoing objections, the City will produce all non-privileged and responsive documents in their custody, possession, or control.

FIRST SUPPLEMENTAL RESPONSE NO. 4 (dated March 7, 2023):
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 112-257.

SECOND SUPPLEMENTAL RESPONSE NO. 4 (dated March 23, 2023):
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 1586-1725.

THIRD SUPPLEMENTAL RESPONSE NO. 4 (dated April 26, 2023):
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 2811-3845.

**FOURTH SUPPLEMENTAL RESPONSE NO. 4 (dated August 24, 2023)**:
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 5039-5155 and COB 5488-5597.

REQUEST NO. 5
All documents recording or showing District 4's staffing on May 26-28, 2019 and July 14, 2019, including without limitation, for each day, the name of each officer and employee on duty, their hours of duty, their work assignment, their work location, and activities performed.

RESPONSE NO. 5
The City will produce all non-privileged and responsive documents in their custody, possession, or control.

FIRST SUPPLEMENTAL RESPONSE NO. 5 (dated April 26, 2023):
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 2888-2906 and 3797-3985.

**SECOND SUPPLEMENTAL RESPONSE NO. 5 (dated August 24, 2023)**:
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 5305 and COB 5423-5425.

REQUEST NO. 6
Documents sufficient to show the District 4 prisoner and detainee roster for May 26-28, 2019 and July 14, 2019, including without limitation, for each day, the names of the prisoners and detainees and their cell assignments.

RESPONSE NO. 6
The City will produce all non-privileged and responsive documents in their custody, possession, or control.

FIRST SUPPLEMENTAL RESPONSE NO. 6 (dated April 26, 2023):
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 2888-2889, 2907-2913, 3091-3098, and 3979-3985.

**SECOND SUPPLEMENTAL RESPONSE NO. 6 (dated August 24, 2023)**:
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 4140-4724, 4730-5004, 5350-5351 and OCB 5538-5547.

REQUEST NO. 8
All documents recording or showing cell visits, rounds, inspections, and/or other activities of BPD personnel in District 4 on July 14, 2019, including without limitation all logs of periodic staff rounds, cell visits, medication deliveries, meal deliveries, and inspections.

RESPONSE NO. 8
    The City will produce all non-privileged and responsive documents in their custody, possession, or control.

FIRST SUPPLEMENTAL RESPONSE NO. 8 (dated April 26, 2023):
    The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 3979-3985.

**SECOND SUPPLEMENTAL RESPONSE NO. 8 (dated August 24, 2023)**:
    The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 5305, 5350-5351, 5381-5387, 5390-5391, and COB 5636-5639.

REQUEST NO. 9
All documents recording or showing cell visits, rounds, inspections, and/or other activities of BPD personnel in District 4 on May 26-28, 2019, including without limitation all logs of periodic staff rounds, cell visits, medication deliveries, meal deliveries, and inspections.

RESPONSE NO. 9
    The City will produce all non-privileged and responsive documents in their custody, possession, or control.

FIRST SUPPLEMENTAL RESPONSE NO. 9 (dated April 26, 2023):
    The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 2888-2914 and 3091-3098.

**SECOND SUPPLEMENTAL RESPONSE NO. 9 (dated August 24, 2023)**:
    The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 5493-5503 and COB 5548-5564.

REQUEST NO. 10
All policies, procedures, or rules in effect at the BPD at any time from January 1, 2014, to the present, and any drafts, amendments, exhibits, and addenda thereto, concerning each of the following subjects: (a) the intake and booking process for people entering BPD custody; (b) the housing, care, treatment, and management of persons in BPD custody; (c) providing medical evaluation, treatment, and other medical care to persons in custody at the BPD; (d) the care and treatment of persons in BPD custody with opioid, alcohol, and other substance use disorders, including any policies and procedures for addiction treatment, detoxification, and withdrawal; (e) the care and treatment of persons in BPD custody with any pre-existing medical condition or injury, including any policies or procedures for treating and assisting those conditions; (f) the care and treatment of persons in BPD custody who are or who are suspected to be intoxicated, including any policies regarding monitoring; (g) the care and treatment of persons in BPD custody who experience an opioid overdose, including any policies on the administration of medication used to reverse or reduce the effects of opioids; (h) seeking outside medical assistance for people in BPD custody, including the transport of persons in custody at the BPD to a hospital, medical clinic, or

other medical facility; (i) monitoring cells, (j) the collection, retention, and return of property of people held in BPD custody; and (k) internal investigations at the BPD, including into allegations of lack of medical care or treatment of a person in BPD custody.

