# EXHIBIT K

## Re: Lynnel's Deposition date

Jessie Rossman <JRossman@aclum.org>

Wed 8/2/2023 6:24 AM

To:Randall Maas <randall.maas@boston.gov>;edward.whitesell@boston.gov <edward.whitesell@boston.gov>

Cc:Valenti, Alexandra D <AValenti@goodwinlaw.com>;Potkay, Christine <CPotkay@goodwinlaw.com>;Bartlett, Wrenne <WBartlett@goodwinlaw.com>;Montes, Gabriella <GMontes@goodwinlaw.com>;Knight, Jeremy <JKnight@goodwinlaw.com>;Alexandra Arnold <AArnold@aclum.org>;Adriana Lafaille <ALafaille@aclum.org>

Good morning, Randall and Ted,

I am following up on the email below to see if you could confirm a start time for Lynnel's deposition on the 30th. Additionally, I wanted to circle back to the waiver of service for Picarello, as it has now been more than 30 days since we sent that over to you - do you have any update on whether you will be able to sign on his behalf? Finally, we wanted to check in on the deposition scheduling for the remaining deponents. We understand that you no longer have contact with three of the officers (Mitchell, Hill and Buckley), who no longer work with the BPD. That leaves nine remaining individual deponents (Celluci, Taxter, Sweeney, Doolan, Marshall, Freire, Bertocchi, Picarello and Almeida) as well as the 30b6 deposition. We want to be sure that we get these depositions set as soon as possible -- will you able to provide some additional dates at Friday's deposition?

Best,
Jessie

---

**From:** Jessie Rossman
**Sent:** Friday, July 28, 2023 3:52 PM
**To:** Randall Maas <randall.maas@boston.gov>; edward.whitesell@boston.gov <edward.whitesell@boston.gov>
**Cc:** Valenti, Alexandra D <AValenti@goodwinlaw.com>; Potkay, Christine <CPotkay@goodwinlaw.com>; Bartlett, Wrenne <WBartlett@goodwinlaw.com>; Montes, Gabriella <GMontes@goodwinlaw.com>; Knight, Jeremy <JKnight@goodwinlaw.com>; Alexandra Arnold <AArnold@aclum.org>; Adriana Lafaille <ALafaille@aclum.org>
**Subject:** Lynnel's Deposition date

Good afternoon,

Randall, as per our conversation on Wednesday, I wanted to circle to confirm that Lynnel is available on Wednesday, August 30th. Please let us know at what time the deposition will begin, and at what location.

Best,
Jessie

---

**Jessie Rossman**
Pronouns: she/her/hers

Managing Attorney

American Civil Liberties Union Foundation of Massachusetts

617.482.3170 x337  |  jrossman@aclum.org

[aclum.org](aclum.org)



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*