# EXHIBIT L

Re: Lynnel's Deposition date

Jessie Rossman <JRossman@aclum.org>

Tue 8/8/2023 12:06 PM

To:Randall Maas <randall.maas@boston.gov>

Cc:edward.whitesell@boston.gov <edward.whitesell@boston.gov>;Valenti, Alexandra D
<AValenti@goodwinlaw.com>;Potkay, Christine <CPotkay@goodwinlaw.com>;Bartlett, Wrenne
<WBartlett@goodwinlaw.com>;Montes, Gabriella <GMontes@goodwinlaw.com>;Knight, Jeremy
<JKnight@goodwinlaw.com>;Alexandra Arnold <AArnold@aclum.org>;Adriana Lafaille
<ALafaille@aclum.org>

Good afternoon, Randall,

Unfortunately, the 17th and 18th do not work on our end. Our team has broad availability for both Doolan
and Taxter in the two weeks after next, listed below. Please let us which of these dates will work on your
end, as well as whether we can fit Celluci and Sweeney in any of the dates listed below as well:

Doolan: Aug 21, 22, 23, 24, 28, or 31
Taxter: Aug 21, 22, 23, 24, 25, 28, 29 or Sept 1

We would also like to discuss the September dates for the individual defendants & 30b(6) witness(es)  -
do you have any proposed dates that you can send our way so that we can hold them on our calendars?

Best,
Jessie

---

**From:** Randall Maas <randall.maas@boston.gov>
**Sent:** Tuesday, August 8, 2023 7:44 AM
**To:** Jessie Rossman <JRossman@aclum.org>
**Cc:** edward.whitesell@boston.gov <edward.whitesell@boston.gov>; Valenti, Alexandra D
<AValenti@goodwinlaw.com>; Potkay, Christine <CPotkay@goodwinlaw.com>; Bartlett, Wrenne
<WBartlett@goodwinlaw.com>; Montes, Gabriella <GMontes@goodwinlaw.com>; Knight, Jeremy
<JKnight@goodwinlaw.com>; Alexandra Arnold <AArnold@aclum.org>; Adriana Lafaille <ALafaille@aclum.org>
**Subject:** Re: Lynnel's Deposition date

Hi there - Just wanted to follow up about the Taxter and Doolan depositions.  I think Matthew
mentioned there had been some internal discussions last week.  Are next Thursday and Friday OK?

Randall

On Wed, Aug 2, 2023 at 10:03 AM Randall Maas <randall.maas@boston.gov> wrote:

Hi Jessie - We can start at 10 am for Ms. Cox's deposition.  We'll get you a location for it soon -
there's a good chance it will be at City Hall.

I have been reaching out to folks for depositions.  Can we do Taxter and Doolan on the 17th and
18th?  Or Doolan and Taxter, either order works.  As I mentioned last week, Doolan will be

unavailable in September.  I should have more dates soon.

I have been reaching out to BPD for updates on the Picarello request for representation.  I can talk more about that on Friday,

Here are the emails for Lynch - there's only one.

Randall

On Wed, Aug 2, 2023 at 6:24 AM Jessie Rossman <JRossman@aclum.org> wrote:

> Good morning, Randall and Ted,
>
> I am following up on the email below to see if you could confirm a start time for Lynnel's deposition on the 30th. Additionally, I wanted to circle back to the waiver of service for Picarello, as it has now been more than 30 days since we sent that over to you - do you have any update on whether you will be able to sign on his behalf? Finally, we wanted to check in on the deposition scheduling for the remaining deponents. We understand that you no longer have contact with three of the officers (Mitchell, Hill and Buckley), who no longer work with the BPD. That leaves nine remaining individual deponents (Celluci, Taxter, Sweeney, Doolan, Marshall, Freire, Bertocchi, Picarello and Almeida) as well as the 30b6 deposition. We want to be sure that we get these depositions set as soon as possible -- will you able to provide some additional dates at Friday's deposition?
>
> Best,
> Jessie
>
> ---
>
> **From:** Jessie Rossman
> **Sent:** Friday, July 28, 2023 3:52 PM
> **To:** Randall Maas <randall.maas@boston.gov>; edward.whitesell@boston.gov <edward.whitesell@boston.gov>
> **Cc:** Valenti, Alexandra D <AValenti@goodwinlaw.com>; Potkay, Christine <CPotkay@goodwinlaw.com>; Bartlett, Wrenne <WBartlett@goodwinlaw.com>; Montes, Gabriella <GMontes@goodwinlaw.com>; Knight, Jeremy <JKnight@goodwinlaw.com>; Alexandra Arnold <AArnold@aclum.org>; Adriana Lafaille <ALafaille@aclum.org>
> **Subject:** Lynnel's Deposition date
>
> Good afternoon,
>
> Randall, as per our conversation on Wednesday, I wanted to circle to confirm that Lynnel is available on Wednesday, August 30th. Please let us know at what time the deposition will begin, and at what location.
>
> Best,
> Jessie
>
> _____
>
> **Jessie Rossman**
> Pronouns: she/her/hers
>
> Managing Attorney

American Civil Liberties Union Foundation of Massachusetts

617.482.3170 x337  |  jrossman@aclum.org

aclum.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

This email and its attachments are intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, proprietary, or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying, or in any way using this message. If you have received this communication in error, please immediately notify the sender and delete this communication, any attachments, and all copies from your system and records.