# EXHIBIT M

| | |
|---|---|
| **From:** | Jessie Rossman |
| **To:** | Randall Maas; edward.whitesell@boston.gov |
| **Cc:** | Valenti, Alexandra D; Potkay, Christine; Ginther, Matthew; Bartlett, Wrenne; Montes, Gabriella; Knight, Jeremy; Alexandra Arnold; Adriana Lafaille; Jessie Rossman |
| **Subject:** | Follow up |
| **Date:** | Friday, September 8, 2023 7:13:32 PM |
| **Attachments:** | Outlook-cid_image0.png<br>Plaintiff"s Notice of 30(b)(6) Deposition.pdf |

***EXTERNAL***

Randall,

As we discussed, for your ease of reference I have re-attached our 30b6 notice that we sent you in May.

Best,
Jessie

---

**Jessie Rossman**
Pronouns: she/her/hers

Managing Attorney

American Civil Liberties Union Foundation of Massachusetts

617.482.3170 x337 | jrossman@aclum.org

aclum.org

<!--[if !vml]--><!--[endif]-->

*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

This email and its attachments are intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, proprietary, or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying, or in any way using this message. If you have received this communication in error, please immediately notify the sender and delete this communication, any attachments, and all copies from your system and records.