# EXHIBIT N

| | |
|---|---|
| **From:** | Jessie Rossman |
| **To:** | Randall Maas; edward.whitesell@boston.gov |
| **Cc:** | Valenti, Alexandra D; Potkay, Christine; Ginther, Matthew; Bartlett, Wrenne; Montes, Gabriella; Knight, Jeremy; Alexandra Arnold; Adriana Lafaille |
| **Subject:** | Re: Follow up |
| **Date:** | Monday, September 11, 2023 12:15:43 PM |
| **Attachments:** | Outlook-cid_image0.png |

***EXTERNAL***
Randall and Ted,

We propose the following dates for the depositions of the named deponents, which I believe comports with what you had said was their availability. Please confirm whether we can move forward for these dates:

- Freire - Thursday, September 21
- Sweeney - Tuesday, September 26
- Almeida - Thursday, September 28
- Marshall - Friday, September 29

In addition, our understanding is that Picarrelo would be available sometime the first week of October - please let us know the days on which he is available October 2-6. Finally, to follow up on the email below, let us know the anticipated deponents and potential dates for the City's 30b6 depositions. If you need to discuss anything with respect to the 30b6 depositions, we can arrange a phone call if that would be helpful.

Best,
Jessie

**From:** Jessie Rossman <JRossman@aclum.org>
**Sent:** Friday, September 8, 2023 7:12 PM
**To:** Randall Maas <randall.maas@boston.gov>; edward.whitesell@boston.gov <edward.whitesell@boston.gov>
**Cc:** Valenti, Alexandra D <AValenti@goodwinlaw.com>; Potkay, Christine <CPotkay@goodwinlaw.com>; Ginther, Matthew <MGinther@goodwinlaw.com>; Bartlett, Wrenne <WBartlett@goodwinlaw.com>; Montes, Gabriella <GMontes@goodwinlaw.com>; Knight, Jeremy <JKnight@goodwinlaw.com>; Alexandra Arnold <AArnold@aclum.org>; Adriana Lafaille <ALafaille@aclum.org>; Jessie Rossman <JRossman@aclum.org>
**Subject:** Follow up

Randall,

As we discussed, for your ease of reference I have re-attached our 30b6 notice that we sent you in May.

Best,
Jessie

_____

**Jessie Rossman**

Pronouns: she/her/hers

Managing Attorney
American Civil Liberties Union Foundation of Massachusetts
617.482.3170 x337 | jrossman@aclum.org
aclum.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

This email and its attachments are intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, proprietary, or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying, or in any way using this message. If you have received this communication in error, please immediately notify the sender and delete this communication, any attachments, and all copies from your system and records.