# EXHIBIT O

Follow up on our 30(b)(6) call

Jessie Rossman <JRossman@aclum.org>

Fri 9/22/2023 2:04 PM

To:edward.whitesell@boston.gov <edward.whitesell@boston.gov>;Randall Maas <randall.maas@boston.gov>

Cc:Potkay, Christine <CPotkay@goodwinlaw.com>;Alexandra Arnold <AArnold@aclum.org>

Ted and Randall,

Thanks for jumping on the call today. As per our discussion, we understand that you will send us an email by early next week indicating the 30(b)(6) topics for which you intend to designate Sgt Blake and Superintendent Chicolo and potential dates on which each are available, as well as indicate any topics about which you have outstanding questions and/or concerns. On our end, we will review topics 3 and 6 alongside the deposition transcripts, and will identify what, if any, portions of those topics are still outstanding.

In addition, as we discussed earlier, in light of Yom Kippur, we will need to receive Sweeney's communications by mid-day Sunday in advance of his deposition - thank you.

Best,
Jessie

_____

**Jessie Rossman**

Pronouns: she/her/hers

Managing Attorney

American Civil Liberties Union Foundation of Massachusetts

617.482.3170 x337  |  jrossman@aclum.org

aclum.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*