# EXHIBIT P

Re: Follow up on our 30(b)(6) call

Randall Maas <randall.maas@boston.gov>
Thu 9/28/2023 7:49 PM
To:Jessie Rossman <JRossman@aclum.org>
Cc:edward.whitesell@boston.gov <edward.whitesell@boston.gov>;Potkay, Christine <CPotkay@goodwinlaw.com>;Alexandra Arnold <AArnold@aclum.org>

Hi Jessie - To follow up on the conversation this evening, we've identified two officers at the academy who will be able to testify to a variety of the topics on the 30(b)(6) notice.  Patrick Higgins will be able to testify on opioid and Narcan issues and James Lydon will be able to testify on booking.  Both officers are available on October 11 - if that date doesn't work, we will have to find separate dates.

The specific list of topics for Higgins is below.  Please note where I've made changes to the language from the notice.  I'm still waiting for the list from Lydon, but I will send it as soon as I have it.

2. The BPD's policies, procedures, practices, and training since January 1, 2016, both of **recruits** at the BPD Academy and to officers through continuing education and/or recertification, concerning:
f. Identifying and responding to suspected intoxication or overdose of **members of the public with whom police come in contact**;
g. The custody and care of **members of the public** believed to have consumed opioids or other substances and **members of the public** believed to be experiencing overdose from opioids or other substances;
h. Substance use disorder, including opioid use disorder . . . ;
k. If any of the policies, procedures, practices, and training in subsection **(f) – (h)** changed during this period of time and the reasons for such changes.

4. All changes to BPD policies, procedures, practices, rules, orders, guidelines, or training **regarding Narcan, opioid overdoses, and CPR** since Cristhian Geigel's death on May 27, 2019.

5. All BPD trainings . . . **regarding Narcan, opioid overdoses, and CPR** prompted by Cristhian Geigel's death.

15. [T]raining histories of Ismael Almeida, Paulmichael Bertocchi, Catia Freire, David Marshall, and Brian Picarello **regarding Narcan, opioid overdoses, and CPR**.

16. BPD and/or the City's knowledge of the opioid crisis generally and at the "Mass and Cass" location specifically.

19. Any discussions, deliberations, or decisions made by BPD and/or the City to revise, amend, enforce, or otherwise change its practices, policies, and procedures to mitigate the risk of in-custody illness or death resulting from opioids or other drugs from 2016 to present.  **(Will be able to testify on this topic, but testimony may not be exhaustive.)**



On Fri, Sep 22, 2023 at 5:10 PM Jessie Rossman <JRossman@aclum.org> wrote:
> Thanks Randall - I appreciate you getting this over to us today.
>
> Sent from my T-Mobile 5G Device
> Get Outlook for Android
>
> ---
>
> **From:** Randall Maas <randall.maas@boston.gov>
> **Sent:** Friday, September 22, 2023 4:50:38 PM
> **To:** Jessie Rossman <JRossman@aclum.org>
> **Cc:** edward.whitesell@boston.gov <edward.whitesell@boston.gov>; Potkay, Christine <CPotkay@goodwinlaw.com>; Alexandra Arnold <AArnold@aclum.org>
> **Subject:** Re: Follow up on our 30(b)(6) call
>
> Hi Jessie - Here are the emails for all of the witnesses next week using the standard search terms. There's also a separate file for additional communications from Captain Sweeney - we got these directly from him.
>
> Best,
> Randall
>
> On Fri, Sep 22, 2023 at 2:04 PM Jessie Rossman <JRossman@aclum.org> wrote:
>> Ted and Randall,
>>
>> Thanks for jumping on the call today. As per our discussion, we understand that you will send us an email by early next week indicating the 30(b)(6) topics for which you intend to designate Sgt Blake and Superintendent Chicolo and potential dates on which each are available, as well as indicate any topics about which you have outstanding questions and/or concerns. On our end, we will review topics 3 and 6 alongside the deposition transcripts, and will identify what, if any, portions of those topics are still outstanding.
>>
>> In addition, as we discussed earlier, in light of Yom Kippur, we will need to receive Sweeney's communications by mid-day Sunday in advance of his deposition - thank you.
>>
>> Best,
>> Jessie
>>
>> ---
>>
>> **Jessie Rossman**
>>
>> Pronouns: she/her/hers
>>
>> Managing Attorney
>>
>> American Civil Liberties Union Foundation of Massachusetts
>>
>> 617.482.3170 x337 | jrossman@aclum.org

aclum.org

![cid:image005.png@01D450DE.32666480]

*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

This email and its attachments are intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, proprietary, or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying, or in any way using this message. If you have received this communication in error, please immediately notify the sender and delete this communication, any attachments, and all copies from your system and records.

This email and its attachments are intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, proprietary, or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying, or in any way using this message. If you have received this communication in error, please immediately notify the sender and delete this communication, any attachments, and all copies from your system and records.