UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYNNEL COX, as administrator of the estate of Shayne R. Stilphen,<br><br>    Plaintiff,<br>  v.<br><br>CITY OF BOSTON, ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE, DAVID MARSHALL, and BRIAN PICARELLO,<br><br>    Defendants. | No. 1:22-CV-11009-RGS |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the plaintiff in this matter.

Dated: October 17, 2023                    Respectfully submitted,

                                /s/ *Isabel Burlingame*
                                Isabel Burlingame (BBO #710027)
                                AMERICAN CIVIL LIBERTIES UNION
                                 FOUNDATION OF MASSACHUSETTS, INC.
                                One Center Plaza, Suite 850
                                Boston, MA 02108
                                (617) 482-3170
                                iburlingame@aclum.org

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 17, 2023, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

                 /s/ *Isabel Burlingame*
                 Isabel Burlingame