UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LYNNEL COX, as administrator of the estate of Shayne R. Stilphen, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 1:22-cv-11009-RGS |
| CITY OF BOSTON, ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE, DAVID MARSHALL, and BRIAN PICARELLO, | * * * * * | |
| Defendants. | * | |

**JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT DAVID MARSHALL**

The parties in the above-captioned action hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims against Defendant David Marshall be dismissed with each party bearing that party's own attorney's fees and costs as to those claims.

Respectfully submitted,

[*Signature block on next page*]

1

| | |
|---|---|
| /s/ Robert Frederickson III | /s/ Randall Maas (with permission) |
| Robert Frederickson III (BBO #670111) | Edward Whitesell (BBO#644331) |
| GOODWIN PROCTER LLP |    Senior Assistant Corporation Counsel |
| 100 Northern Avenue | Randall Maas (BBO #684832) |
| Boston, Massachusetts 02210 |    Assistant Corporation Counsel |
| Tel.: (617) 570-1000 | Adam Cederbaum |
| rfrederickson@goodwinlaw.com |    Corporation Counsel |
| | City of Boston Law Department |
| Jessie J. Rossman (BBO # 670685) | City Hall, Room 615 |
| Adriana Lafaille (BBO #680210) | Boston, MA 02201 |
| Isabel Burlingame (BBO #710027) | (617) 635-4042 |
| American Civil Liberties Union | Edward.Whitesell@boston.gov |
| Foundation of Massachusetts, Inc. | Randall.Maas@boston.gov |
| One Center Plaza, Suite 850 | |
| Boston, MA 02108 | *Attorneys for Defendants City of Boston,* |
| Tel.: (617) 482-3170 | *Ismael Almeida, Paulmichael Bertocchi,* |
| jrossman@aclum.org | *Catia Freire, David Marshall, and Brian Picarello* |
| alafaille@aclum.org | |
| iburlingame@aclum.org | |

Alexandra D. Valenti* (*Pro hac vice*)
Christine Potkay* (*Pro hac vice*)
Gabriella Montes* (*Pro hac vice*)
Wrenne Bartlett* (*Pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 459-7351
avalenti@goodwinlaw.com
cpotkay@goodwinlaw.com
gmontes@goodwinlaw.com
wbartlett@goodwinlaw.com

Matthew Ginther* (*Pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Tel.: (202) 346-4000
mginther@goodwinlaw.com

*Attorneys for Plaintiff Lynnel Cox,
as administrator of the estate of
Shayne R. Stilphen*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2023, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent via the CM/ECF system electronically to all counsel of record.

| | |
|---|---|
| October 26, 2023 | Respectfully submitted, |
| | */s/ Robert Frederickson III* |
| | Robert Frederickson III |