

**Boston Police**
DEPARTMENT

One Schroeder Plaza, Boston, MA 02120-2014

Page 1 of 1
Date 7/14/19
CC

**DISTRICT/UNIT:** <u>D4/DD96A</u>

**TO:** Captain Steven Sweeney

**FROM:** Police Officer Brian Picarello ID #111646

**SUBJECT:** Death Investigation on Sunday July 14, 2019

Sir:

    I respectfully report that on Sunday July 14, 2019 at about 06:00am I was assisting in booking in District 4 when a prisoner had overdosed in one of the cells.
    At the time I was assisting with the re-finger printing of another prisoner and observing him while he was trying to contact a family member so he could make bail. The buzzer then went off and officer Doolan went to turn it off. I then heard officer Doolan say "whats wrong with this guy?" then I saw officer Almeida run into the cellblock to assist officer Doolan. I stayed with the prisoner who was still out of his cell on his phone talking to a family member. Then officer Doolan came running out asking for Narcan and other officers came running into the booking area. I then handcuffed the prisoner who was out of his cell and put him into another holding cell, while officers tended to the sick prisoner.

Respectfully submitted,

*Brian Picarello*
Police Officer Brian Picarello
ID# 111646

Mayor Martin J. Walsh

COB 000030

