Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:22-CV-11009

_____

LYNNEL COX, as Administrator of the       )
Estate of Shayne R. Stilphen,             )
              Plaintiff,                  )
         vs.                              )
BOSTON POLICE DEPARTMENT, ISMAEL ALMEIDA,)
PAULMICHAEL BERTOCCHI, CATIA FREIRE,      )
DAVID MARSHALL, and JOHN/JANE DOE NO. 1,  )
              Defendants.                 )
_____)

        VIDEOTAPED DEPOSITION OF JAMES F. LYDON, called as a witness by and on behalf of the Plaintiff, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before P. Jodi Ohnemus, RPR, RMR, CRR, CA-CSR #13192, NH-LSR #91, MA-CSR #123193, and Notary Public, within and for the Commonwealth of Massachusetts, at Goodwin Procter, LLP, 100 Northern Avenue, Boston, Massachusetts, on Wednesday, October 11, 2023, commencing at 10:08 a.m.

Page 88

1      A.   I give them that instruction, and I tell
2  them they will immediately report it to the duty
3  supervisor.  I then expand on that and tell them
4  what's probably going to happen at that point.
5      Q.   Do you provide any training or instruction
6  to recruits regarding how to handle cases where
7  somebody appears ill but does not report feeling
8  ill?
9      A.   So the prisoner feels ill --
10     Q.   Appears --
11     A.   Appears ill --
12     Q.   -- but does not --
13     A.   -- but doesn't report that they're ill?
14     Q.   That's right.
15     A.   I have never given specific instructions
16 on that, but I have told recruits that they are to
17 gauge the prisoners -- there's a dropdown menu in
18 one of the panels of the RICI system, and it
19 basically asks for their -- their state of
20 consciousness; and I explain the four choices that
21 are on this -- in this section, and those four
22 choices are:  alert; dazed; under the influence of
23 liquor, which is represented by UIL; and under the
24 influence of drugs, which is represented by UID.
25 And I explain that they need to make an assetation