UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYNNEL COX, as administrator of the Estate of Shayne R. Stilphen,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE, and BRIAN PICARELLO,<br><br>Defendants. | Civil Action No. 1:22-cv-11009-RGS<br><br>[ORAL ARGUMENT REQUESTED] |

**DECLARATION OF ROBERT FREDERICKSON III IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' <u>MOTIONS FOR SUMMARY JUDGMENT</u>**

I, Robert Frederickson III, declare as follows:

1. I am an attorney with the law firm of Goodwin Procter LLP, counsel to Lynnel Cox, as administrator to the Estate of Shayne R. Stilphen ("Plaintiff"). I submit this Declaration in support of Plaintiff's Opposition to Defendants' Motions for Summary Judgment.

2. Exhibit 1, which was hand-filed with the Court, is a true and correct copy of surveillance video of the holding cell in Boston Police Department District D-4 Station from July 14, 2019 ("Holding Cell Video With Timestamps").

3. Exhibit 2, which was hand-filed with the Court, is a true and correct copy of the surveillance video of the booking area in Boston Police Department District D-4 Station from July 14, 2019 ("Booking Video With Timestamps.").

4. Exhibit 3, which was hand-filed with the Court, is a true and correct copy of surveillance video of Cell 19 in Boston Police Department District D-4 Station from July 14, 2019 ("Cell 19 Video With Timestamps.").

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Deposition Transcript of Israel Almeida, dated September 28, 2023.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Deposition Transcript of Paulmichael Bertocchi, dated September 13, 2023.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the Deposition Transcript of Philip Bliss, dated July 26, 2023.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the Deposition Transcript of Kevin Butcher, dated June 22, 2023.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Deposition Transcript of Eddy Chrispin, dated June 23, 2023.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the Deposition Transcript of Michael Connolly, dated August 28, 2023.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the Deposition Transcript of Lynnel Cox, dated August 30, 2023.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the Deposition Transcript of Sean Doolan, dated August 24, 2023.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the Deposition Transcript of Brianne Fitzgerald, dated January 26, 2024.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the Deposition Transcript of James Foley, dated July 13, 2023.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the Deposition Transcript of Catia Freire, dated September 21, 2023.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the Deposition Transcript of Timothy Gaughan, dated June 29, 2023.

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the Deposition Transcript of Patrick Higgins, dated October 11, 2023.

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the Deposition Transcript of Ross MacDonald, M.D., dated January 16, 2024.

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the Deposition Transcript of David Marshall, dated September 29, 2023.

20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the Deposition Transcript of Brian Picarello, dated October 24, 2023.

21. Attached hereto as Exhibit 20 is a true and correct copy of excerpts from the Deposition Transcript of Steven Sweeney, dated September 26, 2023.

22. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the Deposition Transcript of Lucas Taxter, dated August 29, 2023.

23. Attached hereto as Exhibit 22 is a true and correct copy of the Expert Report of Ross MacDonald, M.D., dated November 28, 2023.

24. Attached hereto as Exhibit 23 is a true and correct copy of the Expert Report of Michael Lyman, Ph.D., dated November 29, 2023.

25. Attached hereto as Exhibit 24 is a true and correct copy of the Report of Brianne Fitzgerald, dated December 27, 2023.

26. Attached hereto as Exhibit 25 is a true and correct copy of Commonwealth of Massachusetts Executive Department Press Release.

27. Attached hereto as Exhibit 26 is a true and correct copy of a 2015 presentation titled Boston Police Nasal Narcan Training.

28. Attached hereto as Exhibit 27 is a true and correct copy of 2019 presentation titled Boston Police Nasal Narcan Training PowerPoint

29. Attached hereto as Exhibit 28 is a true and correct copy of Officer Sean Doolan's Form 26 report ("Doolan Form 26").

30. Attached hereto as Exhibit 29 is a true and correct copy of a report with Subject: IAD2019-0519 from Sergeant Detective Lucas E. Taxter, Internal Investigations Unit, dated February 16, 2020 ("Taxter 2020 Report").

