# EXHIBIT 12

                                           Page 1

1                          VOLUME:    I

                           PAGES:    1-144

2                          EXHIBITS:  1-4

3            UNITED STATES DISTRICT COURT

4              DISTRICT OF MASSACHUSETTS

5           CIVIL ACTION NO. 1:22-CV-11009

6    _____

7    LYNNEL COX, as Administrator of the      )

8    Estate of Shayne R. Stilphen,            )

9                   Plaintiff,                )

10                  vs.                       )

11   BOSTON POLICE DEPARTMENT, ISMAEL ALMEIDA,)

12   PAUL MICHAEL BERTOCCHI, CATIA FREIRE,    )

13   DAVID MARSHALL, and JOHN/JANE DOE NO. 1, )

14                  Defendants.               )

15   _____)

16               VIDEOTAPED DEPOSITION OF BRIANNE

17   FITZGERALD, NP, called as a witness by and on

18   behalf of the Plaintiff, pursuant to the applicable

19   provisions of the Federal Rules of Civil Procedure,

20   before P. Jodi Ohnemus, RPR, RMR, CRR, CA-CSR

21   #13192, NH-LSR #91, MA-CSR #123193, and Notary

22   Public, within and for the Commonwealth of

23   Massachusetts, at Goodwin Procter, LLP, 100

24   Northern Avenue, Boston, Massachusetts, on Friday,

25   January 26, 2024, commencing at 9:30 a.m.

Page 90

1 on the subway was in distress?
2     A.   I determined after verbally Narcaning him
3 that he was not in medical distress and he appeared
4 not to be overdosing.
5     Q.   How would you go about determining whether
6 someone has a decreased pulse and heart rate?
7     A.   You could take their pulse.
8     Q.   Do you ever do that?
9     A.   Occasionally.
10     Q.   In what circumstances?
11     A.   Hard to say.
12     Q.   Can you think of an example?
13     A.   I certainly didn't take his pulse, no.  I
14 can't think of anything in particular.  Sometimes a
15 person might say they're not feeling good or I'm --
16 like, there's something wrong with me; and then I
17 would begin by taking their pulse.
18     Q.   I'd like to turn to the section of your
19 report that is titled "Overall Presentation."  And
20 it's section VII, if that helps.
21          And looking at the second paragraph in the
22 section, you write here that Shayne was high.
23          Do you see that?
24 A.   Yes.
25     Q.   What do you mean by high?

Page 91

1     A.   He was under the influence.
2     Q.   Of what?
3     A.   Probably opiates.
4     Q.   And how did you reach that conclusion?
5     A.   Where he was -- how he was moving in the
6 video.  I did see him rub his face.  The fact that
7 he was arrested in the area of Methadone Mile,
8 another indicator.
9     Q.   Why did you include quotation marks around
10 the word "high" in your record?
11     A.   Because it's not a medical term.  It's
12 just -- "loaded," "under the influence,"
13 "intoxicated."
14     Q.   Understood.  So intoxicated would
15 substitute there?
16     A.   Yes.
17     Q.   You state in the last sentence on this
18 page that (as read):
19          "...it would be hard to tease out if
20 Shayne was 'really high' (not a scientific term),
21 baseline high/under the influence, or plain
22 exhausted."
23          Do you see that?
24 A.   Yes.
25     Q.   In your opinion, based on your

Page 92

1 observations, Shayne was high.  That's what you
2 concluded?
3     A.   Yeah.  He was mainstream high.
4     Q.   What do you mean by "mainstream"?
5     A.   What we see on the streets a lot.
6     Q.   You state in the prior paragraph that
7 Shayne's (as read):
8          "...long experience with substance use
9 allowed him to compensate."
10     A.   Yes.
11     Q.   What do you mean by "compensate"?
12     A.   When you are an experienced drug user, you
13 know how to, like, look better than you are for
14 whatever purposes is necessary.
15     Q.   So you believe Shayne was compensating at
16 that time?
17     A.   Yes, he was following the rules, doing
18 what he was asked to do, but he was high.
19     Q.   What do you understand Shayne's long
20 experience with substance use that you refer to
21 here to be?
22     A.   On the reading the depositions of other
23 people, what I had read.
24     Q.   What depositions?
25     A.   Whatever I wrote -- whatever -- "Materials

