# EXHIBIT 16

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:22-CV-11009

_____

LYNNEL COX, as Administrator of the    )
Estate of Shayne R. Stilphen,          )
                Plaintiff,             )
            vs.                        )
BOSTON POLICE DEPARTMENT, ISMAEL ALMEIDA,)
PAULMICHAEL BERTOCCHI, CATIA FREIRE,   )
DAVID MARSHALL, and JOHN/JANE DOE NO. 1, )
                Defendants.            )
_____)

VIDEOTAPED DEPOSITION OF PATRICK E. HIGGINS, called as a witness by and on behalf of the Plaintiff, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before P. Jodi Ohnemus, RPR, RMR, CRR, CA-CSR #13192, NH-LSR #91, MA-CSR #123193, and Notary Public, within and for the Commonwealth of Massachusetts, at Goodwin Procter, LLP, 100 Northern Avenue, Boston, Massachusetts, on Wednesday, October 11, 2023, commencing at 9:05 a.m.

| | |
|---|---|
| Page 78<br>1  you want me to give you every -- I can't give you<br>2  every possible -- do you want to give me a scenario<br>3  how I would work with a certain patient?  It's --<br>4  it's all dependent.<br>5     Q.  So I guess my question with respect to the<br>6  training that was provided to officers in 2015 --<br>7     A.  Yes, yes.<br>8     Q.  -- what were they told about what to do if<br>9  somebody was really high?<br>10    A.  I guess the answer would be identify that<br>11  they were really high.<br>12    Q.  Uh-huh.<br>13    A.  But medical attention would come if<br>14  someone was in an overdose.  Right.  And for -- on<br>15  the recruit level, you know, they haven't -- they<br>16  hadn't been exposed to -- a lot of those recruits<br>17  haven't been exposed to those busier Mass and Cass<br>18  areas, opioid areas.  So -- so they would see --<br>19  the -- they would see the really high people --<br>20    Q.  Uh-huh.<br>21    A.  -- in those areas.<br>22    Q.  Uh-huh.<br>23    A.  And if they saw those really high people,<br>24  there's a lot, but if it -- if they saw someone who<br>25  seemed like they were in an overdose, then medical | Page 80<br>1     Q.  Uh-huh.<br>2     A.  -- at that point until they go into the<br>3  realm of medical attention, the person is just<br>4  high.<br>5     Q.  And as a part of the officers' training in<br>6  2015, were they told to do anything when someone<br>7  was in the realm of being just really high?  Or<br>8  were they trained -- excuse me -- to do anything<br>9  when someone was just in the realm of being just<br>10  really high?<br>11    A.  So I guess I -- so someone -- the --<br>12  someone could be really high --<br>13    Q.  Uh-huh.<br>14    A.  -- and be okay.<br>15    Q.  Uh-huh.<br>16    A.  Someone could be really high but starting<br>17  to go unconscious.  So if someone's really high and<br>18  they're okay, that's okay.  If someone's really<br>19  high but they're going unconscious, right, or<br>20  they're falling to the ground or they can't stand<br>21  up, then the medical side kicks in, the medical<br>22  response.<br>23    Q.  Maybe it would help if we turn to page 30.<br>24       And do you see here it says again at the<br>25  top of the page (as read): |
| Page 79<br>1  attention would be required.<br>2     Q.  As a part of this chart did you define for<br>3  recruits what it meant to be really high?<br>4     A.  What do you -- I -- I don't understand<br>5  define.  I -- I guess (as read):<br>6        "...muscles become relaxed, speech is slow<br>7  and slurred, sleepy looking, nodding, respond to<br>8  stimulation."<br>9     Q.  So would it be fair to say that what you<br>10  just listed off were the signs and symptoms that<br>11  somebody might be really high on opioids?<br>12    A.  Yes.<br>13    Q.  Okay.  You had mentioned a moment earlier<br>14  that this training for officers in 2015 officers<br>15  were told that they should identify that someone --<br>16  if someone was really high; is that right?<br>17    A.  They should identify?  No, I don't think<br>18  that would be the -- the right -- the re- -- no.<br>19    Q.  I apologize.  So how would you<br>20  characterize sort of what officers were told to do?<br>21    A.  To do if someone's really high?<br>22    Q.  Yes.<br>23    A.  So --<br>24    Q.  As a part of training.<br>25    A.  -- if someone's really high -- | Page 81<br>1        "Really high or overdose?"<br>2     A.  Yes.<br>3     Q.  And then in the left-hand side (as read):<br>4        "Really high," and then there are several<br>5  bullet points, and on the right-hand side it says<br>6  "Overdose" and several bullet points.<br>7        Is that right?<br>8     A.  Yes.<br>9     Q.  And I guess here too I have a question:<br>10  Well, first, do you recall any of the additional<br>11  training that was provided with officers with<br>12  respect to this slide?<br>13    A.  Other -- no.<br>14    Q.  And similar, I guess, to the last slide we<br>15  were just looking at, why was the academy teaching<br>16  officers the difference between really high and<br>17  overdose?<br>18    A.  If someone's really high, they -- they<br>19  could have -- they could go into that overdose<br>20  realm and need medical attention.<br>21    Q.  And was that something that officers were<br>22  trained and recruits were trained as a part of this<br>23  2015 training?<br>24    A.  Yes.<br>25    Q.  And given that if someone is really high |

