**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LYNNEL COX, as administrator of the estate of Shayne R. Stilphen, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 1:22-cv-11009-RGS |
| CITY OF BOSTON, ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE, and BRIAN PICARELLO. | * * * * | |
| Defendants. | * * | |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS'**
**MOTION TO CONTINUE TRIAL DATE**

Plaintiff maintains her opposition to Defendants' motion to continue the August 12, 2024 trial date. ECF No. 106 ¶ 7. Plaintiff now writes to respectfully request that, if the Court grants the Defendants' motion to continue the trial date, the parties be given an opportunity to propose mutually agreeable dates after December 2024.

On June 10, 2024, Defendants filed their motion seeking to move the trial date in this case from August 12, 2024 to December 2, 2024. On Plaintiff's counsel request, Defendants' motion included language, supplied to Defendants on June 3, 2024, expressing Plaintiff's opposition to the motion. ECF No. 106 ¶ 7. That language accurately conveyed to the Court that December 2, 2024 was the first date after August that the parties had been able to identify in which the counsel involved in this case were available, and the parties and witnesses did not have any calendar conflicts.

Upon further reflection and consultation with her family and therapist, the Plaintiff has come to realize that proceeding with a trial in December would be exceptionally painful and challenging for her and her daughters. Since her son's death, December and the holidays have been an increasingly difficult time for the Plaintiff and her daughters. The trial, when it happens, will painfully require the Plaintiff and her family to testify and—each day—to hear testimony and observe video and other evidence of her son's final hours and the circumstances of his death. The Plaintiff has come to realize that, although counsel and witnesses are available in December, proceeding with a trial then would be exceptionally difficult.

Accordingly, while she still seeks to preserve the August 12, 2024 trial date, Plaintiff respectfully requests that, if the Court grants the Defendants' motion to change that date, the parties be provided with a period of time to identify a mutually agreeable time for the trial after December 2024. Plaintiffs have conferred about this request with Defendants' counsel, who have expressed their assent to this request.

June 13, 2024                              Respectfully submitted,

                                          */s/ Robert Frederickson III*
                                          Robert Frederickson III (BBO #670111)
                                          GOODWIN PROCTER LLP
                                          100 Northern Avenue
                                          Boston, Massachusetts 02210
                                          Tel.: (617) 570-1000
                                          rfrederickson@goodwinlaw.com

                                          Jessie J. Rossman (BBO # 670685)
                                          Adriana Lafaille (BBO #680210)
                                          Isabel Burlingame (BBO #710027)
                                          American Civil Liberties Union
                                          Foundation of Massachusetts, Inc.
                                          One Center Plaza, Suite 850
                                          Boston, MA 02108
                                          Tel.: (617) 482-3170
                                          jrossman@aclum.org
                                          alafaille@aclum.org
                                          iburlingame@aclum.org

                                          Alexandra D. Valenti* (*Pro hac vice*)
                                          Christine Potkay* (*Pro hac vice*)
                                          Gabriella Montes* (*Pro hac vice*)
                                          GOODWIN PROCTER LLP
                                          The New York Times Building
                                          620 Eighth Avenue
                                          New York, NY 10018
                                          Tel.: (212) 459-7351
                                          avalenti@goodwinlaw.com
                                          cpotkay@goodwinlaw.com
                                          gmontes@goodwinlaw.com

                                          Matthew Ginther* (*Pro hac vice*)
                                          GOODWIN PROCTER LLP
                                          1900 N Street, NW
                                          Washington, DC 20036
                                          Tel.: (202) 346-4000
                                          mginther@goodwinlaw.com

                                          *Attorneys for Plaintiff Lynnel Cox, as administrator of*
                                          *the estate of Shayne R. Stilphen*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on June 13, 2024 with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system.

/s/ *Robert Frederickson III*
Robert Frederickson III