# Exhibit 1

Page 1

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
                  CIVIL ACTION NO. 1:22-CV-11009
_____
LYNNEL COX, as Administrator of the      )
Estate of Shayne R. Stilphen,            )
                Plaintiff,               )
           vs.                           )
BOSTON POLICE DEPARTMENT, ISMAEL ALMEIDA,)
PAUL MICHAEL BERTOCCHI, CATIA FREIRE,    )
DAVID MARSHALL, and JOHN/JANE DOE NO. 1, )
                Defendants.              )
_____)
```

            VIDEOTAPED DEPOSITION OF ISMAEL L. ALMEIDA, called as a witness by and on behalf of the Plaintiff, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before P. Jodi Ohnemus, RPR, RMR, CRR, CA-CSR #13192, NH-LSR #91, MA-CSR #123193, and Notary Public, within and for the Commonwealth of Massachusetts, at Goodwin Procter, LLP, 100 Northern Avenue, Boston, Massachusetts, on Thursday, September 28, 2023, commencing at 9:11 a.m.

Page 303

| | | |
|---|---|---|
| 1 | mean? | 04:43:06 |
| 2 | Q. Okay. | 04:43:06 |
| 3 | A. I think so.  I want to say yes, but not | 04:43:07 |
| 4 | with 100 percent certainty. | 04:43:09 |
| 5 | Q. All right.  Let's take a step back. | 04:43:22 |
| 6 | Do you -- so you said you had taken two | 04:43:30 |
| 7 | days off; right? | 04:43:33 |
| 8 | A. No, I was coming off days off. | 04:43:34 |
| 9 | Q. You were coming off of days off? | 04:43:35 |
| 10 | A. Yes. | 04:43:38 |
| 11 | Q. Did you only conduct cell checks for | 04:43:38 |
| 12 | Mr. Geigel on one night that he was at D-4? | 04:43:40 |
| 13 | A. Yes. | 04:43:42 |
| 14 | Q. There was only one night that you ever did | 04:43:44 |
| 15 | cell checks when Mr. Geigel was in a D-4 cell? | 04:43:46 |
| 16 | A. Within certain -- I mean, within certain, | 04:43:50 |
| 17 | yes, I mean. | 04:43:52 |
| 18 | Q. So -- and you later came to find out that | 04:43:53 |
| 19 | Mr. Geigel had been found dead in his cell; right? | 04:43:55 |
| 20 | A. Yes. | 04:43:58 |
| 21 | Q. And that was on a morning when he was -- | 04:43:58 |
| 22 | someone was coming in to take him to court; right? | 04:44:01 |
| 23 | A. I think Officer Butcher was working | 04:44:03 |
| 24 | transporting, went to wake him up to go to court. | 04:44:06 |
| 25 | Q. And so on whatever day that was morning, | 04:44:08 |

Page 304

| | | |
|---|---|---|
| 1 | you had conducted cell checks overnight, and then | 04:44:15 |
| 2 | it was that morning that Mr. Geigel was brought to | 04:44:18 |
| 3 | court or was attempted to -- | 04:44:20 |
| 4 |     A.   Or was scheduled to be brought to court. | 04:44:20 |
| 5 |     Q.   Was scheduled to be brought to court. | 04:44:23 |
| 6 | Okay. | 04:44:25 |
| 7 |     And did you -- so did you come to learn | 04:44:28 |
| 8 | what -- when Mr. Geigel's time of death was | 04:44:34 |
| 9 | determined to be? | 04:44:39 |
| 10 |     A.   No. | 04:44:40 |
| 11 |     Q.   Did you -- do you have any | 04:44:40 |
| 12 | understanding -- or did you ever learn that | 04:44:45 |
| 13 | Mr. Geigel had already died by the time your shift | 04:44:47 |
| 14 | started? | 04:44:49 |
| 15 |     A.   I mean, today, yes. | 04:44:50 |
| 16 |     Q.   Now you know that. | 04:44:51 |
| 17 |     A.   Now I know that. | 04:44:52 |
| 18 |     Q.   Okay.  So for any cell checks that you | 04:44:53 |
| 19 | completed with regard to Mr. Geigel on the | 04:44:58 |
| 20 | overnight that you were responsible for cell | 04:45:00 |
| 21 | checks, Mr. Geigel was dead at the time that you | 04:45:03 |
| 22 | were walking by his cell? | 04:45:05 |
| 23 |     A.   I was under the assumption he was | 04:45:06 |
| 24 | sleeping, ma'am.  I came in at 11:45 p.m.  I | 04:45:08 |
| 25 | don't -- | 04:45:08 |

|     |                                                              | Page 305 |
| --- | ------------------------------------------------------------ | -------- |
| 1   | Q.   You --                                                  | 04:45:08 |
| 2   | A.   I'm not in the habit of waking up                       | 04:45:11 |
| 3   | prisoners.                                                   | 04:45:13 |
| 4   | Q.   You understood he was sleep -- at the time              | 04:45:14 |
| 5   | you assumed he was sleeping.                                 | 04:45:15 |
| 6   | A.   Yes.                                                    | 04:45:16 |
| 7   | Q.   You now know that he was dead.                          | 04:45:17 |
| 8   | A.   Yes.                                                    | 04:45:19 |
| 9   | Q.   How did you come to learn what had                      | 04:45:33 |
| 10  | happened to Mr. Geigel?                                      | 04:45:35 |
| 11  | A.   I don't recall.  I did learn, but I don't               | 04:45:37 |
| 12  | recall exactly, no.                                          | 04:45:39 |
| 13  | Q.   Fellow officers told you about it?                      | 04:45:39 |
| 14  | A.   More likely than not I learned from                     | 04:45:44 |
| 15  | another officer.                                             | 04:45:45 |
| 16  | Q.   Did you ever talk to Captain Sweeney about              | 04:45:45 |
| 17  | what had happened with Mr. Geigel?                           | 04:46:00 |
| 18  | A.   I don't recall having conversations with                | 04:46:02 |
| 19  | him.                                                         | 04:46:04 |
| 20  | Q.   All right.  Did you ever tell him about                 | 04:46:04 |
| 21  | how long Mr. Geigel had been dead in his cell at             | 04:46:06 |
| 22  | the time he was discovered?                                  | 04:46:09 |
| 23  | A.   I wouldn't -- like, what's -- I'm sorry.                | 04:46:11 |
| 24  | What do you mean by the question?                            | 04:46:14 |
| 25  | Q.   Yeah.  Did you -- did you ever speak with               | 04:46:15 |