UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYNNEL COX, as administrator of the Estate of Shayne R. Stilphen,<br><br>       Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE, and BRIAN PICARELLO,<br><br>       Defendants. | Civil Action No. 1:22-cv-11009-RGS |

## Trial Status Report

Pursuant to the Court's Order, ECF 115, Plaintiff Lynnel Cox, as administrator of the Estate of Shayne R. Stilphen ("Plaintiff") and Defendants City of Boston, Ismael Almeida, Paulmichael Bertocchi, Catia Freire, and Brian Picarello ("Defendants", and collectively, the "Parties") submit this joint estimate of time required for trial.  Based on their current careful and good-faith estimate, the Parties anticipate needing five to eight trial days total for the trial against the Individual Defendants, including *voir dire* but not jury deliberations.

Plaintiff also raises a question regarding the availability for in-person testimony of one of its experts, Chad Staller.  Mr. Staller will testify as to certain economic loss suffered by Plaintiff. Plaintiff anticipates that Mr. Staller's testimony will be no more than an hour in total, and likely less than that.  Mr. Staller has pre-planned travel from August 12 to August 19, 2024 that will make it unduly expensive for Mr. Staller to travel to the Court.  Mr. Staller is available for remote testimony from August 12 to August 19, 2024.  Mr. Staller is available for in-person testimony

starting the afternoon of August 20, 2024, then from August 21 to August 23, 2024. Based on Plaintiff's original estimates for the length of a trial against all Defendants, Plaintiff had anticipated taking Mr. Staller's testimony out of turn in the second week of trial. However, given that the Parties now anticipate the trial against the Individual Defendants may conclude before August 20, 2024, the Parties seek the Court's guidance on how to present Mr. Staller's testimony. Plaintiff proposes the Court permit Mr. Staller's testimony by live remote examination, per ¶ 11 of the Court's Order Setting Civil Case for Jury Trial (ECF 105), or a pre-recorded trial deposition, to be presented by video during Plaintiff's case.

Dated: July 2, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ Robert Frederickson III | Adam Cederbaum |
| Robert Frederickson III (BBO #670111) | Corporation Counsel |
| GOODWIN PROCTER LLP | |
| 100 Northern Avenue | /s/ Edward Whitesell |
| Boston, Massachusetts 02210 | Edward Whitesell (BBO#644331) |
| Tel.: (617) 570-1000 | Senior Assistant Corporation Counsel |
| rfrederickson@goodwinlaw.com | Randall Maas (BBO #684832) |
| | Assistant Corporation Counsel |
| Jessie J. Rossman (BBO # 670685) | City of Boston Law Department |
| Adriana Lafaille (BBO #680210) | City Hall, Room 615 |
| Isabel Burlingame (BBO #710027) | Boston, MA 02201 |
| American Civil Liberties Union | (617) 635-4042 |
| Foundation of Massachusetts, Inc. | Edward.Whitesell@boston.gov |
| One Center Plaza, Suite 850 | Randall.Maas@boston.gov |
| Boston, MA 02108 | |
| Tel.: (617) 482-3170 | *Attorneys for Defendants City of Boston,* |
| jrossman@aclum.org | *Ismael Almeida, Paulmichael Bertocchi,* |
| alafaille@aclum.org | *Catia Freire, and Brian Picarello* |
| iburlingame@aclum.org | |

Alexandra D. Valenti (*Pro hac vice*)
Christine Armellino (*Pro hac vice*)
Gabriella Montes (*Pro hac vice*)
Wrenne Bartlett (*Pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 459-7351
avalenti@goodwinlaw.com
carmellino@goodwinlaw.com
gmontes@goodwinlaw.com
wbartlett@goodwinlaw.com

Matthew Ginther (*Pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Tel.: (202) 346-4000
mginther@goodwinlaw.com

*Attorneys for Plaintiff*

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), Plaintiff conferred with counsel for Defendants about the above motion, and counsel for Defendants join the motion.

                                            */s/ Robert Frederickson III*
                                            Robert Frederickson III (BBO #670111)

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2024, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent via the CM/ECF system electronically to all counsel of record.

July 2, 2024                                           */s/ Robert Frederickson III*
                                                    Robert Frederickson III (BBO #670111)