```
 1                UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF MASSACHUSETTS
 3                CIVIL ACTION NO. 1:22-CV-11009
 4

 5

 6       ********************************
 7       LYNNEL COX, as administrator of the
         Estate of Shayne R. Stilphen,
 8
                          Plaintiff
 9
         vs.
10
11       BOSTON POLICE DEPARTMENT,
         ISMAEL ALMEIDA, PAUL MICHAEL BERTOCCHI,
12       CATIA FREIRE, DAVID MARSHALL, and
         JOHN/JANE DOE NO. 1,
13
                          Defendants
14
         ********************************
15
16
17              VIDEOTAPED DEPOSITION OF:
18                     SEAN DOOLAN
19                   GOODWIN PROCTER
20                 100 Northern Avenue
21                 Boston, Massachusetts
22       August 24, 2023          10:11 a.m.
23
24            Darlene M. Coppola, RPR, RMR, CRR
```

Page 163

1      was brought back, you didn't see who that was?

2          A.   The suspect stays there.

3          Q.   I see.

4          A.   A bring-back, the witness will be

5      placed in a car, secluded.  You can't see them

6      from the street, so the suspect will not know

7      who's in the car.  So I was not involved in

8      that process.

9          Q.   Did you -- when you were still at the

10     scene of Shayne's arrest, did you speak with

11     any officer about who the suspect or the

12     person they were arresting, even not knowing

13     his identity, did you have any conversations

14     in that regard?

15         A.   No.

16         Q.   Do you know who transported Shayne to

17     District 4?

18         A.   I would have to look at the reports.

19         Q.   Were you there -- were you at the

20     District 4 station when Shayne was brought

21     there?

22         A.   Yes.

23         Q.   Where were you at the station?

24         A.   I interacted with Shayne when he was

1          in the holding cell.  It was an incredibly

2          busy night at District 4, and I don't believe

3          he was booked right away.  So I had a brief

4          conversation with him while he was in the

5          holding cell.

6                    When I finally heard it was Shayne,

7          I'm like, oh, I know Shayne, let me go back

8          and talk to him.

9          Q.    How did you hear it was Shayne?

10         A.    I think it was -- so we have to give

11         the information to the booking officer to book

12         somebody.  And I think that the -- his name

13         was given to the booking officer to start the

14         booking process, like, get the paperwork

15         beginning.  And that was when I went back and

16         talked with Shayne.

17         Q.    You overheard that conversation?

18         A.    I believe so, yes.

19         Q.    And you recognized his name?

20         A.    Yes.

21         Q.    When you went to the holding cell and

22         talked with Shayne, what was the nature of

23         that interaction?

24         A.    Locker-room banter, like, you know,

Page 165

```
 1        just very quick, very short, you know, like,
 2        what's going on, how's things.
 3               And he just kept saying to me, like --
 4        you know, like, several people whom I've
 5        interacted with in the jail or have previously
 6        arrested, like, they -- you know me; you know
 7        me, dude; you know me.
 8               And he did -- he kept saying, like,
 9        I'm not a -- you know I'm not a bad guy, you
10        know I'm not a bad guy.  That's what I
11        remember Shayne saying.
12        Q.   How long was your interaction with
13        him?
14        A.   Very brief.  Probably less than, like,
15        two minutes, if I had to say.
16        Q.   How did he appear to you physically?
17        A.   When I walked in and I said, Shayne,
18        he was perfectly fine, conversed with me
19        normal, carried on a normal conversation.
20        Q.   Did Shayne tell you anything about
21        where he had been prior to his arrest?
22        A.   I don't think so.  I think that we
23        mostly just talked about nonsense back in the
24        jail and he -- he just kept continuing to say,
```

1          like, you know me, I'm not a bad dude.

2                    And I just remember saying to him,

3          like, just something silly, you just got

4          caught up in, it all works itself out, like,

5          it always does, they always end up back out at

6          some point.  And so it was brief.  It was --

7          it was a brief conversation.

8              Q.   Other than talking with him briefly in

9          the holding cell -- well, I guess, when was

10         the next time you saw Shayne?

11             A.   When I found him later on that night.

12             Q.   Did you observe the booking process

13         for Shayne at all?

14             A.   No.

15             Q.   Were you at the D-4 station that whole

16         night, or did you leave the station at some

17         point?

18             A.   As mentioned previously at the

19         beginning of my deposition, we had the OT

20         call, which ultimately involved a homicide in

21         the wagon bay and it was a very -- it was a --

22         it was a terrible night.

23             Q.   How long after your initial

24         interaction with Shayne, about when did you

Page 228

1        after.  Maybe like a few days, a day or two.

2        I don't remember exactly when.  But I was

3        coming back from a call.  I was working the

4        last half tour of duty.  I was coming back

5        from a call.  And I observed -- I was with, at

6        the time, Sergeant McManus, who is now

7        Lieutenant McManus.  We were going in through

8        the employee door of the station.

9             And there was -- there were two

10       females walking around in the restricted

11       parking lot.  So we went to inquire of their

12       reasoning for being in there.  And we learned

13       that it was Shayne's mother and I believe

14       another family member, sister, stepsister, I

15       don't recall exactly.  And that was where a

16       brief conversation took place.

17       Q.   And what was the nature of that

18       conversation?

19       A.   We inquired what they were doing in

20       the parking lot.  We were informed that it was

21       Shayne's mother.  And I'll refer to him as

22       Lieutenant McManus because that's his rank

23       now.  But Lieutenant McManus and I -- I mean,

24       we knew what the situation was.

Page 229

1               And we kind of just had a brief, maybe

2      30-second conversation with him in presence,

3      Lieutenant McManus in presence.  And it was

4      just we -- I told her that I was the one that

5      found Shayne.  I said that we tried everything

6      we could.  It was an ongoing investigation.

7      There is stuff that we can't say, but we tried

8      everything that we could.

9               I think at that point Lieutenant

10     McManus went into the station.  I stayed

11     outside to speak with her for just another

12     brief period.  And I had said that I knew

13     Shayne from Nashua Street; that he wasn't a

14     bad kid.

15               But I did also say that, you know,

16     there's not a lot that I can disseminate

17     because it's an ongoing investigation, but we

18     did everything that we could to keep him

19     alive.

20         Q.   And how did the conversation end?

21         A.   I just said that people will be in

22     contact with you, and at some point someone

23     will reach out to her to let her know what's

24     going on.

```
                                              Page 237
 1        facility?
 2             A.   Not to me, no.
 3             Q.   Did he say anything to you about
 4        having used drugs earlier that day?
 5             A.   No.
 6             Q.   Did he say anything to you about his
 7        mother?
 8             A.   No.
 9             Q.   In the course of your training with
10        BPD prior to July of 2019, had you received
11        any training on how to recognize the signs and
12        symptoms of an opioid overdose?
13             A.   I don't believe so.
14                      MS. VALENTI:  I have no further
15        questions.
16                      MR. WHITESELL:  I just have two.
17
18                      CROSS-EXAMINATION
19        BY MR. WHITESELL:
20             Q.   In the aforementioned video, when you
21        met Shayne in the cell, did you think he was
22        intoxicated?
23             A.   No, not at that time.
24             Q.   Did you think he needed to go to the
```