UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION  NO. 1:22-CV-11009-RGS

```
LYNNEL COX, As Administrator of    )
the Estate of Shayne R.            )
Stilphen,                          )
                   Plaintiff,      )
                                   )
            vs.                    )
                                   )
BOSTON POLICE DEPARTMENT,          )
ISMAEL ALMEIDA, PAUL MICHAEL       )
BERTOCCHI, CATIA FREIRE, AND       )
JOHN/JANE DOES NOS. 1-2,           )
                   Defendants.     )
_____
```

DEPOSITION OF LYNNEL COX, called as a witness by and on behalf of the Defendants, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Melissa R. McKenzie, Certified Shorthand Reporter, No. 1445F97, and Notary Public within and for the Commonwealth of Massachusetts, at the offices of Boston City Hall, 1 City Hall Square, Boston, Massachusetts, on Wednesday, August 30, 2023, commencing at 10:30 a.m.

**ELLEN M. FRITCH & ASSOCIATES**
**363 SILVER STREET**
**SOUTH BOSTON, MA 02127**
**emfritch@aol.com**
**(617) 269-5448**

1      interacted with Shayne?
2  A.  Oh, Officer Doolan.
3  Q.  And that was when you conversed with him after
4      Shayne's death in the parking lot?
5  A.  Yeah.
6  Q.  And in Paragraph 48 of the compliant, which is
7      further down the page, you alleged, Upon
8      information and belief, Shayne told Officer
9      Doolan during his arrest on July 14, 2019 that he
10     had ingested opioids about 30 minutes earlier and
11     that he recently left a detoxification treatment
12     center.
13              Do you see that?
14 A.  Yes.
15 Q.  What's your source of that information for that?
16 A.  Officer Doolan.
17 Q.  And it's your contention he told you that at the
18     same conversation in the parking lot?
19 A.  He did tell me that.
20 Q.  You were here for his deposition; right?
21 A.  I was.
22 Q.  You heard him deny that he said that; correct?
23 A.  I did.
24 Q.  He did admit, though, to knowing Shayne; right?

|    |    |                                                              |
|----|----|--------------------------------------------------------------|
| 1  |    | always do.  You just give me a summons.  I've got            |
| 2  |    | to get back to detox.  My mother's going to kill             |
| 3  |    | me.                                                          |
| 4  |    | And yeah.  And let me think for a                            |
| 5  |    | second.  It's really hard.  I mean, I remember               |
| 6  |    | it, but it's a lot on my head.  I believe he told            |
| 7  |    | me -- I don't remember if it was McManus or him              |
| 8  |    | that told me why he was arrested.  I can't                   |
| 9  |    | remember.  It must have been him.                            |
| 10 |    | And then I asked him if Shayne was                           |
| 11 |    | high, and he said, He said he used about a half              |
| 12 |    | an hour ago, but he seemed okay.  I was talking              |
| 13 |    | to him.                                                      |
| 14 |    | And then he just started to tell me                          |
| 15 |    | what he was saying in that conversation.                     |
| 16 | Q. | Anything else?                                               |
| 17 | A. | No.                                                          |
| 18 | Q. | After Shayne's death, did you talk to the media?             |
| 19 | A. | I did.                                                       |
| 20 | Q. | Did they reach out to you or did you reach out to            |
| 21 |    | them?                                                        |
| 22 | A. | I reached out to them.                                       |
| 23 | Q. | How long after Shayne's death did you first reach            |
| 24 |    | out to the media?                                            |

```
 1              what he told me, so I knew that he had used
 2              because Doolan told me he told him that he used a
 3              half an hour before.  And so right there, if they
 4              had done what all other counties were doing and
 5              bringing people like in that situation to a
 6              hospital for a four-hour observation, Shayne
 7              would still be alive.
 8                       I had learned about Cristhian.  I
 9              didn't know the details of it.  I wanted
10              immediate action, and I wanted the D.A. to call a
11              meeting.  Just like you would if it was your son
12              or daughter.
13         Q.   And this is the meeting that you wanted to call
14              to use the press to try to force?
15         A.   No.  I never called the press to get that
16              meeting.
17         Q.   So this was a meeting you wanted the governor,
18              the mayor, the commissioner of police --
19         A.   Yeah, the people from BSAS.
20         Q.   -- the district attorney.
21         A.   Yeah, I wanted them to know what was going on
22              inside or not going on inside D-4.
23         Q.   And you expected the district attorney to make
24              that meeting happen?
```