UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:22-cv-11009-RGS

LYNNEL COX, as Administrator of the Estate of Shayne R. Stilphen,

    Plaintiff,

v.

ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE and BRIAN PICARELLO,

    Defendants.

## DEFENDANTS' WITNESS LIST

Defendants Ismael Almeida, Paulmichael Bertocchi, Catia Freire, and Brian Picarello, by and through counsel, submit the following Witness List for trial.

1. Officer Ismael Almeida, Boston Police Department
2. Officer Paulmichael Bertocchi, Boston Police Department
3. Officer Catia Freire, Boston Police Department
4. Officer Brian Picarello, Boston Police Department
5. Officer Sean Doolan, Boston Police Department
6. Detective Jessica Wagner, Boston Police Department
7. Detective Philip Bliss, Boston Police Department
8. Lieutenant Brian McManus, Boston Police Department
9. Officer Stephen McKunes, Boston Police Department
10. Officer Matthew Muckerheide, Boston Police Department
11. Brianne Fitzgerald, NP, Boston, Massachusetts
12. Ross MacDonald, MD, New York, New York

Respectfully submitted,

**ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE and BRIAN PICARELLO**
By their attorneys:

ADAM CEDERBAUM
Corporation Counsel

/s/ Randall F. Maas
Edward F. Whitesell, Jr. (BBO#644331)
Senior Assistant Corporation Counsel
Randall Maas (BBO# 684832)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4045 (Whitesell)
(617) 635-4042 (Maas)
edward.whitesell@boston.gov
randall.maas@boston.gov

Dated:  July 29, 2024

### Certificate of Service

I, Randall F. Maas, hereby certify that on July 29, 2024, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and by first class mail to any non-registered participants.

/s/ Randall F. Maas
Randall F. Maas

2