UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYNNEL COX, as administrator of the Estate of Shayne R. Stilphen,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE, and BRIAN PICARELLO,<br><br>Defendants. | Civil Action No. 1:22-cv-11009-RGS |

**PLAINTIFF'S LIST OF PROSPECTIVE WITNESSES**

Plaintiff intends to call the following witness at trial:

1. Officer Ismael Almeida: Boston Police Headquarters, One Schroeder Plaza, Roxbury Crossing, MA 02120
2. Officer Paulmichael Bertocchi: Boston Police Headquarters, One Schroeder Plaza, Roxbury Crossing, MA 02120
3. Detective Philip Bliss: Boston Police Headquarters, One Schroeder Plaza, Roxbury Crossing, MA 02120
4. Sergeant Detective Charles Celluci: Boston Police Headquarters, One Schroeder Plaza, Roxbury Crossing, MA 02120
5. Ms. Lynnel Cox (Plaintiff): East Bridgewater, MA
6. Officer Sean Doolan: Boston Police Headquarters, One Schroeder Plaza, Roxbury Crossing, MA 02120
7. Officer Catia Freire: Boston Police Headquarters, One Schroeder Plaza, Roxbury Crossing, MA 02120
8. Officer Patrick Higgins: Boston Police Headquarters, One Schroeder Plaza, Roxbury Crossing, MA 02120
9. Officer James Lydon: Boston Police Headquarters, One Schroeder Plaza, Roxbury Crossing, MA 02120
10. Dr. Michael D. Lyman: 3703 Hunter Valley Dr., Columbia, MO 65216
11. Dr. Ross MacDonald: NYC Health + Hospitals/Woodhull Medical and Mental Health Center, 760 Broadway, Brooklyn, NY 11206
12. Ms. Barbara O'Brien: Brockton, MA
13. Ms. Sarah O'Brien: East Bridgewater, MA
14. Officer Brian Picarello: Boston Police Headquarters, One Schroeder Plaza, Roxbury Crossing, MA 02120
15. Mr. Chad Staller: 20 Brace Road, Suite 425, Cherry Hill, NJ 08034
16. Sergeant Detective Lucas Taxter: Boston Police Headquarters, One Schroeder Plaza, Roxbury Crossing, MA 02120
17. Officer Kevin Zarnoch: Boston Police Headquarters, One Schroeder Plaza, Roxbury Crossing, MA 02120

Plaintiff reserves the right to supplement this list prior to trial.

July 29, 2024

Respectfully submitted,

/s/ Robert Frederickson III
Robert Frederickson III (BBO #670111)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: (617) 570-1000
rfrederickson@goodwinlaw.com

Jessie J. Rossman (BBO # 670685)
Adriana Lafaille (BBO #680210)
Isabel Burlingame (BBO #710027)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
Tel.: (617) 482-3170
jrossman@aclum.org
alafaille@aclum.org
iburlingame@aclum.org

Alexandra D. Valenti* (*Pro hac vice*)
Christine Potkay* (*Pro hac vice*)
Gabriella Montes* (*Pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 459-7351
avalenti@goodwinlaw.com
cpotkay@goodwinlaw.com
gmontes@goodwinlaw.com

Matthew Ginther* (*Pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Tel.: (202) 346-4000
mginther@goodwinlaw.com

*Attorneys for Plaintiff Lynnel Cox, as administrator of the estate of Shayne R. Stilphen*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2024, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent via the CM/ECF system electronically to all counsel of record.

*/s/ Robert Frederickson III*
