UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:22-cv-11009-RGS

LYNNEL COX, as Administrator of the Estate of Shayne R. Stilphen,

    Plaintiff,

v.

ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE and BRIAN PICARELLO,

    Defendants.

## DEFENDANTS' DISPUTED EXHIBIT LIST

Defendants Ismael Almeida, Paulmichael Bertocchi, Catia Freire, and Brian Picarello, by and through counsel, submit the following Disputed Exhibit List for trial.

1. Stilphen Booking Sheet from July 14, 2019
2. Stilphen Miranda Form from July 14, 2019
3. Stilphen RICI Sheet from July 14, 2019
4. Drug Analysis Certificate for Substance Discovered in Cell 19
5. Stilphen Toxicology Report
6. Incident Report Concerning Stilphen Arrest on January 9, 2019
7. Report from Suffolk County District Attorney's Office Re: Preliminary Investigation Into Death of Joseph Perry
8. Report on Next of Kin Notification Written by Detective Jessica Wagner

1

Respectfully submitted,

**ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE and BRIAN PICARELLO**
By their attorneys:

ADAM CEDERBAUM
Corporation Counsel

/s/ Randall F. Maas
Edward F. Whitesell, Jr. (BBO#644331)
Senior Assistant Corporation Counsel
Randall Maas (BBO# 684832)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4045 (Whitesell)
(617) 635-4042 (Maas)
edward.whitesell@boston.gov
Dated: July 29, 2024       randall.maas@boston.gov

**Certificate of Service**

I, Randall F. Maas, hereby certify that on July 29, 2024, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and by first class mail to any non-registered participants.

/s/ Randall F. Maas
Randall F. Maas