# EXHIBIT 1

 

## 2019 Homicide Unit Investigation Report

| Incident Number 192054058 | Page 1 of 1 | Date of Incident 7/14/2019 |

File Title **Shanye Stilphen**

Case #

Method **OD**

**INVESTIGATOR 1**: Sgt. Det. Garrett Mitchell
**INVESTIGATOR 2**: Det. Phil Bliss
**INVESTIGATOR 3**: Det. Jessica Wagner
**INVESTIGATOR 4**:

**Report Re:** Notification of Next of Kin

**INCIDENT LOCATION**: 141 Village Road, East Bridgewater, MA

On July 14, 2019 at approximately 11:00AM, Sgt. Detective Mitchell, Detective Phil Bliss and Detective Jessica Wagner from the Squad 5 Homicide Unit responded to 141 Village Road in East Bridgewater, MA. We arrived to notify the family of Shayne Stilphen that he had passed away earlier that morning from an apparent drug overdose.

Once on scene, Detectives approached the front door to the single family home and a white female, later identified as Barbara O'Brien, the sister of Shanye, opened the door. Detectives asked to speak with Lynnel Silva/Cox, the mother of Shanye Stilphen. Lynnel came to the door and asked "is this about my son?" We explained it was and she asked "is he alive?" Sgt. Detective Mitchell explained to Lynnel that her son passed away earlier that morning. Lynnel fell to the ground with Sgt. Detective Mitchell holding her to make sure she didn't hurt herself.

COB004958

Lynnel was eventually able to compose herself and we were invited into the home. While inside, Lynnel explained to us that her son has battled drug addiction since he was sixteen years old. Lynnel told Detectives he was in and out of drug rehabilitation programs. Lynnel stated she last saw her son Wednesday, July 10, 2019 in Boston on Atkinson Street. Lynnel told Detectives that Shanye begged her to buy him heroin and if she did this one last time, he would enter rehab again. Lynnel stated she bought him heroin from a bald male working inside the tent on Atkinson Street (Engagement Center).

Sgt. Detective Mitchell explained to Lynnel that Shanye was in police custody for breaking into a motor vehicle early in the morning (I192054023) and while in custody officers observed him to be unresponsive in his jail cell. Officers opened the cell door and administered first aid and Narcan. Shanye regained a pulse and began to breathe on his own. Shanye was transported to Tufts Medical Center, where he went into cardiac arrest and did not survive. Lynnel became very angry with Detectives after she heard that he was in police custody. Sgt. Detective Mitchell tried to explain the circumstances of the incident, but Lynnel was distraught and angry.

Sgt. Detective Mitchell supplied Lynnel with his business card and offered to take her to the Medical Examiner's Office. Sgt. Detective Mitchell explained to her that he would be willing to answer any additional questions she may have or drive her into the City if she needed support moving forward.

_____
Detective Jessica Wagner #91932
Homicide Squad Five Days

COB004959