# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:22-CV-11009

_____

LYNNEL COX, as Administrator of the    )
Estate of Shayne R. Stilphen,          )
              Plaintiff,               )
              vs.                      )
BOSTON POLICE DEPARTMENT, ISMAEL ALMEIDA,)
PAUL MICHAEL BERTOCCHI, CATIA FREIRE,  )
DAVID MARSHALL, and JOHN/JANE DOE NO. 1, )
              Defendants.              )
_____)

      VIDEOTAPED DEPOSITION OF ISMAEL L. ALMEIDA, called as a witness by and on behalf of the Plaintiff, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before P. Jodi Ohnemus, RPR, RMR, CRR, CA-CSR #13192, NH-LSR #91, MA-CSR #123193, and Notary Public, within and for the Commonwealth of Massachusetts, at Goodwin Procter, LLP, 100 Northern Avenue, Boston, Massachusetts, on Thursday, September 28, 2023, commencing at 9:11 a.m.

Page 2

1  APPEARANCES:
2
3
4          GOODWIN PROCTER
5          BY:  Alexandra Valenti, Esq.
6          Wrenne Bartlett, Esq.
7          Christine Potkay, Esq.
8          The New York Times Building
9          620 Eighth Avenue
10         New York, NY  10018
11         212 813-8874
12         Avalenti@goodwinlaw.com
13         Wbartlett@goodwinlaw.com
14         Cpotkay@goodwinlaw.com
15            -and-
16         AMERICAN CIVIL LIBERTIES UNION
17         BY:  Jessie Rossman, Esq.
18         Isabel Burlingame, Esq.
19         2011 Congress Street
20         Boston, MA  02111
21         781 915-7666
22         Jrossman@aclum.org
23         Iburlingame@aclum.org
24         For the Plaintiff
25

Page 3

1  APPEARANCES:  (CONT'D)
2
3
4          CITY OF BOSTON
5          LAW DEPARTMENT
6          BY:  Edward Whitesell, Esq.
7          Randall Maas, Esq.
8          One City Hall Square
9          Boston, MA  02201
10         617 635-4034
11         Edward.whitesell@boston.gov
12         Randall.maas@boston.gov
13         For the Defendants
14
15 ALSO PRESENT:
16         Adam Cerro, Video Operator
17         Lynnel Cox
18
19
20
21
22
23
24
25

Page 4

1           I N D E X
2
3  TESTIMONY OF:                           PAGE
4
5  ISMAEL L. ALMEIDA
6  (By Ms. Valenti)                         8

Page 5

1              E X H I B I T S
2  EXHIBIT       DESCRIPTION            PAGE
3
4  Exhibit 169    Plaintiff's Notice of    9
5                 Deposition of Ismael Almeida
6  Exhibit 170    Ismael Almeida personnel  37
7                 file, COB 00676-1080
8  Exhibit 18     previously marked         70
9  Exhibit 171    BPD training log, COB     93
10                01572-575
11 Exhibit 172    MPTC training log, COB   103
12                01570-575
13 Exhibit 21     previously marked        119
14 Exhibit 173    Officer Resume, COB      124
15                002585-587
16 Exhibit 15     previously marked        147
17 Exhibit 174    Prisoner Booking Form, COB  162
18                000002
19 Exhibit 175    memo, 7/14/2019, COB 000019  180
20 Exhibit 176    Prisoner Inspection Record,  186
21                STILPHEN_0001897-903
22 Exhibit 99     previously marked        194
23 Exhibit 177    video file, STILPHEN 000201  238
24 Exhibit 31     previously marked        248
25 Exhibit 153    previously marked        275

2 (Pages 2 - 5)

Page 6

| | | | |
|---|---|---|---|
| 1 | Exhibit 178 | Prisoner Inspection Log, COB | 295 |
| 2 | | 002911-914 | |
| 3 | Exhibit 134 | previously marked | 310 |
| 4 | Exhibit 22 | previously marked | 315 |
| 5 | Exhibit 35 | previously marked | 333 |
| 6 | Exhibit 179 | Defendant Ismael Almeida's | 346 |
| 7 | | Answer to Plaintiff's First | |
| 8 | | Set of Interrogatories | |

Page 7

1      VIDEO OPERATOR: Good morning. We are    09:10:37
2  going on the record. The time is 9:11 a.m.; the    09:10:38
3  date is September 28th, 2023. This is media unit 1  09:10:45
4  of the video-recorded deposition of Ismael Almeida  09:10:52
5  in the matter of Lynnel Cox v. Boston Police    09:10:56
6  Department. The location of the deposition is 100  09:11:00
7  Northern Ave. Boston, Massachusetts.    09:11:03
8      My name is Adam Cerro, representing    09:11:06
9  Veritext Legal Solutions. I am the videographer.  09:11:08
10  The court reporter is Jodi Ohnemus. I am not    09:11:12
11  related to any party in this action, nor am I    09:11:15
12  financially interested in the outcome.    09:11:18
13      Counsel will now state their appearances    09:11:21
14  and affiliations for the record, beginning with the  09:11:23
15  noticing attorney.    09:11:25
16      MS. VALENTI: Alexandra Valenti of Goodwin  09:11:27
17  Procter for the plaintiff. Also with me from    09:11:30
18  Goodwin are my colleagues Wrenne Bartlett and    09:11:32
19  Christine Potkay.    09:11:36
20      MS. ROSSMAN: Jessie Rossman, also for the  09:11:37
21  plaintiff estate, ACLU of Massachusetts; also from  09:11:40
22  the ACLU of Massachusetts and with me is Isabel    09:11:44
23  Burlingame.    09:11:49
24      MR. WHITESELL: Edward Whitesell from the  09:11:50
25  City of Boston law department representing all the  09:11:52

Page 8

1  defendants, and with me is Randall Maas from the    09:11:55
2  City of Boston law department.    09:11:57
3      ISMAEL L. ALMEIDA, having
4      satisfactorily been identified by
5      the production of a driver's license,
6      and being first duly sworn by the Notary
7      Public, was examined and testified as
8      follows to interrogatories
9  BY MS. VALENTI:    09:12:10
10  Q. Good morning, Officer Almeida.    09:12:10
11  A. Good morning.    09:12:12
12  Q. Just to reintroduce myself, my name is    09:12:12
13  Alexandra Valenti. I'll be taking your deposition  09:12:15
14  today.    09:12:17
15      MS. VALENTI: Before we get started, I'll  09:12:18
16  just note for the record that counsel have agreed    09:12:19
17  on the usual stipulations, and we'll be starting    09:12:21
18  with Exhibit 169 today.    09:12:23
19      MR. WHITESELL: Agreed.    09:12:25
20  Q. Officer Almeida, can you please state your  09:12:27
21  full name for the record.    09:12:29
22  A. First name's Ismael, I-s-m-a-e-l; middle    09:12:29
23  name is Lopes, L-o-p-e-s; last name is Almeida,    09:12:35
24  A-l-m-e-i-d-a.    09:12:40
25      MS. VALENTI: Okay. I'm going to mark as    09:12:43

Page 9

1  Exhibit 169 a copy of plaintiffs' notice of    09:12:44
2  deposition of Ismael Almeida.    09:12:48
3      (Exhibit 169, Plaintiff's Notice of    09:12:56
4      Deposition of Ismael Almeida.)    09:12:58
5  Q. Officer Almeida, have you seen this    09:12:59
6  document before?    09:13:00
7  A. Yes.    09:13:01
8  Q. And you understand that you are testifying  09:13:02
9  today pursuant to this deposition notice?    09:13:04
10  A. Yes.    09:13:06
11  Q. All right. Are you represented by counsel  09:13:08
12  here today?    09:13:09
13  A. Yes, I am.    09:13:10
14  Q. Have you ever been deposed before?    09:13:10
15  A. Yes.    09:13:13
16  Q. How many times?    09:13:14
17  A. Once.    09:13:15
18  Q. And in what -- in connection with what    09:13:16
19  type of legal matter?    09:13:18
20  A. Can't remember the year. It was going to  09:13:20
21  be like -- I got on in 2006. So probably 2008,    09:13:22
22  2009. A vehicle accident.    09:13:25
23  Q. Okay. Was it related to your work as a    09:13:28
24  police officer?    09:13:30
25  A. Yes.    09:13:31

