# EXHIBIT 2

Page 1

```
                                    VOLUME:   I
                                    PAGES:    1-203
                                    EXHIBITS: 148-155
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
              CIVIL ACTION NO. 1:22-CV-11009
_____
LYNNEL COX, as Administrator of the    )
Estate of Shayne R. Stilphen,          )
              Plaintiff,               )
         vs.                           )
BOSTON POLICE DEPARTMENT, ISMAEL ALMEIDA,)
PAULMICHAEL BERTOCCHI, CATIA FREIRE,   )
DAVID MARSHALL, and JOHN/JANE DOE NO. 1, )
              Defendants.              )
_____)
              VIDEOTAPED DEPOSITION OF
PAULMICHAEL BERTOCCHI, called as a witness by and
on behalf of the Plaintiff, pursuant to the
applicable provisions of the Federal Rules of Civil
Procedure, before P. Jodi Ohnemus, RPR, RMR, CRR,
CA-CSR #13192, NH-LSR #91, MA-CSR #123193, and
Notary Public, within and for the Commonwealth of
Massachusetts, at Goodwin Procter, LLP, 100
Northern Avenue, Boston, Massachusetts, on
Wednesday, September 13, 2023, commencing at 10:08
a.m.
```

Page 2

1  APPEARANCES:
2       GOODWIN PROCTER
3       BY:  Christine Potkay, Esq.
4       The New York Times Building
5       620 Eighth Avenue
6       New York, NY  10018
7       212 813-8874
8       Cpotkay@goodwinlaw.com
9           -and-
10      AMERICAN CIVIL LIBERTIES UNION
11      BY:  Jessie Rossman, Esq.
12      Alexandra Arnold, Esq.
13      2011 Congress Street
14      Boston, MA  02111
15      781 915-7666
16      Jrossman@aclum.org
17      Aarnold@aclum.org
18      For the Plaintiff

Page 3

1  APPEARANCES:
4       CITY OF BOSTON
5       LAW DEPARTMENT
6       BY:  Edward Whitesell, Esq.
7       One City Hall Square
8       Boston, MA  02201
9       617 635-4034
10      Edward.whitesell@boston.gov
11      For the Defendant
14 ALSO PRESENT:
15      Adam Cerro, Video Operator
16      Lynnel Cox

Page 4

I N D E X

TESTIMONY OF:                          PAGE

PAULMICHAEL BERTOCCHI
(By Ms. Potkay)                          7

Page 5

E X H I B I T S

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 148 | Plaintiff's Notice of Deposition of Paulmichael Bertocchi | 6 |
| Exhibit 149 | Police Commissioner's Personnel Order, 4/10/2018, COB01127-134 | 41 |
| Exhibit 150 | Police Commissioner's Personnel Order, COB01085 | 50 |
| Exhibit 151 | training record, COB01579-80 | 56 |
| Exhibit 152 | Training History, Paulmichael Bertocchi, COB01576-578 | 57 |
| Exhibit 81 | previously marked | 122 |
| Exhibit 31 | previously marked | 129 |
| Exhibit 153 | video, STILPHEN_0001484 | 164 |
| Exhibit 154 | email, 7/21/2019, STILPHEN_0000700-702 | 167 |
| Exhibit 98 | previously marked | 181 |
| Exhibit 155 | Paulmichael Bertocchi's Answers to Plaintiff's First Set of Interrogatories | 190 |

2 (Pages 2 - 5)

Page 82

1  A. No.
2  Q. You've never heard that name before?
3  A. No idea who that is.
4  Q. So I'm going to -- strike that.
5     Have you ever received any communication
6  from BPD or from your superiors regarding an
7  individual named Albert Copeland?
8     MR. WHITESELL: Objection.
9  A. Again, as I previously testified, I have
10 no idea who that is.
11 Q. Are you familiar with an individual named
12 Cristhian Geigel?
13 A. I'm aware of the name, yes.
14 Q. And how are you aware of the name?
15 A. It was in your complaint.
16 Q. Prior to receiving the complaint, were you
17 familiar with an individual named Cristhian Geigel?
18 A. The name arose in your complaint. And
19 upon reading that, it refreshed my memory as
20 regards to the incident involving Mr. Geigel.
21 Q. Do you recall whether you were -- strike
22 that.
23    Do you understand that Mr. Geigel was
24 found dead at D-4?
25 A. I was.

Page 83

1  Q. Do you recall whether you were working at
2  D-4 the morning that Mr. Geigel was found dead in
3  his cell?
4  A. I was assigned to District 4 at that time
5  but was not working during the time that he was
6  found deceased.
7  Q. Did you interact at all with Mr. Geigel
8  while he was at District 4 in May 2019?
9  A. No.
10 Q. Did you ever receive any communication
11 from BPD or from your superiors regarding
12 Mr. Geigel's death at D-4?
13 A. At a roll call we were advised of the
14 passing of Mr. Geigel. And the duty supervisor at
15 the time, who I do not recall who it was, stated --
16 coming from the captain -- that better searches
17 need to be done by officers in the holding cell and
18 the booking area.
19 Q. Do you recall the duty supervisor at the
20 roll call where you were advised of the passing of
21 Mr. Geigel saying anything else?
22 A. No.
23 Q. Do you recall receiving any other
24 communication from BPD regarding Mr. Geigel other
25 than the roll call that you've just testified to?

