# EXHIBIT 2

Message
---

**From:** Lynnel [lynnel8108@gmail.com]
**Sent:** 8/8/2019 5:25:18 PM
**To:** Patalano, Donna (DAA) [donna.patalano@state.ma.us]
**CC:** Teo, Amanda (DAA) [amanda.teo@state.ma.us]; Lee, Mark (DAA) [mark.lee@state.ma.us]; Luma, Charlene (DAA) [charlene.luma@state.ma.us]
**Subject:** Cause of Shayne's Death is determined.

All, I learned today from the MEs office that Shayne did in fact die of an "accidental overdose". Accident! Isn't that what we pay and train law enforcement to do, protect people from accidents especially in police custody, on camera and under surveillance. Shayne's death could have been prevented and you all know this. That's THREE DEATHS NOT ACCIDENTS - DEATHS at one police station. I pray you are holding every single officer accountable because if you are not I will along with yourselves. As God is my witness no other mother will feel my pain AND no other officer will kill another son in their custody.

I want Kathy from Channel 5 at my meeting on 8/15. Please let Ms. Rollins know this!

On Thu, Aug 8, 2019, 1:08 AM Lynnel <lynnel8108@gmail.com> wrote:
> Hello, I have good reason to believe that there is city video of Shayne buying the drugs that he was able to get into the jail. Who do I speak with about this?
>
> I previuosly alerted Mark regarding the dealer that is supplying the entire area. No one from the drug unit has even called me. What I don't understand is why, why no one has called me.
>
> Operation "clean sweep" is only going to cause more death just like closing the bridge did. How many mothers have to loose their children before we realize the obvious: forcing people further from their resources is an absolute a deadly decision.
>
> I await your response. Thank you.
>
> On Wed, Jul 24, 2019, 7:47 PM Patalano, Donna (DAA) <donna.patalano@state.ma.us> wrote:
>> Lynnel,
>>
>> I can't even fathom the path you are travelling now, grieving for Shayne and supporting your daughters. Let me call Mark now.
>>
>> I will call you in ten minutes.
>>
>> -Donna
>>
>> **From:** Lynnel <lynnel8108@gmail.com>
>> **Sent:** Wednesday, July 24, 2019 7:08 PM
>> **To:** Patalano, Donna (SUF)
>> **Cc:** Teo, Amanda (SUF); Lee, Mark (SUF)
>> **Subject:** Shayne
>>
>> Dear Donna, If my heart gets any heavier I will be lying beside my beautiful boy. Please let DA Rollins know that I would like someone else assigned to my sons murder. Yes murder. Who is the murderer you may ask, every single person that neglected my beautiful boy on the evening of July 14th causing his death. Clearly, Mr. Lee has difficulty scheduling his department and his time. As you know, he promised to call me today. Today, I didnt have the strength to shower, I laid on the couch by my pool in Shayne's favorite spot anxiously

awaiting his call, constantly checking my phone.  Shayne's 17 y.o. arrived at work and had to leave because she fell to pieces, Shayne's 20 y.o. sister attempted to withdraw from college AND Mr. Lee didn't have the courtesy nor compassion to call a grieving mother as he promised. I have little faith in his ability to handle my son's case or anyone else's for that matter.  DA Rollins should know this! She stated her department would help us deal with the trauma. Is this what she calls help? Shame on all of you for not making sure Mr. Lee fulfilled his promise and shame on me for believing in him. I await your response.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

STILPHEN_0002815

Message

| | |
|---|---|
| **From**: | Lynnel [lynnel8108@gmail.com] |
| **Sent**: | 8/9/2019 3:30:22 PM |
| **To**: | Patalano, Donna (DAA) [donna.patalano@state.ma.us] |
| **CC**: | Teo, Amanda (DAA) [amanda.teo@state.ma.us]; Lee, Mark (DAA) [mark.lee@state.ma.us]; Luma, Charlene (DAA) [charlene.luma@state.ma.us] |
| **BCC**: | 5investigates@wcvb.com |
| **Subject**: | Re: Cause of Shayne's Death is determined. |

Just confirming that someone recieved my request to make this process as transparent as possible for the people and in doing so the DA is aware that Kathy will be present on August 15th at our previously scheduled meeting with Ryan Mingo. The public needs to know that for some undetermined reason inmates in custody are not safe, in fact dying and the DA is doing everything she can to hold the Boston Police Department and its personnel responsible. I await your responses. Thank you.

> On Thu, Aug 8, 2019, 1:25 PM Lynnel <lynnel8108@gmail.com> wrote:
> All, I learned today from the MEs office that Shayne did in fact die of an "accidental overdose". Accident! Isn't that what we pay and train law enforcement to do, protect people from accidents especially in police custody, on camera and under surveillance. Shayne's death could have been prevented and you all know this. That's THREE DEATHS NOT ACCIDENTS - DEATHS at one police station. I pray you are holding every single officer accountable because if you are not I will along with yourselves. As God is my witness no other mother will feel my pain AND no other officer will kill another son in their custody.
>
> I want Kathy from Channel 5 at my meeting on 8/15. Please let Ms. Rollins know this!
>
> > On Thu, Aug 8, 2019, 1:08 AM Lynnel <lynnel8108@gmail.com> wrote:
> > Hello, I have good reason to believe that there is city video of Shayne buying the drugs that he was able to get into the jail. Who do I speak with about this?
> >
> > I previuosly alerted Mark regarding the dealer that is supplying the entire area. No one from the drug unit has even called me. What I don't understand is why, why no one has called me.
> >
> > Operation "clean sweep" is only going to cause more death just like closing the bridge did. How many mothers have to loose their children before we realize the obvious: forcing people further from their resources is an absolute a deadly decision.
> >
> > I await your response. Thank you.
> >
> > > On Wed, Jul 24, 2019, 7:47 PM Patalano, Donna (DAA) <donna.patalano@state.ma.us> wrote:
> > > Lynnel,
> > >
> > > I can't even fathom the path you are travelling now, grieving for Shayne and supporting your daughters. Let me call Mark now.
> > >
> > > I will call you in ten minutes.
> > >
> > > -Donna
> > >
> > > **From:** Lynnel <lynnel8108@gmail.com>
> > > **Sent:** Wednesday, July 24, 2019 7:08 PM
> > > **To:** Patalano, Donna (SUF)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                                                                    STILPHEN_0002962

**Cc:** Teo, Amanda (SUF); Lee, Mark (SUF)
**Subject:** Shayne

Dear Donna, If my heart gets any heavier I will be lying beside my beautiful boy. Please let DA Rollins know that I would like someone else assigned to my sons murder. Yes murder. Who is the murderer you may ask, every single person that neglected my beautiful boy on the evening of July 14th causing his death. Clearly, Mr. Lee has difficulty scheduling his department and his time. As you know, he promised to call me today. Today, I didnt have the strength to shower, I laid on the couch by my pool in Shayne's favorite spot anxiously awaiting his call, constantly checking my phone. Shayne's 17 y.o. arrived at work and had to leave because she fell to pieces, Shayne's 20 y.o. sister attempted to withdraw from college AND Mr. Lee didn't have the courtesy nor compassion to call a grieving mother as he promised. I have little faith in his ability to handle my son's case or anyone else's for that matter. DA Rollins should know this! She stated her department would help us deal with the trauma. Is this what she calls help? Shame on all of you for not making sure Mr. Lee fulfilled his promise and shame on me for believing in him. I await your response.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                    STILPHEN_0002963