# EXHIBIT 3

Message

| | |
|---|---|
| **From:** | Lynnel [lynnel8108@gmail.com] |
| **Sent:** | 8/2/2019 4:32:57 PM |
| **To:** | Patalano, Donna (DAA) [donna.patalano@state.ma.us] |
| **CC:** | Teo, Amanda (DAA) [amanda.teo@state.ma.us]; Luma, Charlene (DAA) [charlene.luma@state.ma.us]; Lee, Mark (DAA) [mark.lee@state.ma.us] |
| **Subject:** | More Lies |

I have uncovered more lies and I anticipate it is not going to stop bc as everyone knows DA that there is corruption within your investigative units.

I want the meeting with the DA before I go on WGBH at 430 on Monday!

On Wed, Jul 31, 2019, 5:35 PM Patalano, Donna (DAA) <donna.patalano@state.ma.us> wrote:

> Hi Lynnel,
>
> Thanks for your email. We appreciate how difficult each day is for you and all of the challenges you and your family are facing in the wake of Shayne's death. As Charlene said, we can set up a meeting with the District Attorney. And I know the DA is supportive of the celebration of Shayne's birthday.
>
> I want to be sure that we set realistic expectations about other actions our staff can take on your behalf. We want to support you as you learn about the investigation and as you have questions about the process moving forward. We honestly do not have capacity -- nor the influence over other elected officials -- to make the type of event that you are contemplating happen. As you showed with the press coverage of your visit to our office, your individual voice is much stronger than our collective one. Mark will continue to update you on the investigation and Charlene is available to you for needs related to the investigation.
>
> Let me know if you would still like a meeting with the DA and if you would like her to meet with your daughters as well.
>
> Thanks again,
>
> -D.
>
> Donna Patalano
> General Counsel
> Office of Suffolk County District Attorney Rachael Rollins
> T: (617) 619-4202
>
> **From:** Lynnel [mailto:lynnel8108@gmail.com]
> **Sent:** Wednesday, July 31, 2019 3:36 PM
> **To:** Patalano, Donna (SUF)
> **Cc:** Teo, Amanda (SUF); Luma, Charlene (SUF); Lee, Mark (SUF)
> **Subject:** Re: Lies
>
> Please add AG to the list. The DA holds the influence to make this happen. Please do not tell me otherwise.
>
> On Wed, Jul 31, 2019, 3:33 PM Lynnel <lynnel8108@gmail.com> wrote:

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                              STILPHEN_0002873

I just uncovered the first lie that was told to me by Garrett standing right here in my kitchen. I am requesting a meeting with the DA, Governor, Mayor, Police Commissioner, Chief of Area D4 station and all the officers that ushered my son to his death on 7/14. I will do everything in my power with attorneys, press/ media and an army of mothers, loved ones, those suffering and in recovery to see that justice is served AND NO OTHER BEAUTIFUL BOY LAY HELPLESS CLINGING TO LIFE IN A POLICE CELL IN BOSTON EVER AGAIN.

I await your response.

On Thu, Jul 25, 2019, 3:22 PM Patalano, Donna (DAA) <donna.patalano@state.ma.us> wrote:

> Lynnel,
>
> Thanks for your email and perspective.
>
> I do not, unfortunately, have any contacts like you need.
>
> I've copied Charlene so that you have her email. She may be able to assist you.
>
> Thanks again,
>
> -D.
>
>
> Donna Patalano
>
> General Counsel
>
> Office of Suffolk County District Attorney Rachael Rollins
>
> T: (617) 619-4202
>
>
> **From:** Lynnel [mailto:lynnel8108@gmail.com]
> **Sent:** Thursday, July 25, 2019 2:21 PM
> **To:** Teo, Amanda (SUF)
> **Cc:** Patalano, Donna (SUF)
> **Subject:** Re: Shayne
>
>
> Thank you both. I did speak with Mark. He's a lil callous in his word choices, he did explain the process but it was obvious that he spent little if any time on Shayne's case yesterday. It is reasons like this the public loses faith in public service at many levels.
>
> Can I ask if either of you have a contact at unemployment? Charlene can explain why I am out if work. I called yesterday and was told that they can not rush my payments until I have been waiting 6 weeks. I have not had a paycheck in 6 weeks. If anyone can help facilitate this the girls and I will appreciate it.
>
> Thank you. I would have added Charlene to this email but I didnt get her card. She is a doll as are the 2 of you.
>
> On Wed, Jul 24, 2019, 8:05 PM Teo, Amanda (DAA) <amanda.teo@state.ma.us> wrote:
>
>> Oh Lynnel. I'm sorry we are adding to the load you are bearing.
>>
>> I see that Donna is already calling Mark. Please let me know if I can help.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Amanda

> On Jul 24, 2019, at 7:08 PM, Lynnel <lynnel8108@gmail.com> wrote:
>
> Dear Donna, If my heart gets any heavier I will be lying beside my beautiful boy.  Please let DA Rollins know that I would like someone else assigned to my sons murder. Yes murder.  Who is the murderer you may ask, every single person that neglected my beautiful boy on the evening of July 14th causing his death. Clearly, Mr. Lee has difficulty scheduling his department and his time. As you know, he promised to call me today. Today, I didnt have the strength to shower, I laid on the couch by my pool in Shayne's favorite spot anxiously awaiting his call, constantly checking my phone.  Shayne's 17 y.o. arrived at work and had to leave because she fell to pieces, Shayne's 20 y.o. sister attempted to withdraw from college AND Mr. Lee didn't have the courtesy nor compassion to call a grieving mother as he promised. I have little faith in his ability to handle my son's case or anyone else's for that matter.  DA Rollins should know this! She stated her department would help us deal with the trauma. Is this what she calls help? Shame on all of you for not making sure Mr. Lee fulfilled his promise and shame on me for believing in him. I await your response.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

STILPHEN_0002875