UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYNNEL COX, as administrator of the Estate of Shayne R. Stilphen,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE, and BRIAN PICARELLO,<br><br>Defendants. | Civil Action No. 1:22-cv-11009-RGS |

**JOINT LIST OF EXHIBITS AND PLAINTIFF'S LIST OF EXHIBITS**

Pursuant to the Court's Pre-Trial Order dated May 15, 2024, Plaintiff encloses below (1) a list of joint exhibits to which the parties have agreed in their Local Rule 7.1 conference and related correspondence; and (2) Plaintiff's proposed exhibit list.

July 29, 2024                                    Respectfully submitted,

                                                 */s/ Robert Frederickson III*
                                                 Robert Frederickson III (BBO #670111)
                                                 GOODWIN PROCTER LLP
                                                 100 Northern Avenue
                                                 Boston, Massachusetts 02210
                                                 Tel.: (617) 570-1000
                                                 rfrederickson@goodwinlaw.com

                                                 Jessie J. Rossman (BBO # 670685)
                                                 Adriana Lafaille (BBO #680210)
                                                 Isabel Burlingame (BBO #710027)
                                                 American Civil Liberties Union
                                                 Foundation of Massachusetts, Inc.
                                                 One Center Plaza, Suite 850
                                                 Boston, MA 02108
                                                 Tel.: (617) 482-3170
                                                 jrossman@aclum.org
                                                 alafaille@aclum.org
                                                 iburlingame@aclum.org

                                                 Alexandra D. Valenti* (*Pro hac vice*)
                                                 Christine Potkay* (*Pro hac vice*)
                                                 Gabriella Montes* (*Pro hac vice*)
                                                 GOODWIN PROCTER LLP
                                                 The New York Times Building
                                                 620 Eighth Avenue
                                                 New York, NY 10018
                                                 Tel.: (212) 459-7351
                                                 avalenti@goodwinlaw.com
                                                 cpotkay@goodwinlaw.com
                                                 gmontes@goodwinlaw.com

                                                 Matthew Ginther* (*Pro hac vice*)
                                                 GOODWIN PROCTER LLP
                                                 1900 N Street, NW
                                                 Washington, DC 20036
                                                 Tel.: (202) 346-4000
                                                 mginther@goodwinlaw.com

                                                 *Attorneys for Plaintiff Lynnel Cox, as administrator of the estate of Shayne R. Stilphen*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2024, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent via the CM/ECF system electronically to all counsel of record.

*/s/ Robert Frederickson III*

**LYNNEL COX, as administrator of the Estate of Shayne R. Stilphen, v. City of Boston, et al.**
**Case No. 1:22-cv-110099-RGS (D.Mass.)**
**Joint Trial Exhibit List - July 29, 2024**

| Ex. | DESCRIPTION | BEGINNING BATES | ENDING BATES |
|---|---|---|---|
| 1 | Video File - D-4 Holding Cell (1:30 AM-1:58 AM) | STILPHEN_0000201 | |
| 2 | Video File - D-4 Cell Block B (2:21 AM-6:15 AM) | STILPHEN_0000202 | |
| 3 | Video File - D-4 Booking  (1:58 AM-2:21 AM) | STILPHEN_0000729 | |
| 4 | Video File - D-4 Booking  (6:02 AM-6:15 AM) | STILPHEN_0000200 | |
| 5 | Video File - D-4 Cell 19 (2:21 AM-6:02 AM) | STILPHEN_0001484 | |
| 6 | Video File – D-4 - Sally Port | COB000111 | |
| 7 | Suffolk County District Attorney's Office Re: Preliminary Investigation Into Death of Joseph Perry | STILPHEN_0000848 | STILPHEN_0000864 |

