# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LYNNEL COX, as administrator of the estate of Shayne R. Stilphen, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 1:22-cv-11009-RGS |
| CITY OF BOSTON, ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE, and BRIAN PICARELLO. | * * * * | |
| Defendants. | * * | |

## PLAINTIFF'S PROPOSED VERDICT FORM

Plaintiff Lynnel Cox, as administrator of the estate of Shayne Stilphen, submits the following proposed verdict form.

## VERDICT FORM

To understand what issues are being submitted to you, please read the entire special verdict form before proceeding to answer.  Please bear in mind that each question is important.  Answer the questions in numerical order, and please follow all directions carefully.

**Question 1 (Fourteenth Amendment):**    Do you find Officer Almeida, Officer Bertocchi, Officer Freire, and/or Officer Picarello liable for the violation of Shayne Stilphen's Fourteenth Amendment rights under 42 U.S.C. § 1983?

Officer Almeida:    Yes _____    No _____

Officer Bertocchi:    Yes _____    No _____

Officer Freire:    Yes _____    No _____

Officer Picarello:    Yes _____    No _____

**Question 2 (Wrongful Death):**      Do you find Officer Almeida, Officer Bertocchi, Officer Freire, and/or Officer Picarello liable for the wrongful death of Shayne Stilphen under the Massachusetts Wrongful Death Act?

  Officer Almeida:  Yes _____  No _____

  Officer Bertocchi:  Yes _____  No _____

  Officer Freire:  Yes _____  No _____

  Officer Picarello:  Yes _____  No _____

*If you answered "yes" to any of the above, please continue to the questions below.*

**Question 3 (Compensatory Damages):**      What amount of compensatory damages, as defined in your jury instructions, do you award?

$_____

**Question 4 (Hedonic Damages)**: If you have answered "yes" to any defendant in Question 1, what amount of hedonic damages, as defined in your jury instructions, do you award for Mr. Stilphen's loss of the enjoyment of life that he would have experienced had he lived?

$_____

**Question 5 (Interest):** If you awarded damages in Question 3 and/or 4, you may decide whether to award interest, as explained in your jury instructions.  If you do award interest, the actual sum will be computed by the clerk at the rate provided by the law.  Do you award interest?

Yes: \_\_\_\_\_   No: \_\_\_\_\_

**Question 6 (Nominal Damages):** If you answered "yes" as to any defendant in Question 1 (finding a violation of Fourteenth Amendment rights under § 1983) but answered zero to Question 3 (awarding no compensatory damages), you must award damages of up to $1, as explained in your jury instructions.  What amount of nominal damages do you award to Ms. Cox?

$_____

**Question 7:**   If you awarded damages in response to Question 3, 4 and/or 6, what punitive damages do you award against the defendants?

Officer Almeida:        $ _____

Officer Bertocchi:      $ _____

Officer Freire:          $ _____

Officer Picarello:       $ _____

Please have your foreperson sign this verdict form at the bottom of the page.

Dated: August __, 2024                          _____
                                                Foreperson of the Jury


                                                Respectfully submitted,

3

Dated: July 29, 2024

/s/ *Robert Frederickson III*
Robert Frederickson III (BBO #670111)
Nicholas Franco III (BBO # 703423)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: (617) 570-1000
rfrederickson@goodwinlaw.com
nfranco@goodwinlaw.com

Jessie J. Rossman (BBO # 670685)
Adriana Lafaille (BBO #680210)
Isabel Burlingame (BBO #710027)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
Tel.: (617) 482-3170
jrossman@aclum.org
alafaille@aclum.org
iburlingame@aclum.org

Alexandra D. Valenti* (*Pro hac vice*)
Christine Potkay* (*Pro hac vice*)
Gabriella Montes* (*Pro hac vice*)
Wrenne Bartlett* (*Pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 459-7351
avalenti@goodwinlaw.com
cpotkay@goodwinlaw.com
gmontes@goodwinlaw.com
wbartlett@goodwinlaw.com

Matthew Ginther* (*Pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Tel.: (202) 346-4000
mginther@goodwinlaw.com

*Attorneys for Plaintiff Lynnel Cox,
as administrator of the estate of
Shayne R. Stilphen*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 29, 2024, I served the foregoing document on all parties by filing it via the Court's CM/ECF system and that a copy will be sent via the CM/ECF system electronically to all counsel of record.

<i>/s/   Robert Frederickson III</i>

Dated: July 29, 2024