UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYNNEL COX, as administrator of the Estate of Shayne R. Stilphen,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE, and BRIAN PICARELLO,<br><br>Defendants. | Civil Action No. 1:22-cv-11009-RGS |

**UPDATED JOINT LIST OF EXHIBITS AND
LIST OF PLAINTIFF'S EXHIBITS**

The Parties have conferred and reached agreement on the admission of a number of additional exhibits in their Local Rule 7.1 conference. Plaintiff also submits an updated exhibit list to remove and correct several exhibits.

Dated: August 12, 2024                              Respectfully submitted,

/s/ Robert Frederickson III
Robert Frederickson III (BBO #670111)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: (617) 570-1000
rfrederickson@goodwinlaw.com

Jessie J. Rossman (BBO # 670685)
Adriana Lafaille (BBO #680210)
Isabel Burlingame (BBO #710027)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
Tel.: (617) 482-3170
jrossman@aclum.org
alafaille@aclum.org
iburlingame@aclum.org

Alexandra D. Valenti* (*Pro hac vice*)
Christine Potkay* (*Pro hac vice*)
Gabriella Montes* (*Pro hac vice*)
Wrenne Bartlett* (*Pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 459-7351
avalenti@goodwinlaw.com
cpotkay@goodwinlaw.com
gmontes@goodwinlaw.com

Matthew Ginther* (*Pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Tel.: (202) 346-4000
mginther@goodwinlaw.com

*Attorneys for Plaintiff Lynnel Cox, as administrator of the estate of Shayne R. Stilphen*

## **RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), Plaintiff conferred with counsel for Defendants about the joint exhibit list, and counsel for Defendants join the joint exhibit list.

                                                                        */s/ Robert Frederickson III*
                                                                        Robert Frederickson III (BBO #670111)

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2024, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent via the CM/ECF system electronically to all counsel of record.

August 12, 2024                                                   */s/ Robert Frederickson III*
                                                                                   Robert Frederickson III (BBO #670111)

**LYNNEL COX, as administrator of the Estate of Shayne R. Stilphen, v.
Ismael Almeida, Paulmichael Bertocchi, Catia Freire, and Brian Picarello
Case No. 1:22-cv-110099-RGS (D.Mass.)
Joint Trial Exhibit List**

| Ex. | DESCRIPTION | BEGINNING BATES | ENDING BATES |
|---|---|---|---|
| 1 | Video File - D-4 Holding Cell (1:30 AM-1:58 AM) | STILPHEN_0000201 | |
| 2 | Video File - D-4 Cell Block B (2:21 AM-6:15 AM) | STILPHEN_0000202 | |
| 3 | Video File - D-4 Booking  (1:58 AM-2:21 AM) | STILPHEN_0000729 | |
| 4 | Video File - D-4 Booking   (6:02 AM-6:15 AM) | STILPHEN_0000200 | |
| 5 | Video File - D-4 Cell 19 (2:21 AM-6:02 AM) | STILPHEN_0001484 | |
| 6 | Video File – D-4 - Sally Port | COB000111 | |
| 7 | Suffolk County District Attorney's Office Re: Preliminary Investigation Into Death of Joseph Perry | STILPHEN_0000848 | STILPHEN_0000864 |
| 8 | Stilphen Arrest Booking Form | COB 000001 | COB 000001 |
| 9 | Boston Police Nasal Narcan Training | COB8172 | COB8172 |
| 10 | Memo from Picarello to Sweeney | COB 003894 | COB 003894 |
| 11 | Email from Bliss to Wagner, et al. attaching timeline | COB004871 | COB004881 |
| 12 | Memo from Freire to Sweeney | COB 000021 | COB 000022 |
| 13 | Memo from Almeida to Sweeney | COB 000019 | COB 000019 |
| 14 | Boston Police Nasal Narcan Training | COB 005036 | COB 005036 |
| 15 | Training History Report for Paulmichael Bertocchi | COB 01576 | COB 01578 |
| 16 | Training History Report for Catia Freire | COB 01581 | COB 01583 |
| 17 | BPD Specified User Transcript Report for Ismael Almeida | COB 01572 | COB 01575 |
| 18 | Training History Report for Ismael Almeida | COB 01570 | COB 01575 |
| 19 | BPD Memo RE: Administration of Naloxone | COB 000388 | COB 000391 |
| 20 | BPD Specified User Transcript Report for Brian Picarello | COB 008185 | COB 008189 |
| 21 | BPD Specified User Transcript Report for Paulmichael Bertocchi | COB 01579 | |
| 22 | BPD Specified User Transcript Report for Catia Freire | COB 01584 | |
| 23 | Boston EMS Incident Report | COB003870 | COB003871 |
| 24 | Postmortem Toxicology Report of Shayne R. Stilphen | STILPHEN_0003526 | STILPHEN_0003527 |
| 25 | Report of Autopsy of Shayne R. Stilphen | STILPHEN_0003530 | STILPHEN_0003533 |
| 26 | Tufts Medical Center Records | STILPHEN_0003576 | STILPHEN_0003593 |
| 27 | BSAS Intake Form for Shayne Stilphen | STILPHEN_0003304 | STILPHEN_0003306 |
| 28 | BSAS Intake Form for Shayne Stilphen | STILPHEN_0003307 | STILPHEN_0003325 |
| 29 | Certificate of Death of Shayne R. Stilphen | STILPHEN_0003493 | STILPHEN_0003494 |
| 30 | Training Bulletin 1-18, Fentanyl and Fentanyl Related Substances | COB 000118 | COB 000120 |
| 31 | Certificate of Drug Anlaysis | COB 02487 | COB 02487 |

