UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 22-11009-RGS

Lynnel Cox, as administrator
of the Estate of Shayne Stilphen

v.

Ismael Almeida, Paulmichael Bertocchi,
Catia Freire, and Brian Picarello

August 19, 2024

STEARNS, D.J.

Q.1. Do you find by a preponderance of the evidence that Officer Ismael Almeida was deliberately indifferent to Shayne Stilphen's serious medical needs while he was in Boston Police custody on July 14, 2019?

A.1.  Yes _____   No __X__

Please answer Q.2.

Q.2. Do you find by a preponderance of the evidence that Officer Paulmichael Bertocchi was deliberately indifferent to Shayne Stilphen's serious medical needs while he was in Boston

Police custody on July 14, 2019?

A.2. Yes _____   No __X__

Please answer Q.3.

Q.3. Do you find by a preponderance of the evidence that Officer Catia Freire was deliberately indifferent to Shayne Stilphen's serious medical needs while he was in Boston Police custody on July 14, 2019?

A.3. Yes _____   No __X__

Please answer Q.4.

Q.4. Do you find by a preponderance of the evidence that Officer Brian Picarello was deliberately indifferent to Shayne Stilphen's serious medical needs while he was in Boston Police custody on July 14, 2019?

A.4. Yes _____   No __X__

Please answer Q.5.

Q.5. Do you find by a preponderance of the evidence that wanton and reckless conduct on the part of Officer Ismael Almeida was a proximate (substantial) cause of the death of Shayne Stilphen

2

on July 14, 2019?

A.5. Yes _____    No _X_____

Please answer Q.6.

Q.6. Do you find by a preponderance of the evidence that wanton and reckless conduct on the part of Officer Paulmichael Bertocchi was a proximate (substantial) cause of the death of Shayne Stilphen on July 14, 2019?

A.6. Yes _____    No _X_____

Please answer Q.7.

Q.7. Do you find by a preponderance of the evidence that wanton and reckless conduct on the part of Officer Catia Freire was a proximate (substantial) cause of the death of Shayne Stilphen on July 14, 2019?

A.7. Yes _____    No _X_____

Please answer Q.8.

Q.8. Do you find by a preponderance of the evidence that wanton and reckless conduct on the part of Officer Brian Picarello was a proximate (substantial) cause of the death of Shayne Stilphen

on July 14, 2019?

    A.8.  Yes _____    No  X\_\_\_\_\_

If the answer to all questions Q.1 through Q.8 is "No," you have reached a verdict.

If the answer to any question(s) Q.1 through Q.8. is "Yes," please answer questions Q.9 through Q.11.

Q.9.  What sum of money damages, actual or nominal, will fairly and reasonably compensate the Estate of Shayne Stilphen and his Administrator Lynnel Cox for the violation of Shayne Stilphen's constitutional right to adequate medical attention and/or his wrongful death?

A.9. _____

Amount in in Words

$_____

Amount in Figures

Q.10.  Should interest be awarded on the amount awarded in answer to Q.9?

    A.10.    Yes _____    No _____

4

Q.11. If damages are awarded in answer to Q.9, please indicate the amount the jury awards against:

| | |
|---|---|
| Officer Ismael Almeida | $ _____ |
| Officer Paulmichael Bertocchi | $ _____ |
| Officer Catia Freire | $ _____ |
| Officer Brian Picarello | $ _____ |

I certify that the foregoing answers are the unanimous answers of the jury.

_____
Foreperson

Dated: 8/19/24