# EXHIBIT 1

```
                                                          Page 1
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF MASSACHUSETTS
 3              CIVIL ACTION NO. 1:22-CV-11009
 4
 5
 6      *********************************
 7      LYNNEL COX, as administrator of the
        Estate of Shayne R. Stilphen,
 8
                      Plaintiff
 9
        vs.
10
11      BOSTON POLICE DEPARTMENT,
        ISMAEL ALMEIDA, PAUL MICHAEL BERTOCCHI,
12      CATIA FREIRE, DAVID MARSHALL, and
        JOHN/JANE DOE NO. 1,
13
                      Defendants
14
        *********************************
15
16
17               VIDEOTAPED DEPOSITION OF:
18                      SEAN DOOLAN
19                    GOODWIN PROCTER
20                  100 Northern Avenue
21                 Boston, Massachusetts
22             August 24, 2023        10:11 a.m.
23
24             Darlene M. Coppola, RPR, RMR, CRR
```

Page 5

P R O C E E D I N G

(Commencing at 10:11 a.m.)

THE VIDEOGRAPHER: We are on the record. This is the videographer speaking, Shawn Budd, with Veritext Legal Solutions. Today's date is August 24, 2023. The time is 10:11 a.m.

We are here in Boston, Massachusetts to take the video deposition of Officer Sean Doolan, in the matter of Lynnel Cox versus Boston Police Department.

Would counsel please introduce themselves for the record.

MS. VALENTI: Alexa Valenti for the plaintiff, with Goodwin Procter. With me is my colleague Jeremy Knight, also from Goodwin Procter.

MS. ROSSMAN: Jessie Rossman for the plaintiff from the ACLU of Massachusetts and with me is Alex Arnold also from the ACLU, Massachusetts.

MR. WHITESELL: Edward Whitesell

Page 6

1      from the City of Boston Law Department,
2      representing defendants, and Randall Maas from
3      my office may be coming at some point during
4      the deposition.
5                THE WITNESS:  Sean Doolan,
6      Boston Police Department.
7                MR. WHITESELL:  You're going to
8      do that formally for the record.
9                THE WITNESS:  All right.  Just
10     rolling with it.
11               THE VIDEOGRAPHER:  Would the
12     court reporter please swear in the witness.
13
14               SEAN DOOLAN,
15     a witness called for examination by
16     counsel for the Plaintiff, having been
17     satisfactorily identified by the production of
18     his driver's license and being first duly
19     sworn by the Notary Public, was examined and
20     testified as follows:
21               THE STENOGRAPHER:  Thank you.
22     You may proceed.
23
24

Page 7

1               DIRECT EXAMINATION
2      BY MS. VALENTI:
3          Q.   Good morning, Officer Doolan.
4          A.   Good morning.
5          Q.   I'm going to hand you what I've marked
6      as Exhibit 74.
7
8               (Exhibit No. 74 marked for
9      identification.)
10
11     BY MS. VALENTI:
12         Q.   Officer Doolan, have you seen this
13     document before?
14         A.   No.
15         Q.   Do you understand that you're
16     appearing here pursuant to a deposition notice
17     that we served in this case?
18         A.   Yes.
19         Q.   And are you represented by counsel
20     here today?
21         A.   Yes.
22         Q.   Have you ever been deposed before?
23         A.   Not in this nature, no.
24         Q.   What do you mean by "not in this

Page 188

1  A. I called out verbally and didn't get a
2  verbal response. That was when I knew that
3  something was going on, when I didn't receive
4  a response to the stimuli that I was giving.
5  So I then continued the round, ensured
6  that everybody else was essentially okay. And
7  then I went back and addressed the issue with
8  Shayne.
9  MR. WHITESELL: Before you ask
10  your next question, I'm told that page 26 is
11  the second page of this, and that it's also at
12  3889 and 3890. I obviously don't have the
13  documents in front of me, so I'm getting this
14  information secondhand.
15  MS. VALENTI: I appreciate that.
16  We'll look at that on the next break.
17  BY MS. VALENTI:
18  Q. You wrote here that, "All of the other
19  prisoners were awake due to earlier events."
20  Do you see that?
21  A. Yes.
22  Q. What did you mean by that?
23  A. Nobody was sleeping that night.
24  Everybody was awake. If I say in the 26th

Page 189

1  that I went by and did my rounds and everybody
2  was sitting up or they were laying and they
3  were awake, they were awake.
4      Q.   When you say "earlier events," you're
5  talking about the incident with Mr. Perry?
6      A.   Correct.
7      Q.   Did it surprise you that Shayne wasn't
8  also awake given that?
9      A.   Yes and no.  I'm going to say yes,
10 because everybody else was awake; and no,
11 because it's 5:53 in the morning.  And unless
12 you're a nocturnal owl like we are on the
13 overnight shift, you're normally sleeping at
14 that point in time.
15     Q.   Did it strike you as odd that all the
16 other prisoners were awake because of
17 everything that had been happening but Shayne
18 wasn't?
19     A.   I think I just answered that.
20     Q.   But did it strike you as odd?
21              MR. WHITESELL:  Objection.
22     A.   Did it strike me as odd?  I'm going to
23 say -- I'm going to say no.  Just booking on
24 the overnights, the prisoners are normally

Veritext Legal Solutions
212-267-6868         www.veritext.com         516-608-2400

```
                                                  Page 190
 1        sleeping.
 2        BY MS. VALENTI:
 3            Q.   How long did it take to conduct the
 4        rest of the round before you returned to
 5        Shayne?
 6            A.   Less than 15 seconds-ish.  I would
 7        have to -- you have to probably refer to the
 8        video for official time.
 9            Q.   And so this says that you returned to
10        Cell 19 and began to kick on the cell door and
11        yell out Stilphen's name.
12                 That's what you were describing for us
13        earlier, right?
14            A.   Correct.
15            Q.   And then a little bit further down
16        that paragraph, you're talking about Officer
17        Almeida arriving with the key.  That's what
18        you were talking about earlier?
19            A.   Yes.
20            Q.   And you say you both entered the cell
21        and immediately noticed Stilphen to be
22        unresponsive, right?
23            A.   Correct.
24            Q.   And then you go on and you say,
```