# EXHIBIT 2



One Schroeder Plaza, Boston, MA 02120-2014

Page 1 of 2
Date 07/14/2019
CC# I192054041

DISTRICT/UNIT:   D4/D411A

TO:   Captain Steven Sweeney, Commander District 4

FROM:   Officer Sean Doolan

SUBJECT:   Death Investigation, 650 Harrison Avenue, Sunday, July 14, 2019

SIR:

I respectfully report on Sunday, July 14, 2019, I was assigned to District 4 as the D411A on the morning watch tour when at approximately 5:53am, I was assisting Trauma 24 (already on-site at the station because of an earlier incident) in the District 4 sally port when the alert light for a prisoner security check began flashing. The booking officers were involved with a prior prisoner who had not been booked due to the earlier incident so I conducted the round of the cell block for that one period. I observed a prisoner, Shayne STILPHEN (08/09/1990), in Cell 19, resting in a position that looked as if it would be of extreme discomfort for most individuals.

After conducting the round and ensuring that all other prisoners were alert and oriented (all of which were awake due to earlier events in the District 4 sally port), I returned to Cell 19 and began to kick on the cell door and yell out Stilphen's name. After receiving no response, I called for the booking officer to come open the cell to conduct a well-being check. Officer Almeida arrived with the key and we both entered the cell and immediately noticed Stilphen to be unresponsive. Stilphen's body was limp and appeared drained in color. Officer Almeida immediately called for EMS to the station and myself and Officer Bertocchi began life saving attempts.

Several minutes of CPR, re-breathing and at least three full doses of Narcan were all conducted until Boston EMS arrived at the station. Multiple EMT's and Paramedics removed Stilphen from his cell and further conducted life saving methods in the D4 booking area. After several minutes, EMT's were able to get enough of a pulse to transport Stilphen to a hospital to receive further medical treatment.

Mayor Martin J. Walsh

COB 000025

Page    2 of 2
Date    07/14/2019
CC#     I192054041

    Sometime after, I received notification that Stilphen had expired at the hospital. As I received news of that, I completed an exposure form per Lieutenant Foley.

    Thank you for taking the time to read this report.

Respectfully submitted,

_[signature]_

Officer Sean Doolan, D4
#148317