UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYNNEL COX, as administrator of the estate of Shayne R. Stilphen,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, ISMAEL ALMEIDA, PAULMICHAEL BERTOCCHI, CATIA FREIRE, and BRIAN PICARELLO,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*    Civil Action No. 1:22-cv-11009-RGS<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

**PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR NEW TRIAL AND, IN THE ALTERNATIVE, MOTION FOR PARTIAL FINAL JUDGMENT AND STAY**

Plaintiff respectfully requests leave to submit a reply brief by October 10, 2024. On September 16, 2024, Plaintiff filed a Motion for New Trial and, in the Alternative, Motion for Partial Judgment and Stay (ECF No. 194). In her motion, Plaintiff sought a new trial or, in the alternative, the entry of partial final judgment with respect to the individual defendant officers and a stay of the claims pending against the City of Boston under 42 U.S.C. § 1983 and the Americans with Disabilities Act. Defendants filed their opposition on September 30, 2024 (ECF No. 198).

Defendants' response included an affirmative request that "this Court should take the opportunity presented by consideration of this motion to dismiss the remaining claims against the City." ECF No. 198 at 12-14. Defendants also responded to Plaintiff's arguments and raised a procedural argument that the new trial motion is premature. ECF No. 198 at 1-11. To better aid the Court in resolving Plaintiff's motion, Plaintiff seeks leave to file a reply brief of up to ten pages to Defendants' Opposition to Plaintiff's Motion for New Trial by October 10, 2024 (ten days after the filing of Defendants' opposition). Defendants assent to this motion.

Dated: October 4, 2024                    Respectfully submitted,

/s/ Robert Frederickson III
Robert Frederickson III (BBO #670111)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: (617) 570-1000
rfrederickson@goodwinlaw.com

Jessie J. Rossman (BBO # 670685)
Adriana Lafaille (BBO #680210)
Isabel Burlingame (BBO #710027)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
Tel.: (617) 482-3170
jrossman@aclum.org
alafaille@aclum.org
iburlingame@aclum.org

Alexandra D. Valenti* (*Pro hac vice*)
Christine Potkay* (*Pro hac vice*)
Gabriella Montes* (*Pro hac vice*)
Wrenne Bartlett* (*Pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 459-7351
avalenti@goodwinlaw.com
cpotkay@goodwinlaw.com
gmontes@goodwinlaw.com

Matthew Ginther* (*Pro hac vice*)
Rohiniyurie Tashima* (*Pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Tel.: (202) 346-4000
mginther@goodwinlaw.com
rtashima@goodwinlaw.com

*Attorneys for Plaintiff Lynnel Cox, as administrator of the estate of Shayne R. Stilphen*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent via the CM/ECF system electronically to all counsel of record.

                                                  */s/ Robert Frederickson III*
                                                  Robert Frederickson III

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiff conferred with counsel for Defendants about the above motion on October 4, 2024. Counsel for Defendants indicated that Defendants assent to this motion.

                                                  */s/ Robert Frederickson III*
                                                  Robert Frederickson III