RESPONSE NO. 10
      Objection. The City objects to this request on the grounds that it is not likely to lead to the discovery of admissible evidence, and is not proportional to the needs of the case. The City further objects on the grounds that "all" records are broad and unduly burdensome to the extent it requests the City to compile all training materials on these topic areas from the dates the Officer defendants attending the Academy to the present. The City further objects to this request to the extent it seeks training materials that post-date the July 14, 2019 incident because this information is not reasonably calculated to lead to the discovery of admissible evidence. Subject to the foregoing objections, the City will produce all non-privileged and responsive documents in their custody, possession, or control.

FIRST SUPPLEMENTAL RESPONSE NO. 10 (dated March 7, 2023):
      The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 258-282.

SECOND SUPPLEMENTAL RESPONSE NO. 10 (dated April 26, 2023):
      The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 2804-2085 and 4086-4133.

**THIRD SUPPLEMENTAL RESPONSE NO. 10 (dated August 24, 2023)**:
      The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 5027-5038, 5398-5399, and COB 5361-5373.

REQUEST NO. 11
All training materials prepared by the BPD, or presented to BPD recruits, employees, or contractors, concerning the subjects listed in Request 10, since January 1, 2014, including but not limited to drafts of any such training materials, amendments and updates to any such training materials, training bulletins, directives, special orders, commissioner's orders and memoranda, text books, pamphlets, other materials provided at the Academy, and PowerPoint presentations, including the PowerPoint presentation excerpted on COB 000052.

RESPONSE NO. 11
      Objection. The City objects on the grounds that this request is overly broad, unreasonably cumulative, and unduly burdensome. The City object to this request on the grounds that it is not likely to lead to the discovery of admissible evidence, and is not proportional to the needs of the case. Subject to the foregoing objections, the City continues to search for responsive documents and recognizes its obligation to supplement this response if additional documents in the City's possession, custody, or control are discovered. Subject to the foregoing objections, the City will produce all non-privileged and responsive documents in their custody, possession, or control.

FIRST SUPPLEMENTAL RESPONSE NO. 11 (dated March 7, 2023):
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 112-393.

SECOND SUPPLEMENTAL RESPONSE NO. 11 (dated April 26, 2023):
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 2804-2805 and 4086-4133.

**THIRD SUPPLEMENTAL RESPONSE NO. 11 (dated August 24, 2023)**:
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 5027-5038.

REQUEST NO. 12
All communications concerning the rules, policies, procedures, and training materials provided in response to Request 10 and 11, including any communications regarding changes to the rules, policies, procedures and training materials provided in response to Request 10 and 11.

RESPONSE NO. 12
Objection. The City objects on the grounds that this request is overly broad, unreasonably cumulative, and unduly burdensome. Subject to the foregoing objections, the City continues to search for responsive documents and recognizes its obligation to supplement this response if additional documents in the City's possession, custody, or control are discovered.

FIRST SUPPLEMENTAL RESPONSE NO. 12 (dated March 7, 2023):
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 112-393.

SECOND SUPPLEMENTAL RESPONSE NO. 12 (dated April 26, 2023):
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 2806-2810.

**THIRD SUPPLEMENTAL RESPONSE NO. 12 (dated August 24, 2023)**:
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 5027-5038.

REQUEST NO. 16
All documents that are referenced in Defendants' initial disclosures and responses to interrogatories in this case.

RESPONSE NO. 16
Objection. The City objects on the grounds that this request is overly broad, unreasonably cumulative, and unduly burdensome. Subject to, and without waiving the foregoing objections, the City refers to COB 1-111. Subject to the foregoing objections, the City will produce all non-privileged and responsive documents in their custody, possession, or control.

FIRST SUPPLEMENTAL RESPONSE NO. 16 (dated March 7, 2023):

The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 112-393.

SECOND SUPPLEMENTAL RESPONSE NO. 16 (dated March 23, 2023):
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 394-2580.

THIRD SUPPLEMENTAL RESPONSE NO. 16 (dated April 26, 2023):
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 2581-4139.

**THIRD SUPPLEMENTAL RESPONSE NO. 16 (dated August 24, 2023)**:
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 4725-4729, 5005, and COB 5027-5672.

REQUEST NO. 20
All documents demonstrating the cause of death for Mr. Geigel, including but not limited to Mr. Geigel's report of autopsy and postmortem toxicology report.

RESPONSE NO. 20
Objection. The City objects on the grounds that this request is overly broad, unreasonably cumulative, and unduly burdensome. The City objects to this request to the extent it seeks confidential and private information concerning other employees, and other information that is covered by the investigatory privilege. Subject to the foregoing objections, the City will produce all non-privileged and responsive documents in their custody, possession, or control

FIRST SUPPLEMENTAL RESPONSE NO. 20 (dated April 26, 2023):
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 2870, 2923-2941, 2971-2984, 3050-3056, 3072-3081, and 3099-3114.