31. Attached hereto as Exhibit 30 is a true and correct copy of a report with Subject: SA2019-014 from sergeant Detective Lucas E. Taxter, Internal Investigations Unit, dated November 7, 2019 ("Taxter 2019 Report").

32. Attached hereto as Exhibit 31 is a true and correct copy of a report with Subject IAD2019-0519 from Lieutenant Detective Michael J. Connolly and Lieutenant Detective Timothy P. Gaughan ("Connolly Dec. 2021 Report").

33. Attached hereto as Exhibit 32 is a true and correct copy of a report with Subject IAD2019-0519 from Lieutenant Detective Michael J. Connolly, Internal Investigations Unit ("Connolly Dec. 2020 Report"), filed under seal.

34. Attached hereto as Exhibit 33 is a true and correct copy of Boston Police Department Rule 318A.

35. Attached hereto as Exhibit 34 is a true and correct copy of the training records for Officer Ismael Almeida ("Almeida Training History"), filed under seal.

36. Attached hereto as Exhibit 35 is a true and correct copy of the training records for Officer Paulmichael Bertocchi ("Bertocchi Training History"), filed under seal.

37. Attached hereto as Exhibit 36 is a true and correct copy of the training records for Officer Catia Freire ("Freire Training History"), filed under seal.

38. Attached hereto as Exhibit 37 is a true and correct copy of the training records for Officer Brian Picarello ("Picarello Training History"), filed under seal.

39. Attached hereto as Exhibit 38 is a true and correct copy of a report with Subject IAD Complaint #IAD 2019-0164 from Sergeant Detective John G. Fitzgerald, Internal Affairs Division ("Fitzgerald Copeland IAD Report"), filed under seal.

40. Attached hereto as Exhibit 39 is a true and correct copy of a report with Subject SA2019-008 from Sergeant Detective Charles Celluci, Internal Affairs Division ("Cellucci Geigel IAD Report."), filed under seal.

41. Attached hereto as Exhibit 40 is a true and correct copy of a Homicide Unit Investigation Report regarding Cristhian Geigel ("Geigel Homicide Unit Investigation Report."), filed under seal.

42. Attached hereto as Exhibit 41 is a true and correct copy of a Report of Autopsy for Cristhian Geigel ("Geigel Report of Autopsy"), filed under seal.

43. Attached hereto as Exhibit 42 is a true and correct copy of excerpts from the deposition of Charles Cellucci, dated September 7, 2023.

44. Attached hereto as Exhibit 43 is a true and correct copy of excerpts from the deposition of Kevin Zarnoch, dated June 22, 2023.

Signed under the pains and penalties of perjury this 15th day of March, 2024.

| | |
|---|---|
| Executed in Boston, MA | Respectfully submitted, |
| March 15, 2024 | /s/ Robert Frederickson III |

Robert Frederickson III (BBO #670111)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: (617) 570-1000
rfrederickson@goodwinlaw.com

Jessie J. Rossman (BBO # 670685)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
Tel.: (617) 482-3170
jrossman@aclum.org

Alexandra D. Valenti* (*Pro hac vice*)
Christine Potkay* (*Pro hac vice*)
Gabriella Montes* (*Pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 459-7351
avalenti@goodwinlaw.com
cpotkay@goodwinlaw.com
gmontes@goodwinlaw.com

Matthew Ginther* (*Pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Tel.: (202) 346-4000
mginther@goodwinlaw.com

*Attorneys for Plaintiff Lynnel Cox, as administrator of the estate of Shayne R. Stilphen*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 15, 2024, a true and correct copy of the foregoing was filed via the Court's CM/ECF system and that a copy will be sent via the CM/ECF system electronically to all counsel of record. The exhibits filed under seal will be sent to counsel via email or Secure File Transfer.

                                                */s/ Robert Frederickson III*
                                                Robert Frederickson III (BBO #670111)