Page 93

1 Considered."
2          (Witness reviews document.)  Sean Doolan,
3 Lynnel Cox.  Those two, I guess, primarily.
4     Q.   You'll agree that Shayne had opioid use
5 disorder?
6     A.   Yes.
7     Q.   I'd like to turn back in your report to
8 section IV, which is titled "Holding Cell Video."
9     A.   Yes.
10     Q.   In the -- the sentence starting or --
11 strike that.
12          The last sentence on the page you write
13 (as read):
14          "Officer Doolan testified that Mr.
15 Stilphen was 'perfectly fine.'  They had a 'normal
16 conversation,' which is consistent with my
17 observation of the video."
18          Is your opinion that Mr. Stilphen was
19 perfectly fine while he was in the holding cell at
20 D-4?
21          MR. MAAS:  Objection.
22          You can answer.
23     A.   (Witness reviews document.)  I think
24 people -- yes, I think people came in and talked to
25 him.  He was responsive.  I'm just having a hard

24 (Pages 90 - 93)

1 Shayne was at risk of overdose?
2    A.   Because -- by virtue of him being an
3 opiate addict, yes.
4    Q.   Just so I understand, is it your opinion
5 that Shayne was at risk of overdose at the time
6 that he was at D-4 on July 14th?
7    A.   Hard to say.
8    Q.   Why is it hard to say?
9    A.   Because he was at risk by virtue of being
10 an opiate addict.  I don't see anything in
11 particular that would make me think he was at
12 imminent risk or more at risk.  He was at risk
13 because he was an opiate addict.
14   Q.   Was he at risk because he was displaying
15 signs of opioid intoxication?
16   A.   Not necessarily.
17   Q.   Why do you say "not necessarily"?
18   A.   Because I see people intoxicated on the
19 streets all the time, and they are not overdosing.
20 And I have talked to my colleagues about -- and
21 patients about people who overdose and what that
22 entails.
23   Q.   Would you agree that because Shayne was
24 a -- strike that.
25      Would you agree that, because Shayne had

1 opioid use disorder and because he was displaying
2 signs of opioid intoxication, he was at risk of
3 overdose?
4    A.   He could -- yes, he was at risk.  He could
5 have been at risk by virtue of the fact that he had
6 drugs on board.
7    Q.   What do you mean by "drugs on board"?
8    A.   He was using opiates.  He had told one of
9 the officers he had used opiates within -- I don't
10 know what period of time.
11   Q.   Looking back at the same section, section
12 V, of your report, in the last paragraph on the
13 page, you state that you (as read):
14      "...find it significant that Mr. Stilphen
15 did not ask for medical attention himself"?
16   A.   Correct.
17   Q.   Can you explain the significance, in your
18 view, of Shayne requesting medical attention or not
19 requesting medical attention?
20   A.   That's the part that was quite startling
21 to me because most of the clients that I see that
22 had been arrested will do almost anything not to
23 stay in jail.  So they feign chest pain or "I'm
24 going to kill myself" so they can get out of jail
25 and be taken to the emergency room.

1    Q.   But can you explain the significance, in
2 your view, of Shayne requesting medical attention
3 or not requesting medical attention to the question
4 of whether Shayne needed medical attention?
5      MR. MAAS:  Objection.
6      You can answer if you can.
7    A.   Yeah, that's a complicated question.  I am
8 not sure he needed medical attention.  I -- I think
9 it's protocol we ask people, "Do you need medical
10 attention?"
11   Q.   I'm just trying to understand the
12 significance, in your view, of Shayne requesting
13 medical attention or not requesting medical
14 attention to the question of whether he needed
15 medical attention.
16      MR. MAAS:  Objection.
17      Go ahead.
18   A.   He didn't request medical attention.  I
19 take him at his word.
20   Q.   And if he had requested medical attention?
21   A.   They would have taken him to the ER.
22   Q.   And what's your basis for that?
23   A.   I guess because that's what happens when
24 you ask someone if they need medical attention and
25 they answer yes.  You usually have to respond in

1 some way.
2      But that's hypothetical also because he
3 said he did not need medical attention.
4    Q.   Do you agree that there are circumstances
5 when people need medical attention but don't ask
6 for it?
7    A.   Yes.
8    Q.   What circumstances?
9    A.   Usually when they're out and about.
10   Q.   What do you mean "out and about"?
11   A.   Meaning on the street.  They don't want to
12 have to be -- take the time or the energy or the
13 person power to go to an emergency room or a
14 clinic.
15      I do know for a fact -- totally separate
16 from Shayne -- that our patients are great at
17 asking for medical care when they're in a tight
18 situation.  A situation they do not want to be in,
19 and chest pain and "I'm going to kill myself" are
20 the two most common retorts when asked.
21   Q.   But you have no experience with Shayne
22 Stilphen; right?
23   A.   I do not.
24   Q.   Looking at the next section of your
25 report, which is section VI titled "Cell 19 Video."