Page 122

1  "overmedicated" to mean for the officers in your
2  training?
3      A.  So the signs would be just like the
4  bullets say, small pupils, drowsy but arousable,
5  response to sternal rub, speech is slurred, drowsy
6  but breathing, eight or more times per minute
7  breathing.
8      Q.  Uh-huh.  And in the response it says
9  "Stimulate and observe."
10         Is that correct?
11     A.  Yes.
12     Q.  What were officers told or trained
13 stimulate and observe meant?
14     A.  So stimulate could be a sternum rub.
15     Q.  Could it be anything else?
16     A.  You could tap their shoulders.  I -- I
17 wouldn't have trained anything else, no.
18     Q.  Okay.  If you look into -- there's text
19 underneath this slide again.  Is this similar to
20 the previous slide, that this was text that was
21 added by the MPTC itself?
22     A.  Yes.
23     Q.  Okay.  So the key point, the first
24 sentence says (as read):
25         "Someone who is really high and someone

Page 123

1  who is overdosed can look similar."
2         Do you see that?
3      A.  Yes.
4      Q.  Was that information that you conveyed to
5  officers as a part of this 2021 training?
6      A.  Yes.  I would have, yes.
7      Q.  Okay.  Was that information that you would
8  have conveyed to officers in the earlier trainings?
9      A.  I don't believe so.
10     Q.  Okay.  If you look at the last sentence,
11 do you see where it says (as read):
12         "Even if a person is really high and not
13 overdosed, they should not be left alone because
14 they may slip into an overdose."
15     A.  Yes.
16     Q.  Was that information that you would have
17 conveyed to the officers as a part of this 2021
18 training?
19     A.  Yes.
20     Q.  Was that information that you would have
21 conveyed to officers in the earlier trainings?
22     A.  Yes.
23     Q.  How did you convey that -- this sentiment
24 to officers in the earlier trainings?
25     A.  So -- so for "really high," we would

Page 124

1  consider someone semiconscious or unconscious would
2  be in that "really high," close to an overdose.
3      Q.  And, again, just so I'm clear, how -- for
4  the purposes of what you just said, how are you
5  defining semiconscious?
6      A.  If you're semiconscious you're -- you're
7  on the ground.  You'd be laying on the ground.  Or
8  you -- I mean -- or you could be sitting but, you
9  know -- you could be sitting upright, eyes closed.
10 In and out of a state of consciousness.  Not really
11 knowing where you are.  That would be
12 semiconscious.
13     Q.  And as a part of the earlier trainings
14 that we've looked at, did you train people that
15 someone who was semiconscious could slip into an
16 overdose?
17     A.  Yes.
18     Q.  Was that something that officers were
19 trained as a part of that 2015, 2016 training we
20 were looking at?
21     A.  Yes.
22     Q.  As a part of the earlier trainings that
23 we've looked at, did you train people that someone
24 who could slip into an overdose should not be left
25 alone?