3 (Pages 6 - 9)

|  | Page 302 | | Page 304 |
|---|---|---|---|
| 1 | MR. WHITESELL: It's that weekend. I    04:42:16 | 1 | you had conducted cell checks overnight, and then    04:44:15 |
| 2 | don't know if the 27th was Memorial Day, but it is    04:42:18 | 2 | it was that morning that Mr. Geigel was brought to    04:44:18 |
| 3 | that weekend. No one here is -- I'm not -- I don't    04:42:20 | 3 | court or was attempted to --    04:44:20 |
| 4 | know what --    04:42:23 | 4 | A. Or was scheduled to be brought to court.    04:44:20 |
| 5 | MS. VALENTI: Right.    04:42:25 | 5 | Q. Was scheduled to be brought to court.    04:44:23 |
| 6 | MR. WHITESELL: This is Memorial Day    04:42:29 | 6 | Okay.    04:44:25 |
| 7 | weekend.    04:42:31 | 7 | And did you -- so did you come to learn    04:44:28 |
| 8 | A. Yeah. You know what I mean? I don't --    04:42:31 | 8 | what -- when Mr. Geigel's time of death was    04:44:34 |
| 9 | Q. So let's just go back to the prisoner    04:42:33 | 9 | determined to be?    04:44:39 |
| 10 | inspection record.    04:42:36 | 10 | A. No.    04:44:40 |
| 11 | The -- the tour starts at 11:45 p.m.;    04:42:38 | 11 | Q. Did you -- do you have any    04:44:40 |
| 12 | right?    04:42:41 | 12 | understanding -- or did you ever learn that    04:44:45 |
| 13 | A. Yes.    04:42:42 | 13 | Mr. Geigel had already died by the time your shift    04:44:47 |
| 14 | Q. So if the tour is starting on a Monday at    04:42:42 | 14 | started?    04:44:49 |
| 15 | 11:45 p.m. --    04:42:44 | 15 | A. I mean, today, yes.    04:44:50 |
| 16 | A. Yes.    04:42:47 | 16 | Q. Now you know that.    04:44:51 |
| 17 | Q. -- the 2:00 a.m. on this form that we're    04:42:47 | 17 | A. Now I know that.    04:44:52 |
| 18 | looking at would be 2:00 a.m. on the Tuesday    04:42:49 | 18 | Q. Okay. So for any cell checks that you    04:44:53 |
| 19 | morning; right?    04:42:51 | 19 | completed with regard to Mr. Geigel on the    04:44:58 |
| 20 | A. If it starts on a Monday, yes.    04:42:52 | 20 | overnight that you were responsible for cell    04:45:00 |
| 21 | Q. Right. Okay. So this form is reflecting    04:42:54 | 21 | checks, Mr. Geigel was dead at the time that you    04:45:03 |
| 22 | a tour that began very late Monday?    04:42:56 | 22 | were walking by his cell?    04:45:05 |
| 23 | A. I -- I think so, ma'am. Like -- I'm    04:43:00 | 23 | A. I was under the assumption he was    04:45:06 |
| 24 | beyond confused at this moment as far as these    04:43:02 | 24 | sleeping, ma'am. I came in at 11:45 p.m. I    04:45:08 |
| 25 | prisoner -- as far as the date. You know what I    04:43:04 | 25 | don't --    04:45:08 |

|  | Page 303 | | Page 305 |
|---|---|---|---|
| 1 | mean?    04:43:06 | 1 | Q. You --    04:45:08 |
| 2 | Q. Okay.    04:43:06 | 2 | A. I'm not in the habit of waking up    04:45:11 |
| 3 | A. I think so. I want to say yes, but not    04:43:07 | 3 | prisoners.    04:45:13 |
| 4 | with 100 percent certainty.    04:43:09 | 4 | Q. You understood he was sleep -- at the time    04:45:14 |
| 5 | Q. All right. Let's take a step back.    04:43:22 | 5 | you assumed he was sleeping.    04:45:15 |
| 6 | Do you -- so you said you had taken two    04:43:30 | 6 | A. Yes.    04:45:16 |
| 7 | days off; right?    04:43:33 | 7 | Q. You now know that he was dead.    04:45:17 |
| 8 | A. No, I was coming off days off.    04:43:34 | 8 | A. Yes.    04:45:19 |
| 9 | Q. You were coming off of days off?    04:43:35 | 9 | Q. How did you come to learn what had    04:45:33 |
| 10 | A. Yes.    04:43:38 | 10 | happened to Mr. Geigel?    04:45:35 |
| 11 | Q. Did you only conduct cell checks for    04:43:38 | 11 | A. I don't recall. I did learn, but I don't    04:45:37 |
| 12 | Mr. Geigel on one night that he was at D-4?    04:43:40 | 12 | recall exactly, no.    04:45:39 |
| 13 | A. Yes.    04:43:42 | 13 | Q. Fellow officers told you about it?    04:45:39 |
| 14 | Q. There was only one night that you ever did    04:43:44 | 14 | A. More likely than not I learned from    04:45:44 |
| 15 | cell checks when Mr. Geigel was in a D-4 cell?    04:43:46 | 15 | another officer.    04:45:45 |
| 16 | A. Within certain -- I mean, within certain,    04:43:50 | 16 | Q. Did you ever talk to Captain Sweeney about    04:45:45 |
| 17 | yes, I mean.    04:43:52 | 17 | what had happened with Mr. Geigel?    04:46:00 |
| 18 | Q. So -- and you later came to find out that    04:43:53 | 18 | A. I don't recall having conversations with    04:46:02 |
| 19 | Mr. Geigel had been found dead in his cell; right?    04:43:55 | 19 | him.    04:46:04 |
| 20 | A. Yes.    04:43:58 | 20 | Q. All right. Did you ever tell him about    04:46:04 |
| 21 | Q. And that was on a morning when he was --    04:43:58 | 21 | how long Mr. Geigel had been dead in his cell at    04:46:06 |
| 22 | someone was coming in to take him to court; right?    04:44:01 | 22 | the time he was discovered?    04:46:09 |
| 23 | A. I think Officer Butcher was working    04:44:03 | 23 | A. I wouldn't -- like, what's -- I'm sorry.    04:46:11 |
| 24 | transporting, went to wake him up to go to court.    04:44:06 | 24 | What do you mean by the question?    04:46:14 |
| 25 | Q. And so on whatever day that was morning,    04:44:08 | 25 | Q. Yeah. Did you -- did you ever speak with    04:46:15 |

77 (Pages 302 - 305)

Page 306

1  Captain Sweeney about how long Mr. Geigel had been    04:46:17
2  dead in his cell?                                     04:46:19
3     A.  I mean, I don't know when I found -- like,     04:46:21
4  I don't recall exactly when I found out he was        04:46:24
5  dead.  So I don't remember talking to Captain         04:46:26
6  Sweeney about this.  I did find out he was dead,      04:46:29
7  but I don't remember the conversation with, you       04:46:32
8  know, Captain Sweeney.                                04:46:34
9     Q.  Were you interviewed by anyone after           04:46:34
10 Mr. Geigel was found dead?                            04:46:36
11    A.  As far as...                                   04:46:38
12    Q.  Was there an internal affairs                  04:46:39
13 investigation?                                        04:46:41
14    A.  I'm sure there was.  I wasn't interviewed      04:46:41
15 for that.                                             04:46:44
16    Q.  Are you aware of the current status of any     04:46:44
17 internal affairs investigations into Mr. Geigel's     04:46:51
18 death?                                                04:46:53
19    A.  No.                                            04:46:53
20    Q.  Were you ever reprimanded with regard to       04:46:56
21 what happened to Mr. Geigel?                          04:46:58
22    A.  No.                                            04:47:00
23    Q.  Were there ever any other disciplinary         04:47:01
24 actions taken against you with regard to what         04:47:03
25 happened to Mr. Geigel?                               04:47:05

Page 307

1     A.  No.                                            04:47:08
2     Q.  Given that you conducted cell checks           04:47:09
3  overnight leading into the morning that Mr. Geigel    04:47:13
4  was found dead, were you surprised that you weren't   04:47:16
5  asked to complete a form 26?                          04:47:20
6     A.  I -- outside my realm, ma'am.  I just do       04:47:22
7  what I'm told.  I don't -- I don't know how to tell   04:47:25
8  -- you know what I mean?  I can't volunteer to go     04:47:28
9  up to IAD and give them information, no.              04:47:29
10    Q.  Did you ever receive any formal                04:47:32
11 communication from BPD or from superior officers      04:47:48
12 concerning Mr. Geigel's death?                        04:47:53
13    A.  I mean, I'm sure they speak about it at        04:47:56
14 roll call every night 'cause you have learn what      04:47:58
15 happened the previous shift and what's been going     04:48:01
16 on at the station, but I don't remember exactly,      04:48:03
17 like, a formal --                                     04:48:05
18    Q.  Do you remember talking about it at roll       04:48:05
19 call?                                                 04:48:08
20    A.  Usually I don't even go to roll call.          04:48:08
21    Q.  Why?                                           04:48:10
22    A.  I usually go right to the prisoners.  I'm      04:48:10
23 at the booking desk.                                  04:48:12
24    Q.  Why is that?                                   04:48:13
25    A.  Usually I'm the booking officer.  I go to      04:48:14