Page 84

1  A. No.
2  Q. Do you recall when that roll call was?
3  A. Sometime following after his passing.
4  There was several -- over the course of several
5  shifts that it was reiterated to officers the
6  booking policy and procedure, and the captain
7  wanted to have the duty supervisors reiterate the
8  searching of prisoners prior to placing them in the
9  cells.
10 Q. Are you aware of any formal change to cell
11 check procedures that occurred following
12 Mr. Geigel's death at D-4?
13 A. Can you specify what you mean by "cell
14 checks"?
15 Q. What do you understand a cell check to be?
16 A. I'm aware of the policies and procedures
17 that states that a cell check is done by the
18 booking officer every 15 minutes.
19 Q. Now, to your understanding, are -- were
20 the policies and procedures that you just
21 referenced concerning cell checks that were in
22 place at the time of Mr. Geigel's death the same
23 procedures in place at the time of Shayne
24 Stilphen's death in July 2019?
25 A. Yes. The policies and procedures of the

Page 85

1  department don't change.
2  Q. Did you ever discuss Mr. Geigel's death
3  with any of your fellow police officers?
4  A. I was made aware of his passing by my
5  partner at the time.
6  Q. Who was your partner at the time?
7  A. Officer Butcher.
8  Q. And what did he tell you regarding
9  Mr. Geigel?
10 A. He just advised me that an individual
11 passed away in the holding cell during the day --
12 or one of the cells during the day tour that day.
13 Q. Was that a conversation you had in person
14 with Mr. Butcher or via text or email?
15 A. I know it wasn't by email. I believe he
16 told me in the parking lot before the beginning of
17 our shift that evening for the overnight.
18 Q. Do you recall anything else regarding your
19 discussion with Officer Butcher relating to
20 Mr. Geigel?
21 A. No.
22 Q. Other than your conversation with Officer
23 Butcher, do you recall discussing Mr. Geigel's
24 death with any other individual at BPD?
25 A. No. It was just brought about during the

22 (Pages 82 - 85)

Page 86

1  roll call. Again, as I previously testified, the
2  duty supervisor at the time reiterated the passing
3  of Mr. Geigel and the reiterating of the policies
4  in regards to booking.
5     Q.  Do you recall ever discussing Mr. Geigel's
6  death with any individual outside of BPD?
7     A.  No.
8     Q.  Prior to July 14th, 2019, had you known of
9  Shayne Stilphen?
10    A.  Did you say 2019?
11    Q.  Yes.
12    A.  No.
13    Q.  Did you have any knowledge of whether
14  Shayne Stilphen used opioids?
15    A.  No.
16    Q.  Did you have any knowledge regarding
17  Shayne Stilphen's opioid use disorder?
18    A.  No.
19    Q.  Do you know if anyone else at D-4 knew
20  Shayne Stilphen?
21    A.  No.
22    Q.  Are you aware that Shayne died on July
23  14th, 2019?
24    A.  Yes.
25    Q.  And how did you first find out about

Page 87

1  Shayne's death?
2     A.  Through the duty supervisor at the time.
3     Q.  And when did the duty supervisor -- strike
4  that.
5        Who was the duty supervisor at the time?
6     A.  Lieutenant Foley.
7     Q.  And when did Lieutenant Foley tell you
8  about Shayne's death?
9     A.  He advised us that he passed away once he
10  was brought to the hospital.
11    Q.  Do you recall when Lieutenant Foley told
12  you this?
13    A.  Sometime in that morning after he was
14  transported from the station to the hospital.
15    Q.  Do you recall having a discussion with
16  Lieutenant Foley about Shayne Stilphen at that
17  time?
18    A.  No.
19    Q.  So the extent of your discussion with
20  Lieutenant Foley on July 14th, 2019, was Lieutenant
21  Foley informing you that Shayne Stilphen had passed
22  away once he was brought to the hospital?
23    A.  Correct.
24    Q.  Did you ever receive any formal
25  communication from BPD or from your superiors

Page 88

1  regarding Shayne's death?
2     A.  Can you rephrase or repeat the question?
3     Q.  Sure.
4        Did you ever receive any formal
5  communication from BPD or from your superiors
6  regarding Shayne's death?
7     A.  I was notified by the captain that
8  internal affairs was looking into the issue with
9  his clothing.
10    Q.  Who was the captain?
11    A.  Captain Stephen Sweeney in District 4.
12    Q.  And when were you notified by the captain
13  that internal affairs was looking into an issue
14  with Shayne's clothing?
15    A.  I don't recall the specific time frame.
16    Q.  Other than this notification from Captain
17  Sweeney, did you ever receive any other formal
18  communication from BPD or from your superiors
19  regarding Shayne Stilphen?
20    A.  The instance with Mr. Geigel, it was
21  reiterated that -- about searching prisoners,
22  ensuring that all of their property and items are
23  searched appropriately.
24    Q.  Did this communication take place at the
25  same roll call as the -- strike that.

Page 89

1        Did this communication take place at a
2  roll call?
3     A.  It did.
4     Q.  Was that at the same roll call where
5  Mr. Geigel was discussed that you testified about
6  earlier?
7     A.  By "same roll call," you mean same time,
8  or...
9     Q.  Correct.  At the same time.
10    A.  No, it was, like, brought up about, like,
11  each roll call the duty supervisor, whether it was
12  the day shift, the 4:00 to midnight shift, or the
13  overnight shift, the captain had the duty
14  supervisor each -- at each shift reiterate to
15  officers about the booking policies and procedures
16  and the searching of prisoners.
17    Q.  Just so I'm clear that I am understanding,
18  the roll call that you testified about earlier
19  where Mr. Geigel was discussed was a different day
20  than the roll call that you just testified about
21  now where Mr. Stilphen was discussed?
22    A.  Correct.  They were months apart.
23    Q.  When did the roll call where Mr. Stilphen
24  was discussed take place?
25    A.  Over the course of the next several days