**LYNNEL COX, as administrator of the Estate of Shayne R. Stilphen, v. City of Boston, et al.**
**Case No. 1:22-cv-110099-RGS (D.Mass.)**
**Plaintiff's Trial Exhibit List**
**July 29, 2024**

| Ex. | DESCRIPTION | BEGINNING BATES | ENDING BATES |
|---|---|---|---|
| A | Memo from Picarello to Sweeney | COB 003894 | COB 003894 |
| B | Memo from Sgt Fitzgerald to Deputy Matthews, RE: IAD Complaint #IAD 2019-0164 on Copeland investigation for neglect of duty of Almeida and Marshall | COB 002677 | COB 002700 |
| C | BPD Prisoner Inspection Record for Geigel | COB 01602 | COB 01611 |
| D | Email from Bliss to Wagner, et al. attaching timeline | COB004871 | COB004881 |
| E | Email from Doolan to Doolan, RE: 26 FINAL on Geigel | COB 005012 | COB 005014 |
| F | BPD Rules and Procedures - Rule 318 - Prisoners | COB 005406 | COB 005416 |
| G | Memo from Freire to Sweeney | COB 000021 | COB 000022 |
| H | Memo from Almeida to Sweeney | COB 000019 | COB 000019 |
| I | Stilphen Arrest Booking Form | COB 000001 | COB 000001 |
| J | BPD Memo from Doolan to Sweeney | COB 000025 | COB 000026 |
| K | BPD Prisoner Inspection Record for S. Stilphen | STILPHEN_0001897 | STILPHEN_0001903 |
| L | Boston Police Nasal Narcan Training | | |
| M | Boston Police Nasal Narcan Training | | |
| N | Memo from McCabe to Sweeney | COB 002885 | COB 002886 |
| O | Memo from Sgt Cellucci to Deputy Walcott, RE: SA2019-008 | COB 005489 | COB 005505 |
| P | Training History Report for Paulmichael Bertocchi | COB 01576 | COB 01578 |
| Q | Training History Report for Catia Freire | COB 01581 | COB 01583 |
| R | Email from Sweeney to D4-1, RE: Prisoner Search | COB 007743 | COB 007742 |
| S | BPD Specified User Transcript Report for Ismael Almeida | COB 01572 | COB 01575 |
| T | Training History Report for Ismael Almeida | COB 01570 | COB 01575 |
| U | BPD Memo RE: Administration of Naloxone | COB 000388 | COB 000391 |
| V | BPD Specified User Transcript Report for Brian Picarello | COB 008185 | COB 008189 |
| W | District 4 Log for July 14, 2019 | COB 005638 | COB 005639 |
| X | Email from Bliss to Donovan, RE: Timeline | COB004924 | COB004924 |
| Y | Incident Report | COB005533 | COB005534 |
| Z | Memo from Horan to Sweeney | COB005522 | COB005523 |
| AA | Video File - Geigel | COB001819 | COB001819 |
| BB | Email from Bertocchi to Anderson | STILPHEN_0000700 | STILPHEN_0000701 |
| CC | Report of Autopsy of Christian Geigel | COB 002923 | COB 002941 |
| DD | Email from Doolan to Doolan, RE: Geigel Updated 26 | COB 005009 | |

**LYNNEL COX, as administrator of the Estate of Shayne R. Stilphen, v. City of Boston, et al.**
**Case No. 1:22-cv-110099-RGS (D.Mass.)**
**Plaintiff's Trial Exhibit List**
**July 29, 2024**