LYNNEL COX, as administrator of the Estate of Shayne R. Stilphen, v.
Ismael Almeida, Paulmichael Bertocchi, Catia Freire, and Brian Picarello
Case No. 1:22-cv-110099-RGS (D.Mass.)
Plaintiff's Trial Exhibit List

| Ex. | DESCRIPTION | BEGINNING BATES | ENDING BATES |
|---|---|---|---|
| A | Moved to Joint Exhibit List | | |
| B | Memo from Sgt Fitzgerald to Deputy Matthews, RE: IAD Complaint #IAD 2019-0164 on | COB 002677 | COB 002700 |
| C | BPD Prisoner Inspection Record for Geigel | COB 01602 | COB 01611 |
| D | Moved to Joint Exhibit List | | |
| E | Email from Doolan to Doolan, RE: 26 FINAL on Geigel | COB 005012 | COB 005014 |
| F | BPD Rules and Procedures - Rule 318 - Prisoners | COB 005406 | COB 005416 |
| G | Moved to Joint Exhibit List | | |
| H | Moved to Joint Exhibit List | | |
| I | Moved to Joint Exhibit List | | |
| J | BPD Memo from Doolan to Sweeney | COB 000025 | COB 000026 |
| K | BPD Prisoner Inspection Record for S. Stilphen | STILPHEN_0001897 | STILPHEN_0001903 |
| L | Moved to Joint Exhibit List | | |
| M | Moved to Joint Exhibit List | | |
| N | Memo from McCabe to Sweeney | COB 002885 | COB 002886 |
| O | Memo from Sgt Cellucci to Deputy Walcott, RE: SA2019-008 | COB 005489 | COB 005505 |
| P | Moved to Joint Exhibit List | | |
| Q | Moved to Joint Exhibit List | | |
| R | Email from Sweeney to D4-1, RE: Prisoner Search | COB 007743 | COB 007742 |
| S | Moved to Joint Exhibit List | | |
| T | Moved to Joint Exhibit List | | |
| U | Moved to Joint Exhibit List | | |
| V | Moved to Joint Exhibit List | | |
| W | District 4 Log for July 14, 2019 | COB 005638 | COB 005639 |
| X | Email from Bliss to Donovan, RE: Timeline | COB004924 | COB004924 |
| Y | Incident Report | COB005533 | COB005534 |
| Z | Memo from Horan to Sweeney | COB005522 | COB005523 |
| AA | Video File - Geigel | COB001819 | COB001819 |
| BB | Email from Bertocchi to Anderson | STILPHEN_0000700 | STILPHEN_0000701 |
| CC | Report of Autopsy of Christian Geigel | COB 002923 | COB 002941 |
| DD | Email from Doolan to Doolan, RE: Geigel Updated 26 | COB 005009 | |
| EE | BPD Memo - Police Commissioner's Personnel Order | COB 01127 | |
| FF | BPD Memo - Police Commissioner's Personnel Order | COB 01085 | |