**SECOND SUPPLEMENTAL RESPONSE NO. 20 (dated August 24, 2023)**:
The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 5493-5503 and COB 5548-5564.

REQUEST NO. 21
The complete personnel files for Almeida, Bertocchi, Freire, and Marshall, including without limitation any and all records concerning their interactions with Shayne Stilphen and/or Mr. Geigel, and including without limitation any and all complaints of misconduct against them and the resolution of any such complaints.

RESPONSE NO. 21

Objection. The City objects to this request to the extent it seeks confidential and private information concerning other employees, and other information that is covered by the investigatory privilege. Subject to the foregoing objections, the City will produce all non-privileged and responsive documents in their custody, possession, or control.

FIRST SUPPLEMENTAL RESPONSE NO. 21 (dated March 23, 2023):

The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 394-1569.

SECOND SUPPLEMENTAL RESPONSE NO. 21 (dated April 26, 2023):

The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 2658-2724 and 2738-2779.

**THIRD SUPPLEMENTAL RESPONSE NO. 21 (dated August 24, 2023)**:

The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 5039-5672.

REQUEST NO. 22

All documents including but not limited to emails, orders, directives, training bulletins, and commissioners memoranda, sent to or from any BPD or City employee between May 28, 2019 and July 14, 2019, regarding Mr. Geigel, substance use disorder, OUD, Mass and Cass, methadone mile, opioids, fentanyl, intoxication, overdose, booking procedures, monitoring of cells, administration of Narcan, and/or seeking outside medical care or assistance.

RESPONSE NO. 22

Objection. The City objects on the grounds that this request is overly broad, unreasonably cumulative, and unduly burdensome. The City objects to this request as it is not reasonably calculated to lead to the discovery of admissible evidence. The City objects to this request to the extent it seeks attorney-client communications and/or work product protected information.

**FIRST SUPPLEMENTAL RESPONSE NO. 22 (dated August 24, 2023)**:

The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 5039-5155 and COB 5575-5576.

REQUEST NO. 23

All documents including but not limited to emails, orders, directives training bulletins, and commissioner memoranda, sent to or from any BPD or City employee about, Shayne Stilphen.

RESPONSE NO. 23

Objection. The City objects on the grounds that this request is overly broad, unreasonably cumulative, and unduly burdensome. The City objects to this request as it is not reasonably calculated to lead to the discovery of admissible evidence. The City further objects to this request to the extent it seeks attorney-client communications and/or work product protected information. Subject to the

foregoing objections, the City will produce all non-privileged and responsive documents in their custody, possession, or control.

**FIRST SUPPLEMENTAL RESPONSE NO. 23 (dated August 24, 2023)**:

The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 5252-5257, 5392-5396, 5401-5405, and COB 5663.

REQUEST NO. 26

All documents sent from any BPD or City employee concerning Lynnel Cox, including communications to, from, about, and/or otherwise referring to Lynnel Cox or Lynnel Stilphen.

RESPONSE NO. 26

Objection. The City objects on the grounds that this request is overly broad, unreasonably cumulative, and unduly burdensome. The City objects to this request to the extent it seeks attorney-client communications and/or work product protected information. The City objects to this request as it is not reasonably calculated to lead to the discovery of admissible evidence. Subject to the foregoing objections, the City will produce all non-privileged and responsive documents in their custody, possession, or control.

FIRST SUPPLEMENTAL RESPONSE NO. 26 (dated March 7, 2023):

The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 4140-4724, 4730-5004, and COB 112-257.

SECOND SUPPLEMENTAL RESPONSE NO. 26 (dated March 23, 2023):

The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 1733-2348.

THIRD SUPPLEMENTAL RESPONSE NO. 26 (dated April 26, 2023):

The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 2588-2657, 2725-2737, 2797-2803, and 3846-4085.

**FOURTH SUPPLEMENTAL RESPONSE NO. 26 (dated August 24, 2023)**:

The City reserves all objections previously made to this request. Subject to and without waiving the objections made in its prior production, please refer to COB 5252-5257, 5392-5396, 5401-5405, and COB 5663.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: August 24, 2023 | DEFENDANT CITY OF BOSTON, |
| | Adam N. Cederbaum, <br> Corporation Counsel |
| | By their attorney, |
| | /s/ Randall Maas <br> Edward Whitesell (BBO# 644331) <br> Assistant Corporation Counsel <br> Randall Maas (BBO# 684832) <br> Assistant Corporation Counsel <br> City of Boston Law Department <br> City Hall, Room 615 <br> Boston, MA 02201 <br> (617) 635-4045 (Whitesell) <br> (617) 635-4042 (Maas) <br> Edward.whitesell@boston.gov <br> Randall.maas@boston.gov |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon counsel of record by hand delivery.

8/24/2023                                                                             /s/ Randall Maas
Date                                                                                        Randall Maas