1       You agree that at some point in the night
2   on July 14th Mr. Stilphen stopped moving entirely?
3     A.   Yes.
4     Q.   And that was sometime around 4:48 a.m.?
5     A.   Evidently.
6     Q.   And you would agree that at some point
7   after that time Mr. Stilphen would no longer have
8   responded to someone yelling his name or shaking
9   him?
10       MR. MAAS:  Objection.
11       But you can answer if you can.
12     A.   Well, I don't know.  As I -- you know, he
13   was in that nod from that long period of time.  If
14   he had overdosed -- which is my own personal
15   thought is that he immediately overdosed -- he
16   would not, but it's hard to say.
17     Q.   What is your basis for your opinion that
18   Mr. Stilphen immediately overdosed?
19     A.   Because historically what usually happens
20   for overdoses is people use drugs and die when they
21   overdose.  I mean, if they're going to die -- if
22   they're going to overdose, it happens pretty
23   quickly.  You use the drugs.
24     Q.   But what is that based on?
25     A.   Word on the street.

1     Q.   What is "word on the street"?
2     A.   That you don't use drugs and two hours
3   later overdose.  It has happened, but historically
4   what happens is you use drugs and then you
5   overdose.
6     Q.   Other than word on the street, is there a
7   basis for your opinion that Mr. Stilphen
8   immediately overdosed?
9     A.   No.
10     Q.   You would agree that Mr. Stilphen could
11   have been saved by administration of Narcan?
12     A.   No.
13     Q.   What's the basis for your opinion that
14   Mr. Stilphen could not have been saved by Narcan?
15     A.   Well, you said in my -- my opinion?
16   Because he might have already been dead, and if
17   that's the case, the Narcan wouldn't have done
18   anything.
19     Q.   But there had to have been a point in time
20   when Narcan could have been administered to reverse
21   the overdose?
22     A.   Well, you know, yes, I guess.  I don't
23   know.  I don't know.
24     Q.   Well, how do you come to the conclusion
25   that there would not be?

1       MR. MAAS:  What's the question?  I'm
2   sorry.  Can you say the question again?
3       MS. POTKAY:  Let me restate it.
4       MR. MAAS:  Yeah.
5     Q.   How would you come to a conclusion that
6   there would not have been a moment in time at least
7   that Narcan could have been administered --
8     A.   Well, hypothetically --
9     Q.   -- to save Shayne?
10     A.   -- there absolutely was a moment in time.
11   But no -- I can't make a determination one way or
12   another.
13     Q.   Why not?
14     A.   Because I don't know what happened.
15     Q.   What do you mean you don't know what
16   happened?
17     A.   I don't know what happened after he used
18   the drugs.  Prior to using drugs he would nod, big
19   long nods, but then he'd pop up.  Prior to the
20   overdose, he had the -- he was able to compensate,
21   look at the light, prepare the drugs.
22       I don't know what happened, but my thought
23   is is he used a piece of the milk carton and turned
24   it into like a little straw so that he could ingest
25   the drug.  I believe that happened twice, and then

1   there was no more.
2       Did he die immediately?  Did he die later?
3   I don't know.
4     Q.   Do you agree that Mr. Stilphen died of an
5   opioid overdose?
6     A.   I do.
7     Q.   And do you agree that Narcan is effective
8   in reversing opioid overdose if administered in
9   time?
10     A.   Pretty much unless you have xylazine in
11   the fentanyl, and then Narcan is far less
12   effective.
13     Q.   Any reason to believe there was xylazine
14   in the fentanyl in Shayne's case?
15     A.   I don't recall what the toxology
16   [verbatim] report said.
17     Q.   But you have no basis to believe that's
18   true.
19     A.   What's true?
20     Q.   That there was xylazine in the fentanyl?
21     A.   I don't recall.  I would tend to think
22   there was not xylazine, but I don't know.
23     Q.   Outside of a situation involving xylazine
24   in the fentanyl, do you agree that Narcan is
25   effective in reversing opioid overdose?