Page 125

1      A.  I'm just trying to figure out how -- so
2  could you ask me that question one more time.  I'm
3  sorry.
4      Q.  Uh-huh.
5      A.  Yeah.
6      Q.  No, I'm happy to.
7         As a part of the earlier trainings that we
8  looked at, did you train people that someone who
9  could slip into an overdose should not be left
10 alone?
11     A.  So -- so if an officer believes that
12 someone is overdosing or is about to overdose, yes.
13     Q.  And just so I'm clear, I think we've
14 discussed when somebody is overdosing, but what do
15 you mean when you say, "is about to overdose"?
16     A.  They would be -- they would -- they would
17 more than like -- they would be close to a state of
18 semiconscious.
19     Q.  Uh-huh.
20     A.  They wouldn't be standing.  They -- you
21 wouldn't be able to pull them out of that nod.  The
22 nod would be a lot deeper.
23     Q.  Uh-huh.
24     A.  The -- you would start to see blue lips.
25 You would start to see really slow movements, if

32 (Pages 122 - 125)

Page 126

 1  any at all.  You'd go from a -- you know, a
 2  function -- someone's who's high and functioning
 3  can move around and do things.
 4       Q.  Uh-huh.
 5       A.  Someone who's really high and about to
 6  overdose, they're going to be towards that
 7  semiconscious to unconscious state.
 8       Q.  And you said nodding.  As somebody who's
 9  nodding, which you described earlier -- well, let
10  me say it this way:  In the earlier trainings that
11  we've discussed, did you train officers that if
12  someone was nodding they should not be left alone
13  because they may slip into an overdose?
14       A.  So if someone was in a -- a heavy nod,
15  right, they would be close to be going semi
16  unconscious.  So we would be moving towards the
17  overdose.
18       If someone's in a light nod, no, they
19  wouldn't be trained to -- I wouldn't have trained
20  them to believe that that person is about to
21  overdose and go to that medical side.
22       Q.  How were officers taught to distinguish
23  between a light nod and a heavy nod?
24       A.  A light nod someone -- just a clap would
25  bring them out of it.  A heavy nod, that clap

Page 127

 1  usually is not going to work.
 2       Q.  Uh-huh.  As a part of the earlier
 3  trainings, did you train officers that a person who
 4  was initially exhibiting a light nod could slip
 5  into a situation where they had a heavy nod if they
 6  were not aroused?
 7       A.  So specifically not that, but I do teach
 8  how opioids and -- opioids work in people's
 9  systems.
10       Q.  Uh-huh.
11       A.  As that drug level is going up, you could
12  see a slight nod.  If it continues to go up and
13  they continue to get higher and higher, that nod
14  will become deeper and deeper and deeper and then
15  they start to slide into that overdose situation.
16       Q.  So I want to make sure 'cause there was a
17  lot of the information there.  I want to break that
18  down.
19       A.  Yeah.
20       Q.  When you say as the drug level continues
21  to go up and up, were you referring to if someone
22  continues to take more of a substance?
23       A.  So -- so that -- that would be in
24  reference to if someone took that opioid and you
25  first -- it's just like -- you know, any other

Page 128

 1  drug, your body starts metabolizing it as soon as
 2  it can.
 3       Q.  Uh-huh.
 4       A.  So once that drug peaks and then it -- it
 5  starts to drop.  So as symptoms occur, that
 6  drug's -- the symptoms increase as the drug
 7  increases in their system, but once it peaks and
 8  starts going down, that drug in the system, those
 9  symptoms start to go away.
10       Q.  And as a part of the earlier trainings
11  that we were looking at, did you train officers
12  that a drug could increase -- could continue to
13  increase in a person's system without consuming
14  more because their body is metabolizing that
15  opioid?
16       A.  Yes.
17       Q.  As a part of that training, did you tell
18  officers for how long the levels of an opioid could
19  continue to increase in a person's body as a result
20  of that metabolism?
21       A.  Yes.
22       Q.  How long was that?
23       A.  So basic- -- so the number's 30 -- so that
24  opioid could -- that opioid could last longer than
25  30 to 90 minutes.  As for the metabolism rate --