Page 308

1  the booking desk.                                     04:48:16
2     Q.  So typically you don't attend roll call?       04:48:16
3     A.  No.  Typically.                                04:48:18
4     Q.  Do you recall whether you attended roll        04:48:19
5  call after Mr. Geigel died?                           04:48:22
6     A.  I'm sure I have, but I'm --                    04:48:24
7     Q.  I mean, I mean --                              04:48:24
8     A.  Not, like, directly -- not the day after.      04:48:27
9     Q.  Yeah.                                          04:48:27
10    A.  I don't -- I don't recall if I went the        04:48:29
11 day after.                                            04:48:31
12    Q.  You don't know if you were there.              04:48:32
13    A.  No.                                            04:48:33
14    Q.  Okay.  Do you remember if you went to roll     04:48:33
15 call your next shift after Shayne died?               04:48:36
16    A.  I come in every day.  I don't -- I don't       04:48:41
17 think so, but I'm not 100 percent sure of that        04:48:43
18 answer.                                               04:48:46
19    Q.  Were there any changes to BPD policies and     04:48:46
20 procedures concerning cell checks following           04:48:49
21 Mr. Geigel's death?                                   04:48:52
22    A.  I don't think so.                              04:48:53
23    Q.  So as of the day that Shayne died, were        04:48:54
24 you conducting cell checks in the same way that you   04:48:58
25 did the night that Mr. Geigel died?                   04:49:00

Page 309

1     A.  I would say so, yes.                           04:49:01
2     Q.  Okay.  And...                                  04:49:03
3         You mentioned a Mr. Albert Copeland            04:49:30
4  earlier today as well.                                04:49:32
5     A.  I think you mentioned him.  But I'm            04:49:34
6  familiar with him, yes.                               04:49:36
7     Q.  You're -- you're familiar with                 04:49:36
8  Mr. Copeland?                                         04:49:38
9         MR. WHITESELL:  Is this a good time to         04:49:39
10 take a five-minute break?  I have to leave at 5:00.   04:49:40
11        MS. VALENTI:  Sure.                            04:49:40
12        MR. WHITESELL:  Randall's going to take        04:49:42
13 over.  I assume you're going to go over -- at least   04:49:44
14 a little bit.                                         04:49:47
15        MS. VALENTI:  I think it's --                  04:49:47
16        MR. WHITESELL:  It's a hard day for me         04:49:47
17 'cause I have to pick up by 5:30.  If it's good if    04:49:49
18 we could step out for five and then Randall will      04:49:52
19 take over.                                            04:49:55
20        MS. VALENTI:  That's fine.                     04:49:57
21        VIDEO OPERATOR:  The time is 4:50 p.m.         04:49:58
22 We're off the record.                                 04:50:00
23        (Recess was taken.)                            04:50:00
24        (Attorney Whitesell not present.)              04:50:02
25        VIDEO OPERATOR:  The time is 5:20 p.m.         05:19:36

78 (Pages 306 - 309)

Page 310

1  We're on the record.                              05:19:38
2      Q.  In the time between Mr. Geigel's death and   05:19:39
3  Shayne's death, were there any changes to BPD        05:19:42
4  policies and procedures concerning when to call for  05:19:46
5  medical attention for a prisoner?                    05:19:49
6      A.  I don't recall.                             05:19:51
7      Q.  Were you applying the same policies and     05:19:53
8  procedures on the night that Shayne died as on the  05:19:55
9  night that Mr. Geigel died?                         05:19:57
10     A.  I don't recall, yeah.  I mean, yes, as far  05:20:02
11 as my booking procedures and intaking of prisoners, 05:20:03
12 yes.                                                05:20:06
13     Q.  And -- and in terms of seeking medical      05:20:06
14 attention, yes?                                     05:20:09
15     A.  Yes.                                        05:20:09
16     Q.  I'm going to hand you a document that was   05:20:17
17 previously marked as Exhibit 134.                    05:20:19
18         (Exhibit 134, previously marked.)            05:20:24
19     Q.  And I'll -- I'll represent to you, sir,     05:20:31
20 that this is a file of -- related to the incident   05:20:33
21 with Mr. Geigel.                                    05:20:35
22     A.  Okay.                                       05:20:35
23     Q.  And if you look at the second page of the   05:20:40
24 document, 5489, do you see this is a report from    05:20:42
25 Sergeant Detective Cellucci?                        05:20:46

Page 311

1      A.  Yes.                                        05:20:50
2      Q.  Concerning Mr. Geigel?                      05:20:52
3      A.  Yes.                                        05:20:56
4      Q.  And it says that (as read):                  05:20:56
5         "At approximately 900 hours on Tuesday,      05:20:58
6  May 28th, 2019, Sergeant Detective Charles           05:21:00
7  Cellucci, the on-call internal affairs supervisor,  05:21:04
8  was contacted by Boston Police operations and        05:21:06
9  informed of an in-custody prisoner death at area    05:21:09
10 D-4."                                                05:21:13
11        Do you see that?                              05:21:15
12     A.  Yes.                                        05:21:15
13     Q.  And so based on Sergeant Detective          05:21:15
14 Cellucci's report here, that -- Mr. Geigel was      05:21:20
15 found dead in his cell on the morning of Tuesday,   05:21:22
16 May 28th, 2019; right?                               05:21:24
17     A.  Yes.                                        05:21:26
18     Q.  And so your cell checks would have been in  05:21:27
19 the early morning hours between midnight and 4:00   05:21:34
20 a.m. on Tuesday, May 28th; right?                   05:21:36
21     A.  Yes.                                        05:21:39
22     Q.  And I'll direct your attention ahead --     05:21:45
23 it's about ten more pages -- on 5511.               05:21:47
24        Do you see this is a -- appears to be a     05:22:01
25 form 26 from Officer McCabe?                        05:22:04

Page 312

1      A.  Yes.                                        05:22:06
2      Q.  And he was the other officer who conducted  05:22:06
3  cell checks that morning?                           05:22:09
4      A.  Yes.                                        05:22:10
5      Q.  Okay.  He took over right after you?        05:22:11
6      A.  Yes.                                        05:22:13
7      Q.  Okay.  And in the middle he says (as        05:22:13
8  read):                                               05:22:13
9         "At approximately 4:00 a.m. the prisoner    05:22:16
10 in cell 6 had broke the sprinkler head inside of    05:22:18
11 his cell, which caused the flooding of the other    05:22:21
12 side of the cell block."                            05:22:24
13        Do you see that?                              05:22:25
14     A.  Yes.                                        05:22:26
15     Q.  Do you remember that incident?              05:22:26
16     A.  Going by the prisoner names there, I think  05:22:27
17 it was Michael Willis Jackson that did it, but I    05:22:30
18 can't be 100 percent sure.                          05:22:33
19     Q.  Do you remember that happening, though,    05:22:34
20 generally?                                          05:22:36
21     A.  I -- I remember Michael Willis Jackson     05:22:37
22 breaking a cell -- I don't remember if it was this  05:22:41
23 night.  But him being in there with this probably,  05:22:42
24 but I can't --                                      05:22:47
25     Q.  Was it a very -- did a siren go off or an  05:22:48

Page 313

1  alarm go off?                                       05:22:51
2      A.  Yes.                                        05:22:52
3      Q.  Okay.  And it was very loud in the         05:22:52
4  station?                                            05:22:54
5      A.  Yes.  And water comes down into the --     05:22:54
6      Q.  And so do you recall being in the cell     05:22:56
7  block area that -- at that time?                    05:22:58
8      A.  I don't recall.                            05:23:01
9      Q.  Okay.  Were all the prisoners awake, given  05:23:02
10 all the commotion?                                  05:23:05
11     A.  I don't even recall going back there at    05:23:05
12 that time, no.  But I've had it happen before.     05:23:08
13 It's an annoying alarm.  The water gushes at a high 05:23:11
14 pressure rate into that cell to the point you can't 05:23:14
15 almost see the prisoner in the cell.               05:23:18
16     Q.  Did you -- was that -- did that happen     05:23:19
17 after you had handed over responsibility to the    05:23:21
18 cell checks to Officer McCabe?                     05:23:24
19     A.  I think so, yes.                           05:23:26
20     Q.  So are you familiar with an individual    05:23:33
21 named Albert Copeland?                              05:23:36
22     A.  I mean, I know of Albert Copeland.  I     05:23:38
23 don't know if I'm familiar with him.               05:23:41
24     Q.  Okay.                                      05:23:43
25     A.  As far as the Boston Police in the course  05:23:43