| Ex. | DESCRIPTION | BEGINNING BATES | ENDING BATES |
|---|---|---|---|
| EE | BPD Memo - Police Commissioner's Personnel Order | COB 01127 | |
| FF | BPD Memo - Police Commissioner's Personnel Order | COB 01085 | |
| GG | BPD Specified User Transcript Report for Paulmichael Bertocchi | COB 01579 | |
| HH | BPD Specified User Transcript Report for Catia Freire | COB 01584 | |
| II | Photograph (Fitzgerald Deposition Exhibit 2) | | |
| JJ | B. Fitzgerald, Thank You Boston Police Officers, South Boston Online | | |
| KK | Boston EMS Incident Report | COB003870 | COB003871 |
| LL | Photograph | STILPHEN_0002803 | STILPHEN_0002803 |
| MM | Photograph | STILPHEN_0002906 | STILPHEN_0002906 |
| NN | Photograph | STILPHEN_0003336 | STILPHEN_0003336 |
| OO | Text from L. Cox to B. O'Brien and S. O'Brien | STILPHEN_0003062 | STILPHEN_0003063 |
| PP | Texts between L. Cox and S. Stilphen | STILPHEN_0003082 | STILPHEN_0003083 |
| QQ | Card from L. Cox to S. Stilphen | STILPHEN_0003362 | STILPHEN_0003364 |
| RR | Letter from S. Stilphen to L. Cox | STILPHEN_0003406 | STILPHEN_0003406 |
| SS | Letter from S. Stilphen to L. Cox | STILPHEN_0003404 | STILPHEN_0003405 |
| TT | Letter from S. Stilphen to L. Cox | STILPHEN_0000001 | STILPHEN_0000002 |
| UU | Collage | STILPHEN_0000164 | STILPHEN_0000166 |
| VV | Photograph | STILPHEN_0002806 | STILPHEN_0002806 |
| WW | Photograph | STILPHEN_0002907 | STILPHEN_0002909 |
| XX | Photograph | STILPHEN_0002910 | STILPHEN_0002910 |
| YY | Photograph | STILPHEN_0002922 | STILPHEN_0002922 |
| ZZ | Texts between L. Cox and B. O'Brien | STILPHEN_0003210 | STILPHEN_0003210 |
| AAA | Texts between L. Cox and B. O'Brien | STILPHEN_0003207 | STILPHEN_0003208 |
| BBB | Text from S. Stilphen to L. Cox | STILPHEN_0003120 | STILPHEN_0003120 |
| CCC | Card from S. Stilphen to L. Cox | STILPHEN_0003354 | STILPHEN_0003355 |
| DDD | Card from S. Stilphen to L. Cox | STILPHEN_0003331 | STILPHEN_0003332 |
| EEE | Flyer from S. Stilphen Funeral | STILPHEN_0000179 | STILPHEN_0000180 |
| FFF | Letter from L. Cox to S. Stilphen | STILPHEN_0003485 | STILPHEN_0003486 |
| GGG | BPD Special Order 15-19 | COB_000388 | COB_00391 |
| HHH | Photograph | STILPHEN_002925 | STILPHEN_002925 |
| III | Photograph | STILPHEN_002926 | STILPHEN_002926 |

**LYNNEL COX, as administrator of the Estate of Shayne R. Stilphen, v. City of Boston, et al.**
Case No. 1:22-cv-110099-RGS (D.Mass.)
Plaintiff's Trial Exhibit List
July 29, 2024

| Ex. | DESCRIPTION | BEGINNING BATES | ENDING BATES |
|---|---|---|---|
| JJJ | Photograph | STILPHEN_002928 | STILPHEN_002928 |
| KKK | Card from S. Stilphen to L. Cox | STILPHEN_003343 | STILPHEN_003343 |
| LLL | Photograph + note | STILPHEN_003371 | STILPHEN_003371 |
| MMM | Photograph | STILPHEN_003372 | STILPHEN_003372 |
| NNN | Card from S. Stilphen to L. Cox | STILPHEN_003351 | STILPHEN_003352 |
| OOO | Card from L. Cox to S. Stilphen | STILPHEN_003364 | STILPHEN_003364 |
| PPP | Photograph | SAC Para 31 | SAC Para 31 |
| QQQ | Texts between L. Cox and B. O'Brien | STILPHEN_003216 | STILPHEN_003218 |
| RRR | Photograph | STILPHEN_002924 | STILPHEN_002924 |
| SSS | Photograph | STILPHEN_002927 | STILPHEN_002927 |
| TTT | Photograph | STILPHEN_002845 | STILPHEN_002845 |
| UUU | Text L. Cox to B. O'Brien | STILPHEN_0003234 | STILPHEN_0003234 |
| VVV | Affidavit of Soraya DeOliveira dated October 25, 2023 | STILPHEN_0003524 | |
| WWW | Office of the Chief Medical Examiner Affidavit dated October 30, 2023 | STILPHEN_0003525 | |
| XXX | Postmortem Toxicology Report of Shayne R. Stilphen | STILPHEN_0003526 | STILPHEN_0003616 |
| YYY | Report of Autopsy of Shayne R. Stilphen | STILPHEN_0003530 | STILPHEN_0003533 |
| ZZZ | Tufs Medical Center Records | STILPHEN_0003576 | STILPHEN_0003593 |
| AAAA | BSAS Intake Form for Shayne Stilphen | STILPHEN_0003304 | STILPHEN_0003306 |
| BBBB | BSAS Intake Form for Shayne Stilphen | STILPHEN_0003307 | STILPHEN_0003325 |
| CCCC | Certificate of Death of Shayne R. Stilphen | STILPHEN_0003493 | STILPHEN_0003494 |