**LYNNEL COX, as administrator of the Estate of Shayne R. Stilphen, v.**
**Ismael Almeida, Paulmichael Bertocchi, Catia Freire, and Brian Picarello**
**Case No. 1:22-cv-110099-RGS (D.Mass.)**
**Plaintiff's Trial Exhibit List**

| Ex. | DESCRIPTION | BEGINNING BATES | ENDING BATES |
|---|---|---|---|
| GG | Moved to Joint Exhibit List | | |
| HH | Moved to Joint Exhibit List | | |
| II | Photograph (Fitzgerald Deposition Exhibit 2) | | |
| JJ | B. Fitzgerald, Thank You Boston Police Officers, South Boston Online | | |
| KK | Moved to Joint Exhibit List | | |
| LL | Photograph | STILPHEN_0002803 | STILPHEN_0002803 |
| MM | Photograph | STILPHEN_0002906 | STILPHEN_0002906 |
| NN | Photograph | STILPHEN_0003336 | STILPHEN_0003336 |
| OO | Intentionally Removed | | |
| PP | Intentionally Removed | | |
| QQ | Card from L. Cox to S. Stilphen | STILPHEN_0003362 | STILPHEN_0003364 |
| RR | Letter from S. Stilphen to L. Cox | STILPHEN_0003406 | STILPHEN_0003406 |
| SS | Letter from S. Stilphen to L. Cox | STILPHEN_0003404 | STILPHEN_0003405 |
| TT | Letter from S. Stilphen to L. Cox | STILPHEN_0000001 | STILPHEN_0000002 |
| UU | Collage | STILPHEN_0000164 | STILPHEN_0000166 |
| VV | Intentionally Removed | | |
| WW | Photograph | STILPHEN_0002907 | STILPHEN_0002907 |
| XX | Photograph | STILPHEN_0002910 | STILPHEN_0002910 |
| YY | Photograph | STILPHEN_0002922 | STILPHEN_0002922 |
| ZZ | Texts between L. Cox and B. O'Brien | STILPHEN_0003210 | STILPHEN_0003210 |
| AAA | Intentionally Removed | | |
| BBB | Intentionally Removed | | |
| CCC | Intentionally Removed | | |
| DDD | Card from S. Stilphen to L. Cox | STILPHEN_0003331 | STILPHEN_0003332 |
| EEE | Intentionally Removed | | |
| FFF | Letter from L. Cox to S. Stilphen | STILPHEN_0003485 | STILPHEN_0003486 |
| GGG | Intentionally Removed | | |
| HHH | Photograph | STILPHEN_0002925 | STILPHEN_0002925 |
| III | Photograph | STILPHEN_0002926 | STILPHEN_0002926 |
| JJJ | Intentionally Removed | | |
| KKK | Card from S. Stilphen to L. Cox | STILPHEN_0003343 | STILPHEN_0003343 |
| LLL | Photograph + note | STILPHEN_0003371 | STILPHEN_0003371 |

**LYNNEL COX, as administrator of the Estate of Shayne R. Stilphen, v.**
**Ismael Almeida, Paulmichael Bertocchi, Catia Freire, and Brian Picarello**
**Case No. 1:22-cv-110099-RGS (D.Mass.)**
**Plaintiff's Trial Exhibit List**

| Ex. | DESCRIPTION | BEGINNING BATES | ENDING BATES |
|---|---|---|---|
| MMM | Photograph | STILPHEN_0003372 | STILPHEN_0003372 |
| NNN | Intentionally Removed | | |
| OOO | Intentionally Removed | | |
| PPP | Photograph | SAC Para 31 | SAC Para 31 |
| QQQ | Photographs | STILPHEN_0003216 | STILPHEN_0003216 |
| RRR | Intentionally Removed | | |
| SSS | Photograph | STILPHEN_0002927 | STILPHEN_0002927 |
| TTT | Photograph | STILPHEN_0002845 | STILPHEN_0002845 |
| UUU | Intentionally Removed | | |
| VVV | Affidavit of Soraya DeOliveira dated October 25, 2023 | STILPHEN_0003524 | |
| WWW | Office of the Chief Medical Examiner Affidavit dated October 30, 2023 | STILPHEN_0003525 | |
| XXX | Moved to Joint Exhibit List | | |
| YYY | Moved to Joint Exhibit List | | |
| ZZZ | Moved to Joint Exhibit List | | |
| AAAA | Moved to Joint Exhibit List | | |
| BBBB | Moved to Joint Exhibit List | | |
| CCCC | Moved to Joint Exhibit List | | |
| DDDD | Handwritten Letter | STILPHEN_0003455 | STILPHEN_0003456 |
| EEEE | Photograph | STILPHEN_0002908 | STILPHEN_0002908 |