29 (Pages 110 - 113)

Page 114

1    A.   It can be.  It's not foolproof.
2    Q.   When might it not be effective?
3    A.   I don't know.
4    Q.   What's the basis for your opinion that
5  it's not foolproof?
6    A.   History.
7    Q.   What history?
8    A.   People have been Narcan'd and they have
9  been unable to be brought back.
10   Q.   Do you know of the examples you're
11  referencing through experience or hearsay?
12   A.   Hearsay.
13   Q.   In the same section of your report,
14  section VI, the last sentence of the paragraph you
15  state that (as read):
16       "By the time Mr. Stilphen stopped moving
17  at approximately 4:48 a.m. and beyond, it would
18  have appeared to officers that he was sleeping."
19       Do you see that?
20   A.   Yes.
21   Q.   Are you saying that it's your opinion that
22  the officers believed that Shayne was sleeping?
23       MR. MAAS:  Objection.
24       You can answer.
25   A.   It appeared to me.  I don't -- the

Page 115

1  officers might have thought that he was sleeping.
2  I don't know if they -- that's what they thought.
3    Q.   Was the position that Mr. Stilphen was in
4  at approximately 4:48 a.m. and beyond a position in
5  which you've previously seen individuals sleep?
6    A.   No.
7    Q.   Was the position that Mr. Stilphen was in
8  a position that you would describe as natural?
9        MR. MAAS:  Objection.
10   A.   Natural for what?  Drug addict?  Person
11  that uses drugs?  Any position is considered -- I
12  mean, can be considered normal.
13   Q.   Was the position that Mr. Stilphen was in
14  a position that would raise concerns for you?
15   A.   Based on what?  Based on what I do for
16  a -- I mean, I wasn't there.
17   Q.   Watching the video footage?
18   A.   As a nurse working in a unit with
19  patients, yes.
20   Q.   Yes, the position that Mr. Stilphen was in
21  would raise concerns for you?
22   A.   As a nurse working on a unit.
23   Q.   And why is that?
24   A.   Because nurses are trained to do something
25  like that to be more -- to be aware.  We look at

Page 116

1  everything.  That's what our job is.  Patient care.
2    Q.   And what concerns would the position that
3  Mr. Stilphen was in raise for you?
4    A.   I would just check to see if he was okay.
5  "Are you all right?"
6    Q.   Verbal Narcan like you talked about
7  before?
8    A.   (Witness nods.)  I'm sorry.  Verbal
9  Narcan -- you know, I'd say, "Are you okay?  Do I
10  have to Narcan you?"
11   Q.   Do I have it right, that if someone in
12  your care was in that position, you would not have
13  left them in that position?
14   A.   I would have --
15       MR. MAAS:  Objection.
16   A.   -- spoke to them.
17   Q.   And why would you have spoke to them?
18   A.   To see if they were all right.  I mean,
19  much like the man on the subway.  "Are you okay?
20  Do I have to Narcan you?"
21   Q.   Are you aware of any impacts that the
22  position that Shayne was in may have on an
23  individual's thoracic cavity?
24   A.   I'm not aware.
25   Q.   Are you aware of any impacts that the

Page 117

1  position that Shayne was in may have on an
2  individual's ability to breathe?
3    A.   I am not aware.
4    Q.   Why does that position concern you?
5    A.   Well, any position where a person's passed
6  out is of concern to me as a nurse.
7    Q.   Is there a situation where a person is
8  passed out where you assume they're sleeping and
9  are not concerned as a nurse?
10   A.   My line of work, no.
11   Q.   When you say "line of work," are you
12  referring to your capacity as someone who works
13  with individuals with substance use disorders?
14   A.   Correct.
15   Q.   And so looking to the next section of your
16  report, section VII again, titled "Overall
17  Presentation," I'm looking at that second
18  paragraph.
19       What do you mean when you say that Shayne
20  was "enjoying his high"?
21   A.   Because that's what people do.  That's why
22  they get high so they can feel this kind of
23  out-of-body experience where they can -- they -- as
24  I said, the edges of reality are dulled, and they
25  go to a place that keeps bringing them back.  I

30 (Pages 114 - 117)