Page 129

 1       Q.  Uh-huh.
 2       A.  -- I don't know.  I don't know what that
 3  is.
 4       Q.  Given that you were -- that you trained
 5  officers that the symptoms of intoxication could --
 6  could continue to increase even without additional
 7  consumption of a drug, did you provide officers
 8  with any training about how they should continue to
 9  monitor the symptoms of intoxication?
10       A.  Yes.
11       Q.  And what was that training?
12       A.  So it wasn't -- it wasn't specific to
13  opioid training but first responder training
14  overall.
15       Q.  Uh-huh.
16       A.  Is -- again, you know, I talked about the
17  law enforcement role and then the medical role and
18  the assist role.  So, you know, as you're acting in
19  that law enforcement role if something -- if
20  someone's intoxicated, we identified they're
21  intoxicated, if it seems to get worse, if symptoms
22  worsen -- more symptoms occur while you're with
23  them and you roll into that medical role, then you
24  role into that medical roll and contact EMS.
25       Q.  So what you just described, however, did

33 (Pages 126 - 129)

Page 154

1  Q. And, similarly, did BPD change any of its
2  policies or procedures with respect to responding
3  to a suspected opioid intoxication after May 27th,
4  2019?
5  A. No.
6  Q. Did BPD change any of its policies or
7  procedures with respect to monitoring a person in
8  BPD custody who's suspected to be intoxicated on
9  opioids after May 27th, 2019?
10  A. No.
11  Q. And I know you had spoken earlier about
12  the fact that there's also, like, special orders
13  and rules --
14  A. Yes.
15  Q. -- that can be issued that are a little
16  bit different. So I'm going to ask you similar
17  questions just with respect to rules and orders.
18     Did the BPD issue any new rules or orders
19  with respect to identifying opioid intoxication
20  after May 27th, 2019?
21  A. No.
22  Q. Did the BPD issue any new rules or orders
23  with respect to responding to a suspected opioid
24  intoxication after May 27th, 2019?
25  A. No.

Page 155

1  Q. Did the BPD issue any new rules or orders
2  with respect to monitoring a person in BPD custody
3  after May 20 -- excuse me -- let me re-ask that.
4     Did the BPD issue any new rules or orders
5  with respect to monitoring a person in BPD custody
6  who is suspected to be intoxicated on opioids after
7  May 27th, 2019?
8  A. Not that I'm aware of.
9  Q. So I know we discussed some of the changes
10  that occurred in the PowerPoints between 2019 and
11  afterwards; correct?
12  A. Yes.
13  Q. To your knowledge, were any of those
14  changes prompted by Cristhian Geigel's death on May
15  27th, 2019?
16  A. No.
17  Q. And other than the changes that you have
18  already identified in the PowerPoints that we
19  looked at, did the BPD make any other changes to
20  its training with respect to opioids after May
21  27th, 2019?
22  A. No.
23  Q. I want to switch to just look at a couple
24  of individuals' training histories.
25  A. Sure.

Page 156

1  Q. I'm going to hand you what's previously
2  been marked as Exhibit 151, which is COB01579
3  through 01580 and Exhibit 152, which is COB01576
4  through 01578.
5     (Exhibit 151, previously marked.)
6  Q. If you can just take a look.
7  A. Yeah, sure.
8     MS. ROSSMAN: Two copies for...
9     (Exhibit 152, previously marked.)
10  A. Yes.
11  Q. Have you had a chance to review?
12  A. Yes. I'm sorry.
13  Q. Okay. No problem.
14  A. Honestly, I've never seen these before.
15  Q. Oh, okay.
16  A. Yes.
17  Q. I was going to ask you whether these were
18  the training histories of Officer Bertocchi?
19  A. Yes.
20  Q. And in your role at the academy, are you
21  familiar with training histories generally for
22  officers in the BPD, how they're collected and
23  kept?
24  A. Generally, yes.
25  Q. Okay. And is this a format that you're

Page 157

1  familiar with with respect to how trainings are
2  typically kept for the BPD?
3  A. Yes.
4  Q. Okay. And it looks like Exhibit 152 -- if
5  you look at the top left hand, do you see that that
6  says "Municipal police training committee"?
7  A. Yes.
8  Q. Am I correct in understanding that this
9  reflects the trainings that Officer Bertocchi would
10  have received through the MPTC?
11  A. So what's included -- so you say the MPTC.
12  So I -- I -- that question, I take it, is that he
13  went to the MPTC and was trained there, which
14  that's not the case.
15     We -- we did the training, yes.
16  Q. Okay.
17  A. Yes.
18  Q. So do the trainings that are exhibited
19  on -- let's not use "exhibit" twice.
20     Do the trainings that are included in
21  Exhibit 152 reflect trainings that Officer
22  Bertocchi took through the BPD?
23  A. Yes.
24  Q. Okay. What is captured in the trainings
25  that are listed under Exhibit 151?