79 (Pages 310 - 313)

|  | Page 314 |  | Page 316 |
|---|---|---|---|
| 1 | of my duties, yes.                    05:23:44 | 1 | A.  No.                          05:25:59 |
| 2 | Q.  And were you working at -- at BPD on the   05:23:45 | 2 | Q.  Okay.  And I think you said this earlier,  05:26:00 |
| 3 | day of the incident involving Mr. Copeland in April  05:23:48 | 3 | but you were investigated with regard to this    05:26:04 |
| 4 | of 2019?                         05:23:51 | 4 | incident?                        05:26:06 |
| 5 | A.  Yes.                          05:23:51 | 5 | A.  Yes.                         05:26:07 |
| 6 | Q.  And what happened with Mr. Copeland?     05:23:53 | 6 | Q.  And on the front page here it says that    05:26:07 |
| 7 | A.  Officer Marshall arrested him for        05:23:57 | 7 | you were investigated with regard to two counts of  05:26:10 |
| 8 | operating under the influence -- under the       05:23:58 | 8 | neglect of duty?                    05:26:13 |
| 9 | influence -- operating a vehicle under the       05:24:00 | 9 | A.  I don't remember the counts, but it says   05:26:15 |
| 10 | influence of alcohol.                  05:24:02 | 10 | two here --                       05:26:16 |
| 11 | Q.  And were you the booking officer that day?  05:24:03 | 11 | Q.  Okay.                        05:26:17 |
| 12 | A.  Yes.                          05:24:06 | 12 | A.  -- you know.                    05:26:18 |
| 13 | Q.  Did you book Mr. Copeland?            05:24:06 | 13 |     I'm just unsure of what -- like, I know it  05:26:23 |
| 14 | A.  I attempted to book Mr. Copeland.  I don't  05:24:08 | 14 | was neglect of duty.  I don't know how many.     05:26:26 |
| 15 | think I was able to complete it.             05:24:10 | 15 | Q.  Were you interviewed with regard to the    05:26:27 |
| 16 | Q.  Okay.  And you -- why is that?         05:24:11 | 16 | Copeland incident by internal affairs?         05:26:29 |
| 17 | A.  At the point he was unsteady on his feet.  05:24:14 | 17 | A.  Yes, I was.                     05:26:30 |
| 18 | He was able to communicate, but we just determined  05:24:16 | 18 | Q.  And in that interview you provided        05:26:30 |
| 19 | that it was probably better off to put him in a    05:24:18 | 19 | accurate information concerning that incident to   05:26:37 |
| 20 | cell and try it later.                  05:24:20 | 20 | the best of your ability?                05:26:39 |
| 21 | Q.  Okay.  And when you put him in his cell,   05:24:23 | 21 | A.  To the best of my knowledge, yes.        05:26:41 |
| 22 | what was -- what was the purpose of putting him in  05:24:25 | 22 | Q.  Looking at page 269 in the report.        05:26:46 |
| 23 | his cell?                         05:24:27 | 23 | A.  26...                         05:26:54 |
| 24 | A.  Just to put him in a cell.  We just -- he  05:24:28 | 24 | Q.  2679.  Excuse me.                 05:26:56 |
| 25 | was too intoxicated -- I would say at that point --  05:24:30 | 25 | A.  Oh, 26 --                      05:26:57 |

|  | Page 315 |  | Page 317 |
|---|---|---|---|
| 1 | to complete the booking process.           05:24:33 | 1 | Q.  Thank you.                     05:26:59 |
| 2 | Q.  And what about Mr. Copeland's behavior    05:24:35 | 2 | A.  -- 79.  Okay.                   05:26:59 |
| 3 | indicated to you that he was intoxicated on      05:24:38 | 3 | Q.  In the third paragraph from the bottom it  05:27:00 |
| 4 | alcohol?                          05:24:40 | 4 | begins "Upon arrival at."                05:27:05 |
| 5 | A.  He smelled like it heavily.  He spoke with  05:24:41 | 5 |     Do you see that paragraph?           05:27:07 |
| 6 | a heavy tongue.  He had glassy eyes.          05:24:43 | 6 | A.  Okay.  Yes.                     05:27:08 |
| 7 | Q.  Okay.  And did you later come to         05:24:50 | 7 | Q.  The second -- or the third sentence,      05:27:08 |
| 8 | understand that Mr. Copeland had not ingested any    05:24:52 | 8 | actually, reads (as read):                05:27:10 |
| 9 | alcohol that evening?                  05:24:55 | 9 |     "At one point the booking officer, Officer  05:27:11 |
| 10 | A.  During an internal affairs process, yes.   05:24:56 | 10 | Almeida, asked Mr. Copeland his name and age, to   05:27:14 |
| 11 | Q.  Okay.  And, in fact, Mr. Copeland had    05:25:07 | 11 | which the suspect replied in slurred speech '38.'"  05:27:16 |
| 12 | suffered from a stroke?                 05:25:09 | 12 |     Right?                       05:27:21 |
| 13 | A.  I learned that later, yes.            05:25:10 | 13 | A.  Yes.                          05:27:21 |
| 14 | Q.  And you learned that during the internal  05:25:11 | 14 | Q.  Is that consistent with your memory?      05:27:21 |
| 15 | affairs process?                     05:25:13 | 15 | A.  I don't -- I don't remember asking him,    05:27:23 |
| 16 | A.  Yes.                          05:25:13 | 16 | but --                           05:27:24 |
| 17 | Q.  I'm handing you a document that was       05:25:27 | 17 | Q.  Okay.                         05:27:24 |
| 18 | previously marked Exhibit 22.              05:25:29 | 18 | A.  -- I may have.                   05:27:25 |
| 19 | A.  All right.                     05:25:33 | 19 | Q.  Do you recall Mr. Copeland speaking with   05:27:27 |
| 20 |     (Exhibit 22, previously marked.)         05:25:35 | 20 | slurred speech?                     05:27:29 |
| 21 | Q.  Do you see that this is a report from    05:25:45 | 21 | A.  Consistent with operating a motor vehicle  05:27:31 |
| 22 | Sergeant Detective John Fitzgerald concerning the   05:25:48 | 22 | under the influence of alcohol, yes.          05:27:33 |
| 23 | incident involving Mr. Copeland?             05:25:52 | 23 | Q.  Do you have any understanding that slurred  05:27:34 |
| 24 | A.  (Witness reviews document.)  Yes.        05:25:58 | 24 | speech is also a sign of a stroke?           05:27:39 |
| 25 | Q.  Have you seen this before?            05:25:58 | 25 | A.  Mr. Copeland didn't mention anything about  05:27:41 |

80 (Pages 314 - 317)

Page 318

```
 1  having a stroke.  It could be.  It's one of the     05:27:43
 2  symptoms, yes.                                      05:27:46
 3      Q.  Okay.  And is there a -- did you come --    05:27:47
 4  how did you learn that slurred speech is a sign of  05:27:50
 5  a stroke?                                           05:27:52
 6      A.  Think of the acronym FAST; facial --        05:27:55
 7  facial drooping, arms -- complaint of weaknesses in 05:27:58
 8  arm; speech is also -- and the other -- T is for    05:28:00
 9  time, as far as if you think someone is having a    05:28:03
10  stroke, to contact 911.                             05:28:05
11      Q.  And is that something you've learned in     05:28:06
12  the course of your training?                        05:28:08
13      A.  Yes.                                        05:28:10
14      Q.  You mentioned that Mr. Copeland didn't      05:28:12
15  tell you he was having a stroke.  Would you expect  05:28:14
16  someone suffering from a stroke to be able to tell  05:28:16
17  you that?                                           05:28:18
18      A.  I -- I don't know, ma'am.                   05:28:18
19      Q.  Have you come across anybody else in the    05:28:19
20  course of your work --                              05:28:21
21      A.  No one's ever told me they're having a      05:28:21
22  stroke.                                             05:28:24
23      Q.  Okay.  Have you come across other           05:28:24
24  individuals who were having a stroke?               05:28:25
25      A.  Not in the course of my duties, I don't    05:28:27
```