Page 158

1  A. So do you want me to just list them out?
2  Q. Well, I'm trying to understand what the
3  difference is between the -- no, I don't need you
4  to talk about the specifics yet --
5  A. Yeah.
6  Q. -- in -- in 151.
7     What is the difference between the
8  training history that's captured in Exhibit 152 for
9  Officer Bertocchi and the training history that's
10 captured in Exhibit 151 for Officer Bertocchi?
11 A. From me looking at this, it looks like one
12 captures from 2018 to 2022 through -- and then the
13 other one is courses from 20- -- honestly, I
14 can't -- I -- I don't have an answer for you. I
15 don't know what -- like, so -- I don't know how to
16 answer that question.
17 Q. Okay. Well, let me ask it this way, then:
18 Based on your understanding and familiarity with
19 training histories, is it your understanding that
20 Exhibits 151 and 152 would capture the entirety of
21 Officer Bertocchi's training history with the BPD?
22 A. I would assume that, yes.
23 Q. Okay.
24 A. Yes.
25 Q. You have no reason to believe that there

Page 159

1  are some missing trainings from these two exhibits?
2  A. Correct. Yes.
3  Q. Okay. Would you -- in -- I don't need you
4  to identify every single training in here, but can
5  you identify for me in Exhibits 152 and Exhibit 151
6  which of the trainings listed would have covered
7  subject matter regarding to opioids for Officer
8  Bertocchi?
9  A. So Boston Police Academy Class 57-17.
10 Q. I'm sorry. Can you tell me which document
11 you're looking at?
12 A. Oh, I'm sorry. I'm sorry. 150, page --
13 page 3.
14 Q. So 152? Exhibit 152?
15 A. 152, yes. I'm sorry. 152, page 3.
16 Q. And the one that's COB01578?
17 A. Yes.
18 Q. Okay.
19 A. Yes.
20 Q. Great. All right. I'm with you.
21 A. Boston Police Academy Class 57-17, that
22 would have encapsulated all of his training at the
23 academy to become -- as a recruit at the academy,
24 which would have included the first responder
25 portion.

Page 160

1  Q. Okay. And so this Boston Police Academy
2  Class 57-17, does that mean that the opioid
3  PowerPoint training that Officer Bertocchi would
4  have received was that training that was initially
5  put in place in 2015?
6  A. Yes.
7     MS. ROSSMAN: Okay. And just for the
8  record, that was Exhibit Bates Stamp No. 008170.
9  Q. Other than that training that you've
10 identified from the Boston Police Academy, are
11 there any other trainings that you see on Exhibits
12 151 and 152 that would have covered opiates for
13 Officer Bertocchi?
14 A. I'm just looking for in-service '21-'22
15 and '22-'23. (Witness reviews document.) So
16 Exhibit 151.
17 Q. Uh-huh.
18 A. Yup. So the second page, 01580.
19 Q. Yup.
20 A. BPD in-service. Year '22.
21 Q. Yup.
22 A. That would have been part of that -- that
23 '21-'22 PowerPoint which had Narcan training in it.
24 Q. Okay.
25 A. And '22-'23... (Witness reviews document.)

Page 161

1     MS. ROSSMAN: And just for the record,
2  that was Exhibit 193.
3  A. I don't see his '22-'23 in-service on
4  here, unless I'm missing it.
5     MS. ROSSMAN: Okay. As you're looking for
6  that, I want to go back and correct the record. I
7  inaccurately previously said when you had
8  identified that Officer Bertocchi would have
9  received the training that had initially been put
10 into place in 2015. I cited the wrong exhibit.
11 It -- I said Bates Stamp No. 008170. That was an
12 in-service training.
13    The training PowerPoint that was initially
14 put into place in 2015 was Exhibit 189.
15 Q. Okay. So outside of the BPD in-service,
16 IP TY22 training and the Boston Police Academy
17 Class 57-17 training that you've identified in
18 Officer Bertocchi's training history, is there any
19 other training that you can see that has to do with
20 opioids in his training history?
21 A. (Witness reviews document.) So it looks
22 like he did -- no.
23    (Witness reviews document.) Yeah, I can't
24 seem to find his other -- his in-service record.
25 So -- technically he should have been at '21-'22,