Page 319

```
 1  think so.                                           05:28:32
 2      Q.  In the course of your personal life have    05:28:32
 3  you?                                                05:28:34
 4      A.  Jeez, I think there's one incident -- I     05:28:34
 5  can't -- I'm sorry.  District C-11 I did respond to 05:28:37
 6  a call that somebody was having a stroke.  It was   05:28:40
 7  weakness in their arms.  And we did call for an     05:28:42
 8  ambulance.  Actually, the ambulance was there       05:28:46
 9  before we got there.                                05:28:48
10      Q.  And in that situation you were told that    05:28:49
11  the individual was having a stroke before you went? 05:28:50
12      A.  Before I got there, yes.                    05:28:52
13      Q.  Let's flip ahead to page 2687.              05:28:53
14      A.  268...                                      05:29:17
15      Q.  And do you see there's a heading            05:29:24
16  "Interview Summary of Police Officer Ismael         05:29:26
17  Almeida"?                                           05:29:29
18      A.  Yes.                                        05:29:30
19      Q.  And so this is a summary of the interview   05:29:30
20  that you gave to Sergeant Detective Taxter?         05:29:32
21      A.  Yes.                                        05:29:36
22      Q.  And you would expect this to be a           05:29:36
23  reasonably accurate account of your interview?      05:29:40
24      A.  Yes.                                        05:29:41
25      Q.  Turning to the next page, and in the top    05:29:41
```

Page 320

```
 1  paragraph, the second sentence, it says (as read):  05:29:59
 2      "They had to hold Mr. Copeland on both          05:30:01
 3  sides because he could not walk on his own and      05:30:03
 4  needed assistance."                                 05:30:05
 5      Do you see that?                                05:30:07
 6      A.  Yes.                                        05:30:07
 7      Q.  Did you consider whether Mr. Copeland       05:30:07
 8  needed medical attention at this point in time?     05:30:19
 9      A.  No.                                         05:30:20
10      Q.  Why not?                                    05:30:23
11      A.  'Cause his action's consistent with         05:30:25
12  somebody intoxicated.                               05:30:26
13      Q.  Intoxicated with alcohol?                   05:30:27
14      A.  Yes, with alcohol.  I'm sorry.  With        05:30:29
15  alcohol.                                            05:30:30
16      Q.  Is -- is there no situation in which a      05:30:31
17  person who's intoxicated with alcohol would need    05:30:34
18  medical attention?                                  05:30:38
19      A.  There is.  There are situations, but at     05:30:38
20  this point he's in there for operating a motor      05:30:40
21  vehicle.                                            05:30:42
22      Q.  And so based on that and his behavior, you  05:30:42
23  concluded that he was intoxicated with alcohol and  05:30:45
24  didn't need medical attention?                      05:30:47
25      A.  I didn't conclude.  We're going through     05:30:48
```

Page 321

```
 1  the booking process.  I made no determination if he 05:30:51
 2  would need -- it's just where I'm trying to book    05:30:54
 3  Mr. Copeland.                                       05:30:57
 4      MR. MAAS:  Just speak up.                       05:31:00
 5      A.  I'm trying to book Mr. Copeland.  I didn't  05:31:00
 6  make any conclusions as far as --                   05:31:03
 7      Q.  Okay.  But at that point in time you're     05:31:04
 8  booking officer; right?                             05:31:06
 9      A.  Yes.                                        05:31:08
10      Q.  And it's your responsibility to make sure   05:31:08
11  that prisoners are -- their well-being is           05:31:12
12  maintained --                                       05:31:13
13      A.  Yes.                                        05:31:13
14      Q.  -- in that process?                         05:31:13
15      And so it's among your responsibilities to      05:31:15
16  determine -- if a -- if a person needs medical      05:31:18
17  attention, to make sure they get it; right?         05:31:21
18      A.  To the best of my abilities, yes.           05:31:22
19      Q.  You -- it says here that you (as read):     05:31:26
20      "Noticed that Mr. Copeland had a strong         05:31:29
21  smell of alcohol and spoke with a heavy tongue."    05:31:30
22      A.  Yes.                                        05:31:33
23      Q.  What did you mean by that?                  05:31:33
24      A.  Like, like, with a lisp.                    05:31:35
25      Q.  Okay.  And, again, were -- were any of      05:31:38
```

Page 322

| | |
|---|---|
| 1 | these indications to you that Mr. Copeland might  05:31:40 |
| 2 | need medical attention?  05:31:42 |
| 3 | A.  No.  05:31:43 |
| 4 | Q.  Why not?  05:31:44 |
| 5 | A.  He was in there for operating a motor  05:31:46 |
| 6 | vehicle.  These are also consistent with the  05:31:48 |
| 7 | characteristics you would look for somebody that's  05:31:50 |
| 8 | operating a motor vehicle under the influence of  05:31:52 |
| 9 | alcohol.  05:31:54 |
| 10 | Q.  In the next paragraph it says (as read):  05:31:54 |
| 11 | "When they brought him --" meaning  05:32:05 |
| 12 | Mr. Copeland -- "to use the restroom in the holding  05:32:07 |
| 13 | cell, Mr. Copeland urinated on the floor and in the  05:32:09 |
| 14 | sink area."  05:32:12 |
| 15 | Do you see that?  05:32:13 |
| 16 | A.  Yes.  05:32:13 |
| 17 | Q.  Did you take Mr. Copeland to the holding  05:32:13 |
| 18 | cell in order to use the restroom?  05:32:16 |
| 19 | A.  So the other side, which is cell 1 through  05:32:18 |
| 20 | 10, yes.  Me and Officer Marshall were there.  05:32:20 |
| 21 | Q.  So you and Officer Marshall escorted  05:32:23 |
| 22 | Mr. Copeland to -- sorry.  When you say it -- are  05:32:26 |
| 23 | you saying it wasn't the holding cell?  05:32:29 |
| 24 | A.  No.  The holding cell doesn't have a  05:32:30 |
| 25 | toilet.  05:32:32 |

Page 323

| | |
|---|---|
| 1 | Q.  Okay.  05:32:32 |
| 2 | A.  So we brought him -- when you come in, we  05:32:33 |
| 3 | generally use cells 11 to 20.  05:32:35 |
| 4 | Q.  Uh-huh.  05:32:37 |
| 5 | A.  We brought him to the other side, which is  05:32:38 |
| 6 | cells 1 through 10.  There's no other prisoners  05:32:40 |
| 7 | there.  05:32:42 |
| 8 | Q.  And so you brought him into one of those  05:32:42 |
| 9 | cells for the purpose of using the toilet?  05:32:44 |
| 10 | A.  First cell on the left.  I think.  I'm  05:32:46 |
| 11 | almost sure.  05:32:48 |
| 12 | Q.  And did you notice anything about  05:32:48 |
| 13 | Mr. Copeland's behavior when you had brought him  05:32:54 |
| 14 | there?  05:32:57 |
| 15 | A.  I mean, general -- at this point I'm  05:32:58 |
| 16 | assuming from -- learned Officer Marshall and  05:33:02 |
| 17 | watching him, he's probably intoxicated, and his  05:33:05 |
| 18 | behavior is consistent with somebody being  05:33:07 |
| 19 | intoxicated with alcohol.  05:33:09 |
| 20 | Q.  And it says here that (as read):  05:33:10 |
| 21 | "On account of the fact that Mr. Copeland  05:33:14 |
| 22 | was unsteady on his feet and had fallen down, he  05:33:16 |
| 23 | made the decision to just place Mr. Copeland in the  05:33:19 |
| 24 | cell so he could sleep it off."  05:33:22 |
| 25 | Do you see that here?  05:33:24 |

Page 324

| | |
|---|---|
| 1 | A.  Which part of this?  05:33:25 |
| 2 | Q.  It's the sentence beginning "On account."  05:33:26 |
| 3 | "On account of the fact that Mr. Copeland was  05:33:33 |
| 4 | unsteady."  05:33:35 |
| 5 | A.  I'm trying to look.  I'm sorry.  05:33:37 |
| 6 | Q.  It's the second paragraph, the third  05:33:38 |
| 7 | sentence.  05:33:39 |
| 8 | A.  Okay.  All right.  All right.  Yes, I see  05:33:40 |
| 9 | that.  05:33:41 |
| 10 | Q.  Okay.  And you see the phrase "Sleep it  05:33:42 |
| 11 | off" is in quotes?  05:33:43 |
| 12 | A.  Yes.  05:33:43 |
| 13 | Q.  Is that a phrase that you used in your  05:33:45 |
| 14 | interview?  05:33:47 |
| 15 | A.  If it says it here, I -- I did.  05:33:47 |
| 16 | Q.  Okay.  And so you made -- you saw that  05:33:50 |
| 17 | Mr. Copeland was unsteady on his feet; right?  05:33:52 |
| 18 | A.  Yes.  05:33:55 |
| 19 | Q.  And he had fallen down at one point?  05:33:55 |
| 20 | A.  Yes.  05:33:57 |
| 21 | Q.  And you determined that he -- you weren't  05:33:57 |
| 22 | going to seek medical attention; you were going to  05:34:00 |
| 23 | put him in a cell and let him sleep it off?  05:34:02 |
| 24 | A.  I was going to put him in a cell to --  05:34:04 |
| 25 | yeah, to sleep it off, but he was here for  05:34:07 |