Page 162

1  then '22-'23. I just can't find them both on
2  the -- on the sheet.
3      Q. And there is no other trainings outside of
4  the two that you identified that -- in Officer
5  Bertocchi's training history that has to do with
6  opioids; is that correct?
7      A. Yes.
8      Q. Okay. I just want to make sure I'm
9  interpreting the history correctly 'cause some of
10 the -- some of the titles are a little bit more
11 cryptic. So I appreciate it.
12     A. Yes, yes.
13     Q. I'm going to hand you what has previously
14 been marked as Exhibit -- although the version
15 you're getting is not marked -- Exhibit 159, and
16 that was COB01584 through COB01585, and Exhibit
17 160, which was COB01581 through COB01583.
18         (Exhibit 159, previously marked.)
19         (Exhibit 160, previously marked.)
20     A. (Witness reviews document.)
21     Q. Did you have --
22     A. Okay. I'm sorry.
23     Q. No problem.
24     A. I'm still trying --
25     Q. Have you had a chance to take a look?

Page 163

1      A. Yes, I'm trying to digest this. Yes.
2  Yes.
3      Q. Excuse me. So similar to what we were
4  just looking at, is it accurate to say that this is
5  the training history for Officer Catia Friere?
6      A. Yes.
7      Q. And, to your knowledge, this would capture
8  all of the training that Officer Catia Friere had
9  received --
10     A. Yes.
11     Q. -- during her time at the BPD?
12     A. Yes.
13     Q. Okay. Could you please -- similar to as
14 you had for Officer Bertocchi -- identify for me
15 the trainings that Officer Friere has received that
16 has to do with opioids.
17     A. So BPD in-service year '22.
18     Q. Sorry. And is this in Exhibit 159?
19     A. I'm sorry. It's -- I don't have an
20 exhibit number.
21     Q. (Indicating) That's Exhibit 159.
22     A. Oh, okay. Okay. Yeah, first page 01584.
23     Q. Uh-huh.
24     A. A little bit more than three-quarters of
25 the way down, "IP TY22, BPD in-service."

Page 164

1      Q. Okay. And would that have been the --
2  Exhibit 193 -- 2021-2022 in-service PowerPoint we
3  looked at previously?
4      A. Yes.
5      Q. Is there anything else you see on Exhibit
6  159?
7      A. (Witness reviews document.) No.
8      Q. Okay. And with respect to Exhibit 160,
9  can you point out the trainings that Officer Friere
10 had that had to do with opioids?
11     A. (Witness reviews document.) So -- yup,
12 No. 01581, that first page, almost halfway down.
13     Q. Uh-huh.
14     A. "In-service TY 23."
15     Q. Uh-huh.
16     A. And that would be -- that would have been
17 covered in that PowerPoint for '22-'23.
18     Q. And that was Exhibit 194.
19         And is there anything else you see in this
20 exhibit?
21     A. No.
22     Q. If you turn to page COB01583 of Exhibit
23 160 where it says "Boston Police Academy, 58-18" --
24     A. Yes.
25     Q. -- would that have included the training

Page 165

1  that Officer Friere had obtained while she was a
2  recruit at the academy?
3      A. Yes.
4      Q. And given that the date for the training
5  was -- well, I don't know the answer to this
6  question -- it looks like her training dates are
7  December 3rd, 2018, through June 19th, 2019; is
8  that correct?
9      A. Yes.
10     Q. Based on those dates, do you know whether
11 Officer Friere would have received the 2015
12 PowerPoint training or the 2019 PowerPoint
13 training?
14     A. So her training would have been the spring
15 of 2019, in that breakout period. So what do we
16 have for --
17     Q. So I can tell you that Exhibit 190, that
18 PowerPoint was dated April 8th, 2019.
19     A. April 8th. Yeah, so she wouldn't have
20 gotten -- she wouldn't have gotten the -- she
21 wouldn't have gotten the updated PowerPoint with --
22 I'm sorry. Let me back up.
23         She would have gotten the PowerPoint with
24 the old syringe system and -- and the -- and the
25 new -- the new Flonase-type device.