Page 325

| | |
|---|---|
| 1 | operating under the vehicle [verbatim], ma'am.  He  05:34:09 |
| 2 | didn't mention any other -- any other medical  05:34:11 |
| 3 | issues to me.  05:34:13 |
| 4 | Q.  If a person is suffering from a stroke,  05:34:13 |
| 5 | would you expect them to be able to tell you that  05:34:15 |
| 6 | they're suffering from a medical condition?  05:34:17 |
| 7 | A.  Again, I don't know, ma'am.  05:34:19 |
| 8 | Q.  You --  05:34:19 |
| 9 | A.  I mean, I'm saying if he told me, yes, but  05:34:20 |
| 10 | I didn't see the signs of a stroke.  The signs of a  05:34:22 |
| 11 | stroke at this time are consistent with the signs  05:34:24 |
| 12 | of somebody operating a motor vehicle under the  05:34:26 |
| 13 | influence of alcohol.  05:34:28 |
| 14 | Q.  And so you made -- you did make the  05:34:28 |
| 15 | decision to put him in a cell so he could sleep it  05:34:32 |
| 16 | off; right?  05:34:34 |
| 17 | A.  For the time being, yes.  05:34:34 |
| 18 | Q.  And sleep it off, meaning sleep off what  05:34:35 |
| 19 | you assumed to be alcohol intoxication?  05:34:38 |
| 20 | A.  At the time, yes.  05:34:39 |
| 21 | Q.  And you -- and it says (as read):  05:34:40 |
| 22 | "This is commonly done for intoxicated  05:34:43 |
| 23 | individuals that they attempt to book."  05:34:45 |
| 24 | Right?  05:34:47 |
| 25 | A.  Yes.  05:34:47 |

82 (Pages 322 - 325)

|  | Page 326 |  | Page 328 |
|---|---|---|---|
| 1 | Q. Okay. And you agree with that?   05:34:49 | 1 | certainty I was trained in stroke recognition   05:36:35 |
| 2 | A. Depending on what the level of   05:34:51 | 2 | through the Boston Police Department.   05:36:38 |
| 3 | intoxication, yes.   05:34:52 | 3 | Q. Do you think it's accurate what is   05:36:45 |
| 4 | Q. But you agree it's commonly done in   05:34:53 | 4 | reported here in this report that you -- you said   05:36:48 |
| 5 | District 4?   05:34:55 | 5 | at the time that you couldn't recall any stroke   05:36:50 |
| 6 | A. I don't know about commonly. I don't --   05:34:57 | 6 | training? Is that -- is that not accurate?   05:36:52 |
| 7 | it's done. If somebody comes in, they're agitated   05:34:59 | 7 | A. It's more likely than not it's -- it's   05:36:54 |
| 8 | and they smell like alcohol, we're probably going   05:35:01 | 8 | accurate.   05:36:56 |
| 9 | to put them -- search them and put them in a cell   05:35:04 | 9 | Q. The next sentence says that you stated   05:36:57 |
| 10 | till they can calm down.   05:35:06 | 10 | that when you went by Mr. Copeland's cell during   05:37:04 |
| 11 | Q. Is putting someone in a cell to let them   05:35:11 | 11 | the cell check, you believed he was sleeping   05:37:07 |
| 12 | sleep it off something also done with regard to   05:35:14 | 12 | because he was snoring loudly, which is an   05:37:10 |
| 13 | persons intoxicated on drugs?   05:35:15 | 13 | indication that he was breathing.   05:37:11 |
| 14 | A. No, I would say no.   05:35:17 | 14 | A. Yes.   05:37:13 |
| 15 | Q. The next paragraph, the second sentence   05:35:28 | 15 | Q. When you conduct cell checks, do you   05:37:13 |
| 16 | says (as read):   05:35:32 | 16 | listen for snoring in order to tell that someone's   05:37:15 |
| 17 | "Officer Almeida has no medical training,   05:35:32 | 17 | breathing?   05:37:18 |
| 18 | nor does he recall any stroke training."   05:35:35 | 18 | A. No, I -- I try looking in the cell every   05:37:18 |
| 19 | Do you see that?   05:35:38 | 19 | time. He was snoring exceptionally loud. Like,   05:37:22 |
| 20 | A. Okay. Yes.   05:35:38 | 20 | you can hear it before you get to the cell, I   05:37:26 |
| 21 | Q. So at this time you indicated that you   05:35:39 | 21 | think.   05:37:27 |
| 22 | didn't recall any stroke training; right?   05:35:42 | 22 | Q. You never heard --   05:37:27 |
| 23 | A. Yes.   05:35:44 | 23 | A. Some prisoners do that.   05:37:28 |
| 24 | Q. But just today you were telling me about   05:35:44 | 24 | Q. You never heard Shayne snoring on the   05:37:29 |
| 25 | the FAST indications of -- of a stroke.   05:35:46 | 25 | night of -- when you were doing the cell checks   05:37:33 |

|  | Page 327 |  | Page 329 |
|---|---|---|---|
|  | When did you learn that?   05:35:50 | 1 | with -- for Shayne?   05:37:34 |
| 1 |  |  |  |
| 2 | A. I don't know, but I know it. I don't   05:35:51 | 2 | A. No.   05:37:35 |
| 3 | know -- I don't know exactly where I know it, but I   05:35:52 | 3 | Q. The report continues here that (as read):   05:37:40 |
| 4 | know it.   05:35:55 | 4 | "During a quick break, Officer McCabe   05:37:43 |
| 5 | Q. Is it something you've learned since the   05:35:55 | 5 | performed a cell check, he noticed Mr. Copeland had   05:37:45 |
| 6 | incident with Mr. Copeland?   05:35:57 | 6 | vomited. Officer McCabe immediately informed   05:37:48 |
| 7 | A. No. I've known it for a while.   05:35:58 | 7 | Sergeant Carty and Boston EMS was dispatched to the   05:37:51 |
| 8 | Q. Okay. And did you learn that information   05:36:00 | 8 | station."   05:37:55 |
| 9 | in a training?   05:36:01 | 9 | Right?   05:37:56 |
| 10 | A. I remember I know -- I'd like to say in a   05:36:03 | 10 | A. As far as the report, yes.   05:37:57 |
| 11 | training, but I -- not with 100 percent certainty.   05:36:05 | 11 | Q. Yeah.   05:37:59 |
| 12 | Q. Would you call that a stroke training?   05:36:08 | 12 | And is that consistent with your memory?   05:37:59 |
| 13 | A. Like, what do you -- like, a whole session   05:36:14 | 13 | A. Yes.   05:38:01 |
| 14 | to stroke training? Or...   05:36:16 | 14 | Q. Okay. So it was not until Mr. Copeland   05:38:02 |
| 15 | It could be something I learned during   05:36:17 | 15 | vomited that medical attention was called for him?   05:38:05 |
| 16 | CPR. I don't --   05:36:19 | 16 | A. Yes.   05:38:07 |
| 17 | Q. Yeah.   05:36:20 | 17 | Q. The next paragraph says (as read):   05:38:16 |
| 18 | A. I do remember that acronym.   05:36:21 | 18 | "Officer Almeida stated that he had   05:38:17 |
| 19 | Q. So in the report here where it said that   05:36:22 | 19 | prisoners in medical distress in the past and   05:38:19 |
| 20 | you didn't recall any stroke training, to the best   05:36:24 | 20 | typically they would call EMS and they make the   05:38:22 |
| 21 | of your memory now, you actually did receive some   05:36:26 | 21 | decision to take the prisoner to the hospital."   05:38:25 |
| 22 | stroke training.   05:36:29 | 22 | Do you see that?   05:38:27 |
| 23 | A. Maybe not through the department. I don't   05:36:29 | 23 | It's in the second-to-last paragraph of   05:38:31 |
| 24 | -- I know the acronym. I know it says what to look   05:36:31 | 24 | this section.   05:38:33 |
| 25 | for, but I can't tell with you 100 percent   05:36:33 | 25 | A. Yes.   05:38:33 |