Page 166

1  Q. Okay.
2  A. Yes, so that would be that.
3  Q. And so would that be the training that
4  would -- had been dated April 8th, 2019?
5  A. Yes.
6  Q. Okay.
7  A. Yeah. Yes.
8     MS. ROSSMAN: And so, for the record,
9  that's Exhibit 190.
10 Q. Aside from the three courses that you've
11 already identified for Officer Friere, do you see
12 anything else in her training history with respect
13 to training that had to do with opioids?
14 A. No, that would be -- that would be it.
15 Q. Okay.
16 A. That would be it.
17 Q. I'm going to hand you what was previously
18 marked as Exhibit 171, which was COB01572 through
19 COB01575. And Exhibit 172, which was COB01570
20 through COB01571.
21    (Exhibit 171, previously marked.)
22    (Exhibit 172, previously marked.)
23 A. Thank you. (Witness reviews document.)
24 Q. Have you had a chance to review?
25 A. Yeah. Yes.

Page 167

1  Q. Okay. Great.
2  A. I'm trying to find exactly what you need.
3  Q. No problem.
4     So does this appear to be the training
5  history for Officer Almeida?
6  A. Yes.
7  Q. And, to the best of your knowledge, is
8  this a complete training history for Officer
9  Almeida during his time at the BPD?
10 A. Yes.
11 Q. Let's start with Exhibit 171. Can you
12 identify for me the trainings here that Officer
13 Almeida would have received that had to do with
14 opioids.
15 A. 2000- -- so I'm sorry.
16    171, 01572.
17 Q. Uh-huh.
18 A. Almost all the way down.
19 Q. Uh-huh.
20 A. "2015 in-service."
21 Q. Yup. And, for the record, would that --
22 that 2015 in-service, would that have been the
23 original 2015 PowerPoint that we had been
24 discussing earlier?
25 A. Yes.

Page 168

1  Q. And that's Exhibit 189.
2  A. I'm sorry. Did you ask me a question?
3  Q. I was wondering are there other -- so we
4  identified that first one. Are there other
5  trainings --
6  A. Yes.
7  Q. -- in Exhibit 171 that you see that
8  Officer Almeida received with reference to opioids?
9  A. I don't.
10 Q. If you turn to -- in Exhibit 171 --
11 A. Oh, actually --
12 Q. -- COB01573, which is --
13 A. Yes.
14 Q. -- the second page.
15 A. Yup.
16 Q. Do you see about halfway down the page
17 where it says "2017-1 administration of naloxone"?
18 A. Yes.
19 Q. What would that training be?
20 A. Honestly, I don't -- it's listed as
21 online. So I don't -- I honestly don't know. I'd
22 have to look that up.
23 Q. Is that a training that you're familiar
24 with?
25 A. I don't recall. I've had numerous. So...

Page 169

1  Q. Right.
2  A. Yeah, I don't know. I honestly don't
3  know. I mean, do you want -- I mean, I think I
4  might have an answer, but it's not the -- it's --
5  yeah, I -- I don't know. I'd have to look it up.
6  I'd have to look it up.
7  Q. Okay. Is that something that you would
8  still -- so it looks like the course code for this
9  was BP dash -- BPD dash -- excuse me --
10 "BPD_02_2017_Narcan."
11    Is that something that you would still
12 have access to?
13 A. I don't know. I would think I would.
14 Q. Okay. Is there anything else in Exhibit
15 171 that you can see that has to do with opioid
16 training?
17 A. (Witness reviews document.) Not that I
18 see.
19 Q. Okay. So turning to Exhibit 172, can you
20 point me to any of the trainings here that would
21 have to do with opioids?
22 A. (Witness reviews document.) So 01570.
23 Q. Uh-huh.
24 A. In-service training year '22. "CPR first
25 responder year 1."