83 (Pages 326 - 329)

|  | Page 330 |  | Page 332 |
|---|---|---|---|
| 1 | Q. Okay. When you say you had prisoners in 05:38:33 | 1 | "About 13 seconds later, the officers go 05:41:23 |
| 2 | medical distress in the past, what do you mean by 05:38:38 | 2 | back into the cell to help him off the ground." 05:41:25 |
| 3 | "medical distress"? 05:38:40 | 3 | Do you see that? 05:41:28 |
| 4 | A. I mean a prisoner saying, I'm having chest 05:38:41 | 4 | A. Yes. 05:41:28 |
| 5 | pains. Something -- anything of that nature. We 05:38:43 | 5 | Q. And is that correct -- 05:41:28 |
| 6 | let the duty supervisor know. We call EMS. But 05:38:46 | 6 | A. Yes. 05:41:29 |
| 7 | the ultimate decision is on EMS whether the 05:38:49 | 7 | Q. -- to the best of your memory? 05:41:30 |
| 8 | prisoner goes or not. 05:38:51 | 8 | A. To the best of my recollection, yes. 05:41:31 |
| 9 | Q. But in this situation you didn't call EMS 05:38:52 | 9 | Q. (As read): 05:41:32 |
| 10 | until Mr. Copeland had vomited; right? 05:38:54 | 10 | "During the time Mr. Copeland is on the 05:41:34 |
| 11 | A. Officer McCabe notified -- 05:38:58 | 11 | ground --" this -- I'm reading again -- "Officer 05:41:37 |
| 12 | Q. I'm sorry. Until Officer McCabe called 05:38:59 | 12 | Almeida appears to not notice and is on his cell 05:41:39 |
| 13 | for -- and -- EMS was not called until after 05:39:02 | 13 | phone for approximately two minutes and 14 05:41:42 |
| 14 | Mr. Copeland had vomited; right? 05:39:05 | 14 | seconds." 05:41:44 |
| 15 | A. Yes. 05:39:07 | 15 | Do you see that? 05:41:45 |
| 16 | Q. So there was no ability for EMS to perform 05:39:07 | 16 | A. Yes. 05:41:45 |
| 17 | a medical assessment on Mr. Copeland until that 05:39:10 | 17 | Q. And do you remember that? 05:41:46 |
| 18 | point in time; right? 05:39:12 | 18 | A. I don't remember being on the phone, but 05:41:50 |
| 19 | A. I would say no. 05:39:13 | 19 | if it says I was, I was. 05:41:51 |
| 20 | Q. Let's turn to page 2695. And just to 05:40:00 | 20 | Q. And so while Mr. Copeland is on the 05:41:53 |
| 21 | orient you, if you flip back a page, this is in a 05:40:09 | 21 | ground, there was some period of time that you were 05:41:54 |
| 22 | section of the report entitled "Summary." 05:40:12 | 22 | on your cell phone and hadn't noticed he had 05:41:56 |
| 23 | A. 2695. (Witness reviews document.) 05:40:15 | 23 | fallen? 05:41:58 |
| 24 | Q. And at the top of 2695 there's a -- a 05:40:21 | 24 | A. Yes. 05:41:59 |
| 25 | paragraph that begins "During the time." 05:40:28 | 25 | Q. That's consistent with your memory -- 05:41:59 |

|  | Page 331 |  | Page 333 |
|---|---|---|---|
| 1 | Do you see that? 05:40:30 | 1 | A. Yes. 05:42:01 |
| 2 | A. Yes. 05:40:30 | 2 | Q. -- what's in this report? 05:42:01 |
| 3 | Q. And two sentences into that paragraph 05:40:31 | 3 | A. From this report, yes. 05:42:03 |
| 4 | there's a sentence (as read): 05:40:34 | 4 | Q. Mr. Cope- -- and the report continues (as 05:42:04 |
| 5 | "During the time Mr. Copeland is on the 05:40:35 | 5 | read): 05:42:04 |
| 6 | ground --" or let me -- let me back up. 05:40:39 | 6 | "Mr. Copeland is on the ground for a total 05:42:07 |
| 7 | The paragraph begins (as read): 05:40:41 | 7 | of 26 seconds before the officers notice him lying 05:42:09 |
| 8 | "During the time the officers are outside 05:40:43 | 8 | on the ground. They then lead him back to the 05:42:11 |
| 9 | the cell, Mr. Copeland appears to stumble and sway 05:40:45 | 9 | booking area." 05:42:13 |
| 10 | at the toilet until he falls to the ground, banging 05:40:48 | 10 | Right? 05:42:15 |
| 11 | his head on the wall and grabs the back of his head 05:40:52 | 11 | A. Yes. 05:42:15 |
| 12 | with his hand, appearing to wince in pain." 05:40:54 | 12 | Q. And, again, this is consistent with your 05:42:15 |
| 13 | Right? 05:40:58 | 13 | memory of what happened? 05:42:17 |
| 14 | A. Yes. I'm reading it now. Yes. 05:40:58 | 14 | A. Yes. 05:42:18 |
| 15 | Q. And is that describing the period of time 05:41:00 | 15 | Q. And you were found to -- well, strike 05:42:30 |
| 16 | when yourself and Officer Marshall had brought 05:41:02 | 16 | that. 05:42:36 |
| 17 | Mr. Copeland to a cell in order to use the toilet? 05:41:08 | 17 | Handing you a document, sir, that was 05:42:44 |
| 18 | A. Yes. 05:41:10 | 18 | previously marked as Exhibit 35. 05:42:47 |
| 19 | Q. And did you observe Mr. Copeland sway and 05:41:10 | 19 | A. Which one is this one? (Witness reviews 05:42:49 |
| 20 | bang his head on the wall? 05:41:13 | 20 | document.) 05:42:52 |
| 21 | A. I don't recall observing him. I think me 05:41:15 | 21 | (Exhibit 35, previously marked.) 05:42:53 |
| 22 | and Officer Marshall had stepped away a little bit 05:41:17 | 22 | Q. This is a report from Lieutenant Detective 05:42:57 |
| 23 | to give him some privacy. He was using the 05:41:20 | 23 | Michael Colony -- Connolly also about the Copeland 05:43:01 |
| 24 | restroom. 05:41:22 | 24 | incident; right? 05:43:03 |
| 25 | Q. And the -- the report goes on. (As read): 05:41:22 | 25 | A. Yes. 05:43:05 |

| | |
|---|---|
| Page 334 | Page 336 |

Page 334

1  Q. Have you seen this before?  05:43:06
2  A. No.  05:43:06
3  Q. Looking at page 2672, there -- the third  05:43:13
4  paragraph reads (as read):  05:43:22
5  "On arrival at area D-4, Officer Marshall  05:43:23
6  is seen assisting Mr. Copeland into the booking,  05:43:26
7  area D video shows he and Officer Almeida bearing  05:43:28
8  most of Mr. Copeland's weight as they guide him  05:43:32
9  into the booking area."  05:43:35
10  Right?  05:43:36
11  A. Yes.  05:43:37
12  Q. Is that -- do you remember that having  05:43:37
13  happened?  05:43:41
14  A. Yes, I had to escort -- assist Officer  05:43:42
15  Marshall with bringing him to the booking area.  05:43:44
16  Q. When it says "bearing most of  05:43:46
17  Mr. Copeland's weight," what -- what were you  05:43:49
18  doing?  05:43:50
19  A. I had one side and Officer Marshall had  05:43:50
20  the other side. Can't remember if we were holding  05:43:51
21  his waist or underneath his arm, assisting him.  05:43:54
22  Q. You were -- you were helping him walk?  05:43:56
23  A. Yes.  05:43:56
24  Q. The paragraph goes on to say that (as  05:43:58
25  read):  05:43:58

Page 335

1  "Mr. Copeland appears to be swaying back  05:44:00
2  and forth and does not appear to have his balance."  05:44:01
3  Right?  05:44:05
4  A. Yes.  05:44:05
5  Q. And is that consistent with your memory?  05:44:05
6  A. Yes.  05:44:07
7  Q. And none of these behaviors indicated to  05:44:07
8  you that Mr. Copeland might need medical attention?  05:44:13
9  A. No, he's -- not at the time, no.  05:44:15
10  Q. Why?  05:44:16
11  A. He's here for operating a motor vehicle  05:44:18
12  under the influence of alcohol, ma'am, which is  05:44:19
13  consistent with people that I've dealt with in the  05:44:21
14  past with this.  05:44:25
15  Q. At any point did you suspect Mr. Copeland  05:44:26
16  to have been under the influence of drugs rather  05:44:33
17  than alcohol?  05:44:35
18  A. No.  05:44:35
19  Q. So you were -- you were focused on alcohol  05:44:37
20  intoxication?  05:44:39
21  A. Yes.  05:44:40
22  Q. Were you concerned at all with his  05:44:43
23  difficulty standing?  05:44:45
24  A. No.  05:44:45
25  Q. Turning to page 2675.  05:45:00