43 (Pages 166 - 169)

|   | Page 170 |   | Page 172 |
|---|---|---|---|
| 1 | Q. And would that have been -- is that the | 1 | the training that Officer Almeida had received at |
| 2 | in-service 2022-2023 or in-service 2021 to 2022? | 2 | the academy? |
| 3 | A. That would have been '21-'22. | 3 | A. Yes. |
| 4 | Q. Okay. And so that would be Exhibit 192. | 4 | Q. Given that his training dates were between |
| 5 | I do have one question for you: It looks | 5 | April of 2006 and October of 2006, that would not |
| 6 | like here under "Status" it says "Enrolled" next to | 6 | have included the 2015 training at that time; is |
| 7 | that training; is that right? | 7 | that right? |
| 8 | A. Yes. | 8 | A. Yes. |
| 9 | Q. Does that suggest that, at least as of the | 9 | Q. Would you expect to then see somewhere in |
| 10 | time that this was provided, that that training had | 10 | his training history the 2000- -- oh, I am sorry. |
| 11 | not yet been completed? | 11 | That was what we saw in Exhibit 171 on page 01572 |
| 12 | A. No. | 12 | where it says the 2015 in-service training towards |
| 13 | Q. What does that -- | 13 | the bottom; is that correct? |
| 14 | A. What that probably indicates is that when | 14 | A. Yes. |
| 15 | he took the AHA online course -- | 15 | Q. Okay. If you can just go back very |
| 16 | Q. Uh-huh. | 16 | briefly -- I apologize -- to the Catia Friere |
| 17 | A. -- he didn't -- he didn't do a survey at | 17 | training history. It's Exhibit 160. This was the |
| 18 | the end. | 18 | one that started on COB01581. I think it's |
| 19 | Q. Understood. | 19 | probably right up there. |
| 20 | If he had not taken the course, would it | 20 | A. Thank you. |
| 21 | look different than simply saying enrolled? | 21 | Q. And you had noted here the in-service TY |
| 22 | A. It would say complete -- if he hadn't | 22 | 2022 MPTC academy training as one of the trainings |
| 23 | taken it? | 23 | that she received with respect to opioids; is that |
| 24 | Q. Yeah, I guess what I'm saying is, is there | 24 | right? |
| 25 | any -- so it sounds like one way in which it can | 25 | A. Yes. |

|   | Page 171 |   | Page 173 |
|---|---|---|---|
| 1 | say enrolled rather than completed is if a survey | 1 | Q. And the status for this one similarly says |
| 2 | is not completed at the end; is that right? | 2 | "Enrolled"; is that right? |
| 3 | A. Yes. | 3 | A. Yes. |
| 4 | Q. If someone just had not taken the course | 4 | Q. Does that indicate to you that Officer |
| 5 | at all, would it also say enrolled? | 5 | Friere took the training but did not complete the |
| 6 | A. No. They wouldn't be listed on the sheet. | 6 | survey at the end of that training? |
| 7 | Q. Okay. Understood. | 7 | A. Yes. |
| 8 | Is there any other training in this | 8 | Q. And then if you go up towards the top, you |
| 9 | exhibit? | 9 | had also identified the in-service TY 23 MPTC |
| 10 | A. Towards the -- | 10 | academy CPR first responder training; is that |
| 11 | Q. Sorry. Go ahead. | 11 | right? |
| 12 | A. Towards the bottom of the page there's | 12 | A. Yes. |
| 13 | "In-service TY 23." | 13 | Q. And that status says "Assigned"; is that |
| 14 | Q. And would that have been the PowerPoint | 14 | right? |
| 15 | for in-service year 2022 to 2023 -- | 15 | A. Yes. |
| 16 | A. Yes. | 16 | Q. Does that mean that at the time at least |
| 17 | Q. -- that we looked at earlier? | 17 | that this history was printed that Officer Friere |
| 18 | And that's Exhibit 194. | 18 | had not yet had the TY 23 training? |
| 19 | A. (Witness reviews document.) I don't see | 19 | A. I don't know. I -- I don't -- yeah, I |
| 20 | anything else. | 20 | don't have an answer for that. |
| 21 | Q. If you look towards the bottom of the page | 21 | Q. Okay. |
| 22 | where it says Boston Police Academy Boston BPA | 22 | A. I don't know. |
| 23 | Class 44-06? | 23 | MS. ROSSMAN: Okay. We can take, I think, |
| 24 | A. Yes. | 24 | a quick five-minute break, and then we'll wrap up. |
| 25 | Q. Would that have been -- would that include | 25 | MR. MAAS: That's fine. |