Page 336

1  There's a -- the first full paragraph on  05:45:12
2  the page says (as read):  05:45:14
3  "After careful review and due  05:45:17
4  considerations of all the facts and evidence, I'm  05:45:19
5  able to prove by a preponderance of evidence that  05:45:21
6  Ismael Almeida violated Rule 102, section 4,  05:45:24
7  neglect of duty, unreasonable judgment."  05:45:28
8  Right?  05:45:31
9  A. Yes.  05:45:31
10  Q. So you were found to have violated Rule  05:45:31
11  102 in this situation?  05:45:34
12  A. Yes.  05:45:35
13  Q. And it was because of the portion of the  05:45:35
14  incident when Mr. Copeland had fallen on the floor  05:45:40
15  and it took you some time to -- to notice and help  05:45:42
16  him stand up?  05:45:45
17  A. Yes.  05:45:46
18  Q. That's what this report says?  05:45:47
19  A. Yes.  05:45:48
20  Q. What was -- what were the disciplinary  05:45:52
21  actions that were taken against you?  05:45:55
22  A. If I recall, it's a verbal warning in my  05:45:57
23  file. If I recall correctly.  05:45:59
24  Q. Who -- who gave you that verbal warning?  05:46:03
25  A. I don't recall.  05:46:05

Page 337

1  Q. Do you recall what was the content of that  05:46:12
2  verbal warning?  05:46:14
3  A. I don't recall.  05:46:15
4  Q. Was there any communication about how to  05:46:15
5  do a better job next time?  05:46:24
6  A. What do you mean by "better job"?  05:46:25
7  Q. Well, you were found to have violated a  05:46:27
8  rule. Was there any guidance given to you about  05:46:29
9  how to avoid violating such a rule in the future?  05:46:31
10  A. Making a judgment call.  05:46:34
11  What are you -- I don't understand the  05:46:35
12  question, a better job, ma'am.  05:46:36
13  Q. Okay.  05:46:38
14  A. I'm dealing with somebody that's, in my  05:46:39
15  opinion at the time -- going off the information I  05:46:40
16  have from Officer Marshall -- that he has operating  05:46:42
17  a vehicle and he's drinking. I smell the alcohol  05:46:45
18  on him. And he's unsteady on his feet. He doesn't  05:46:47
19  relay to me that he has diabetes, he has a stroke,  05:46:50
20  anything. I have to go -- what I have at the  05:46:53
21  moment.  05:46:55
22  Q. But you were -- you acknowledge you were  05:46:56
23  found to have violated a rule?  05:46:58
24  A. I acknowledge that's internal --  05:46:59
25  Lieutenant Detective's Connolly's opinion of the  05:47:04

Page 338

```
 1  issue, and he has the right to make that decision.   05:47:07
 2      Q.  Do you disagree with the decision?          05:47:08
 3      A.  Yes.                                        05:47:10
 4      Q.  Was -- so in the verbal reprimand was       05:47:13
 5  there any part of it that you recall that has to do 05:47:17
 6  with guidance on what to do next time should a      05:47:19
 7  similar situation happen?                           05:47:22
 8      A.  I don't recall, ma'am.                      05:47:23
 9      Q.  Was the incident with Mr. Copeland ever     05:47:24
10  discussed at a roll call that you were present at?  05:47:30
11      A.  I don't recall.  Usually I don't go to      05:47:32
12  roll calls.                                         05:47:34
13      Q.  Are you aware of any BPD training that was  05:47:34
14  required to be done in reaction to this incident    05:47:42
15  with Mr. Copeland?                                  05:47:44
16      A.  I'm not aware of any, ma'am.                05:47:45
17      Q.  Okay.  You weren't required to do any?      05:47:48
18      A.  No.                                         05:47:49
19      Q.  Are you aware of any change to the booking  05:47:57
20  procedures and policies in reaction to what         05:48:01
21  happened with Mr. Copeland?                         05:48:03
22      A.  No.                                         05:48:04
23      Q.  They were the same policies on the day      05:48:05
24  that this happened with Mr. Copeland through the    05:48:08
25  next several months?                                05:48:11
```

Page 339

```
 1      A.  Yes.                                        05:48:12
 2      Q.  Any changes to procedures concerning when   05:48:16
 3  to call for medical attention?                      05:48:18
 4      A.  No.                                         05:48:19
 5      Q.  Not in reaction to this incident?           05:48:21
 6      A.  No.                                         05:48:23
 7      Q.  And not for several months thereafter?      05:48:24
 8      A.  No.                                         05:48:26
 9      Q.  Did you ever discuss the Copeland incident  05:48:32
10  with any of your fellow officers?                   05:48:34
11      A.  I think Officer Marshall.                   05:48:37
12      Q.  Okay.  What did you discuss?                05:48:38
13      A.  Like what -- you mean, like, before or      05:48:40
14  during?                                             05:48:42
15      Q.  After -- after it had all happened.         05:48:42
16      A.  I -- like, after this case come out or      05:48:46
17  before?  I mean, at what point?  Like, I'm not      05:48:49
18  going to talk to Dave before we go into the         05:48:51
19  meeting.                                            05:48:53
20      Q.  At what -- at what point did you learn      05:48:53
21  that Mr. Copeland had been suffering from a stroke? 05:48:55
22      A.  Jeez, when I got the meeting [verbatim] to  05:48:57
23  go to internal affairs.                             05:49:00
24      Q.  So you hadn't -- that -- that information   05:49:00
25  hadn't come to you prior to that time.              05:49:03
```

Page 340

```
 1      A.  No.                                         05:49:04
 2      Q.  Okay.  Did you discuss the incident with    05:49:06
 3  Officer Marshall at any time between the day of the 05:49:08
 4  incident and your interview with internal affairs?  05:49:11
 5      A.  I'm sure we talked about it.                05:49:14
 6      Q.  Okay.  Just casual conversation?            05:49:16
 7      A.  Yeah, casual conversation.                  05:49:18
 8      Q.  Any discussion since?                       05:49:19
 9      A.  No, I -- Dave works the overnight shift.    05:49:21
10  We're not on the same squad.                        05:49:25
11      Q.  As the booking officer in District 4, are   05:49:27
12  you responsible -- responsible for prisoner safety  05:49:47
13  in the booking area?                                05:49:49
14      A.  I mean, I'm on the other side while the     05:49:52
15  prisoner's being booked, but I'd say yes.           05:49:54
16      Q.  And does that include observing prisoners'  05:49:56
17  behavior and making determinations of when to call  05:50:00
18  for medical attention?                              05:50:02
19      A.  Yes.                                        05:50:03
20      Q.  I just put back up on the screen,           05:50:03
21  Officer -- this is the cell 19 video we were        05:50:29
22  looking at earlier, Exhibit 153, and it is at 5:51  05:50:32
23  a.m.                                                05:50:44
24      And do you see Shayne in the -- on the          05:50:46
25  bench in the video?                                 05:50:50
```

Page 341

```
 1      A.  Yes.                                        05:50:51
 2      Q.  And he's in the -- the same position that   05:50:51
 3  he was in each time you had walked by in the hour   05:50:53
 4  or so prior to this; right?                         05:50:58
 5      A.  Yes.                                        05:51:01
 6      MS. VALENTI:  I'm just pressing play.           05:51:03
 7      (Video playing.)                                05:51:05
 8      Q.  And an officer just walked by the cell      05:51:08
 9  door.  Was that Officer Doolin?                     05:51:11
10      A.  That is Officer Doolin.                     05:51:14
11      Q.  Okay.  So when Officer Doolin saw Shayne    05:51:15
12  and determined that he needed medical attention,    05:51:19
13  Shayne was in the same position that you had seen   05:51:22
14  him in previously; right?                           05:51:24
15      A.  I don't know if he determined he needed     05:51:26
16  medical attention.  He told me, You should check on 05:51:28
17  this prisoner.                                      05:51:30
18      Q.  All right.                                  05:51:30
19      A.  I can't testify to Officer Doolin's         05:51:31
20  conclusions or thoughts at that moment.             05:51:34
21      Q.  I appreciate that clarification.            05:51:35
22      When Officer Doolin saw Shayne in this          05:51:37
23  position and came to you and said that he needed to 05:51:40
24  be checked on, he was in the same position that you 05:51:44
25  had previously seen him in?                         05:51:47
```

86 (Pages 338 - 341)